**Exhibit B**

# Smothers vs. BMW of North America, LLC

## Deposition of
## ROBERT SMOTHERS
## February 12, 2019



www.aptusCR.com / 866.999.8310

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   ROBERT SMOTHERS, an individual,

 5              Plaintiff,

 6        vs.                      Case No. 3:18-CV-01391-
                                           CAB-AGS
 7   BMW OF NORTH AMERICA, LLC; and DOES
     1 to 10, inclusive,
 8
                Defendant.
 9   _____

10

11

12        DEPOSITION OF ROBERT WILLIAM SMOTHERS

13             LA JOLLA, California

14              February 12, 2019

15

16

17

18

19

20

21

22
     Reported by:
23   Debby M. Gladish
     RPR, CCRR, CLR, CSR No. 9803
24   NCRA Realtime Systems Administrator

25   Job No. 10051905
```

```
 1                    UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   ROBERT SMOTHERS, an individual,

 5              Plaintiff,

 6         vs.                         Case No. 3:18-CV-01391-
                                                     CAB-AGS
 7   BMW OF NORTH AMERICA, LLC; and DOES
     1 to 10, inclusive,
 8
                  Defendant.
 9   _____

10

11

12

13

14

15

16

17

18

19          DEPOSITION OF ROBERT WILLIAM SMOTHERS,

20   taken on behalf of Defendants at 7855 Ivanhoe

21   Avenue, Suite 408, La Jolla, California, beginning

22   at 10:00 a.m., and ending at 1:26 p.m., on Tuesday,

23   February 12, 2019, before Debby M. Gladish, RPR,

24   CLR, CCRR, CSR No. 9803, NCRA Realtime Systems

25   Administrator.
```

```
 1    APPEARANCES:

 2   For Plaintiff:

 3            CLINE, APC
              BY: JEFF MOSET, ESQ.
 4            7855 Ivanhoe, Suite 408
              La Jolla, California  92037
 5            888.982.6915

 6

 7   For Defendant:

 8            DINSMORE & SHOHL LLP
              BY: IAN SCHULER, ESQ.
                  SHELBY KROGER, ESQ.
 9            655 West Broadway, Suite 800
              San Diego, California  92101
10            619.456.3518
              ian.schuler@dinsmore.com
11            shelby.kroger@dinsmore.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Robert Smothers                                    Smothers vs. BMW of North America, LLC

```
 1                           INDEX

 2

 3    WITNESS                               EXAMINATION

 4    ROBERT WILLIAM SMOTHERS

 5

 6           BY MR. SCHULER                      7

 7

 8

 9

10                E X H I B I T S

11    MARKED                                    PAGE

12    Exhibit 1   Defendant BMW of North America,    11
                  LLC's Amended Notice of
13                Deposition of Plaintiff Robert
                  Smothers and Request for
14                Production of Documents

15    Exhibit 2   Document titled "RW Smothers BMW   17
                  Oil Consumption Added one quart"
16
      Exhibit 3   Retail Installment Sale Contract   43
17
      Exhibit 4   E-mail dated October 18, 2011,     45
18                from Blacksberg, Peter to
                  rsmothers@san.rr.com
19
      Exhibit 5   Vehicle Inquiry Report             47
20
      Exhibit 6   Document titled "My 335i Sedan"    48
21
      Exhibit 7   The BMW 5 Series Sedan Owner's     55
22                Manual

23    Exhibit 8   Service and Warranty Information    58
                  Manual 2012
24

25
```

**Robert Smothers**                          **Smothers vs. BMW of North America, LLC**

1                    E X H I B I T S

2   MARKED                                              PAGE

3   Exhibit 9      Document titled "Recorded Visits       80
                   re low oil or oil changes during
4                  warranty period"

5   Exhibit 10     BMW repair order No. 480402            82

6   Exhibit 11     BMW repair order No. 49217             89

7   Exhibit 12     BMW repair order No. 509811            91

8   Exhibit 13     BMW repair order No. 536928            93

9   Exhibit 13.1   BMW repair order addendum to           94
                   Exhibit 13
10
    Exhibit 14     BMW repair order No. 554376           101
11
    Exhibit 15     BMW repair order No. 581354           105
12
    Exhibit 16     BMW repair order No. 592244           111
13
    Exhibit 17     Document titled "Robert Smothers      114
14                 2012 550IBMW Maintenance & Repair
                   Visits
15
    Exhibit 18     BMW repair order No. 600799           116
16
    Exhibit 19     BMW repair order No. 645079BMW        119
17                 repair order No.

18  Exhibit 20     BMW repair order No. 87928            121

19  Exhibit 21     BMW repair order No. 91961            125

20  Exhibit 22     BMW repair order No. 92126            129

21  Exhibit 23     Document titled "BMW Repairs"         131

22  Exhibit 23A    E-mail dated March 26, 2018, from     135
                   Robert Smothers to
23                 customerrelations@bmwusa.com

24  Exhibit 24     E-mail dated March 26, 2018, from     136
                   Robert Smothers
25

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

```
 1                    E X H I B I T S

 2   MARKED                                           PAGE

 3   Exhibit 25    Letter dated April 5, 2018, from    137
                   Robert Smothers to
 4                 customerrelations@bmwusa.com

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    La Jolla, California; Tuesday, February 12, 2019

2                  10:00 a.m. - 1:26 p.m.

3

4            ROBERT WILLIAM SMOTHERS,

5        having been sworn, testified as follows:

6

7                        EXAMINATION

8    BY MR. SCHULER:

9        Q.    Good morning.

10       A.    Good morning.

11       Q.    Can you please state your name and spell

12   your last name for the record.

13       A.    Robert William Smothers.   Smothers is

14   spelled S-M-O-T-H-E-R-S.

15       Q.    Since you've owned the subject vehicle

16   that's involved in this lawsuit, have you ever gone

17   by any other names?

18       A.    No.

19       Q.    What is your date of birth?

20       A.    December 2nd, 1922.

21       Q.    What's your current address, sir?

22       A.    1809 Caminito Amergon.   Do you want me to

23   spell that?

24       Q.    Yes, please.

25       A.    Caminito is C-A-M-I-N-I-T-O.   Amergon is

```
 1   A-M-E-R-G-O-N.  And that's La Jolla, 92037.
 2       Q.   Mr. Smothers, have you ever given a
 3   deposition before?
 4       A.   Yes, but it was many years ago.
 5       Q.   In that case, I'm going to go ahead and go
 6   over the ground rules to ensure that you and I are
 7   on the same page.
 8            Is that okay?
 9       A.   Yes.  That's good.
10       Q.   You've just taken an oath to tell the truth
11   and the whole truth.
12            Do you understand that?
13       A.   Oh, sure.
14       Q.   Do you understand that that oath carries
15   with it the same weight as if you were testifying in
16   a court of law before a judge and jury?
17       A.   Yes.
18       Q.   It's important that you and I speak one at
19   a time here today.  We have a court reporter taking
20   down everything that we say, but she can only take
21   down one voice at a time.
22            So I will ask respectfully that you allow
23   me to finish the question and I'll do my best to
24   allow you to finish your answer before we speak
25   again.
```

**Robert Smothers**                                    Smothers vs. BMW of North America, LLC

1          Is that okay?

2     A.    Yes.

3     Q.    It's important that you give me verbal

4  responses here today.  Our court reporter can't take

5  things like head nods or shakes or things like

6  "uh-huh" or "huh-uh."

7          So if at any time I prompt you for a clear

8  answer, I'm not trying to be rude.  I just want to

9  make sure we have a clear record today.

10          Okay?

11     A.    Yes.

12     Q.    If you don't understand a question, please

13  tell me.

14     A.    Okay.

15     Q.    If you do answer my question, I'm going to

16  assume that you understood my question.

17          Is that fair?

18     A.    Yes.

19     Q.    Today is not a marathon.  I don't

20  anticipate it going too, too long.  But if at any

21  point you do need a break, please let me or your

22  attorney know.  My only request is that if I'm in

23  the middle of a question that you answer my question

24  and then we can step out.

25          Is that okay?  Is that okay?

```
 1        A.    Yes.
 2        Q.    When the deposition is completed, our court
 3   reporter is going to prepare a transcript that's
 4   going to read like a play with questions and
 5   answers.  You will have an opportunity to review
 6   that transcript.
 7              Do you understand that?
 8        A.    Yes.
 9        Q.    And once you've reviewed that, you will
10   have an opportunity to make any change to that
11   transcript that you like.
12              Do you understand that?
13        A.    Yes.
14        Q.    But please note that if you make a change
15   to something that's material, I can comment on that
16   at the time of trial and that may affect your
17   credibility.
18              Do you understand that?
19        A.    Yes.
20        Q.    Have you taken any drugs, alcohol or
21   medication that would prevent you from giving your
22   best testimony here today?
23        A.    No.
24        Q.    Is there any reason at all that you can't
25   give your best testimony here today?
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

1      A.    No.

2      Q.    We are here to talk about a certain BMW

3   vehicle and throughout the deposition I might refer

4   to it as "the BMW" or "the subject vehicle."  Do you

5   understand that to mean the 2012 BMW 550i?

6      A.    Yes.

7      Q.    Do you own any other BMWs at this time?

8      A.    No.

9      Q.    Have you ever owned any other BMWs?

10     A.    Yes.

11     Q.    How many?

12     A.    One.

13     Q.    What was the year and model on that?

14     A.    I'm not sure at all, because it was many,

15   many years ago, when I was living in Europe.  So it

16   was probably in the 1960s.  So I don't -- I don't

17   recall the model.

18           (Defendants' Exhibit 1 marked.)

19           MR. SCHULER:  I'm going to mark as Exhibit

20   No. 1 to the deposition the notice that asked you to

21   be here today that was served on your attorneys.

22           I have a copy for you, Counsel.

23   BY MR. SCHULER:

24     Q.    Have you seen this information before

25   today, sir?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1      A.    (Witness reviews document.)

2            I'm not sure.

3      **Q.    You can take a look through it if you would**

4      **like.  Maybe that will refresh your recollection of**

5      **whether you have seen that before.**

6      A.    (Witness reviews document.)

7            I don't recall receiving it.  I may have,

8      but I don't recall.

9      **Q.    It has a request for documents, so perhaps**

10     **this is the better question:  Did you bring all the**

11     **documents related to the vehicle here today?**

12     A.    Yes.  And may I add to that?

13     **Q.    Yes.**

14     A.    I -- I previously submitted to my attorney

15     and I understand he submitted to you most of all the

16     documents --

17            MR. MOSET:  Right here.

18            THE WITNESS:  -- related.

19     BY MR. SCHULER:

20     **Q.    Perfect.**

21     A.    I have those with me here today.

22     **Q.    Thank you very much.  That was the next**

23     **question.**

24            We can generally shortcut that by a

25     representation from your attorney that he has

1   produced everything that you have given to him.  So

2   give me a moment.

3              MR. SCHULER:  We'll go off the record so I

4   can look at the stack that your attorney has handed

5   me.

6              Is that okay?

7              THE WITNESS:  Okay.

8              (Recess.)

9              MR. SCHULER:  We can go back on the record.

10  BY MR. SCHULER:

11      Q.   Mr. Smothers, have you provided all of the

12  documents that you have in your possession related

13  to the subject vehicle to your counsel?

14      A.   Yes.

15      Q.   Is there any document you can think of

16  either at your house or in the car that you have

17  that you have not provided?

18      A.   That I -- I think I've provided all that

19  were relevant to the subject.

20      Q.   Are there other documents that you've

21  identified related to the subject vehicle that you

22  have withheld because you didn't believe they were

23  relevant to this case?

24      A.   No, not specifically.

25      Q.   Do you have any photographs of the vehicle

```
 1   that you have not provided to your counsel?

 2        A.   Well, I'm sure I have -- I have photographs

 3   of the vehicle.

 4        Q.   What are those --

 5        A.   I didn't provide any photographs and I have

 6   taken -- over the course of the time that I've owned

 7   the vehicle, I've taken photographs.  I don't --

 8        Q.   Did you take any photographs of any of the

 9   issues that you're claiming in this lawsuit?

10        A.   No.

11        Q.   Do you have any videos of any of the issues

12   that you're claiming in this lawsuit?

13        A.   No.

14        Q.   Do you have any audio records of any issues

15   that you're claiming in this lawsuit?

16        A.   No.

17        Q.   Mr. Smothers, I will just remind you to try

18   to speak one at a time.  We want to make sure our

19   court reporter has a clear record.  Okay?

20        A.   Yes.

21        Q.   Did you review any documents in preparation

22   for today's deposition?

23        A.   Well, I reviewed the invoices regarding the

24   repairs to the BMW and I reviewed -- and to the oil

25   problems.  Just the invoices related to the BMW were
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

1   all that I reviewed.

2        Q.    When did you review those documents?

3        A.    Yesterday.

4        Q.    What was the purpose of reviewing those

5   documents?

6        A.    So I was -- refreshed my memory what was in

7   them and be familiar with what was where.

8        Q.    Other than your counsel, did you speak with

9   anybody about your deposition here today?

10       A.    No.

11       Q.    Where were you born, sir?

12       A.    Fullerton, California.

13       Q.    How long have you lived in California?

14       A.    Well, I was born in California and I've

15  basically lived -- come and gone.  But I was career

16  Air Force, so I've lived all over the world for many

17  years.  So I'm basically a Californian, but I've

18  lived everywhere in the world practically.

19       Q.    When did you move back to California

20  permanently?

21       A.    When I retired from the Air Force in 1970.

22       Q.    Since that time have you lived in San Diego

23  or did you live in other parts of California?

24       A.    San Diego.

25       Q.    Do you currently live with anybody?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

```
 1        A.    No.   I have a lady friend.   My wife -- I

 2   married, my wife -- this isn't really relevant, so I

 3   don't need to explain it.

 4        Q.    That's fine.

 5        A.    Okay.

 6        Q.    I can clear up where I was going to go with

 7   this question.

 8              Generally we'd like to know whether other

 9   folks have driven the vehicle.

10        A.    Sure.

11        Q.    Has anybody else driven the vehicle other

12   than you?

13        A.    In the past my wife drove it, but . . .

14        Q.    I understand your wife has passed away.

15        A.    No.   She's in a nursing home.

16        Q.    Okay.   So your wife obviously doesn't

17   currently drive the vehicle; correct?

18        A.    That's correct.

19        Q.    Okay.   Does your lady friend ever drive the

20   vehicle?

21        A.    No.   Never.

22        Q.    Has she ever experienced any of the issues

23   that you're claiming in this lawsuit?

24        A.    I don't understand your question.

25        Q.    You've claimed a number of defects in the
```

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1   vehicle, which is the basis of this lawsuit;

2   correct?  You believe that there's problems with

3   your car; correct?

4       A.   Basically one -- one problem, not several.

5       Q.   Okay.  And what is that problem?

6       A.   Oil consumption.

7       Q.   What do you mean when you say "oil

8   consumption"?

9       A.   Well, currently I have to replace a quarter

10  of oil every 400 miles.  Previously while the car

11  was still under warranty, it -- right from the

12  beginning -- required oil top-offs prior to the time

13  the service was required.  So since the very

14  beginning, since I've had it, it's required extra

15  oil.

16      Q.   And you've produced a document here

17  today --

18           (Defendants' Exhibit 2 marked.)

19  BY MR. SCHULER:

20      Q.   -- which I'm going to mark as Exhibit

21  No. 2, titled "RW Smothers BMW Oil Consumption."

22           What does this document reflect, sir?

23      A.   This reflects the dates and the mileage in

24  which I had to add oil to the BMW.  And it -- it

25  shows the miles between -- the distance I drove

1    between adding a quart.  This is all in 2018.

2        Q.    Who prepared that document?

3        A.    I did.

4        Q.    When did you prepare that document?

5        A.    I don't know exactly.  It was within the

6    last year.

7        Q.    When you say you add a quart of oil, are

8    you personally adding a quart?

9        A.    Yes.

10       Q.    What type of oil do you add?

11       A.    I don't have the spec with me, but if you

12   want to come down and look in my car, I have the

13   model there, the extra oil.

14       Q.    I will ask you if you wouldn't mind holding

15   onto that bottle so we can take a look at that

16   later.  Would you agree to do that?

17       A.    Yes.

18       Q.    Where do you buy your engine oil when you

19   have to put it into the vehicle?

20       A.    I buy it at O'Reilly's in Pacific Beach,

21   which is an automobile parts dealer.

22       Q.    You mentioned a moment ago that this has

23   been ongoing.

24            Was that -- if I understand correctly, this

25   has been ongoing since the date you purchased the

1   vehicle?

2      A.   Basically, yes.

3      Q.   Okay.  We'll talk about that in a moment.

4           Do you have any children, sir?

5      A.   Yes.

6      Q.   Have any of them ever driven the vehicle?

7      A.   None.

8      Q.   Have they ridden in and experienced the oil

9   consumption issue?

10     A.   No.

11     Q.   I have a few personal questions.  They're

12  part of every deposition.

13          Have you ever filed for bankruptcy, sir?

14     A.   No.

15     Q.   Have you ever been convicted of a felony?

16     A.   No.

17     Q.   Other than this lawsuit, have you ever

18  filed a lawsuit or made any other claims for damages

19  before?

20     A.   Well, I was involved in a couple of

21  divorces and there was a -- there were lawsuits

22  involved.  I don't know if that pertains to your

23  question.

24     Q.   I don't need to know about that.

25     A.   Yeah.  But as far as -- and I was in

1   business where my business was in -- the business I

2   was working for had lawsuits that I was involved

3   with, but I wasn't personally involved in them, per

4   se.

5        Q.   Let me ask about that quickly.  I think

6   they're probably not going to be relevant, but let

7   me clean that up.

8            Any of those lawsuits have anything to do

9   with automobiles?

10       A.   No.

11       Q.   Anything to do with automobile warranties?

12       A.   No.

13       Q.   Other than this lawsuit, have you ever

14  filed a claim or asked an automobile manufacturer to

15  repurchase a car before?

16       A.   Not before this automobile, no.

17       Q.   Have there been any since?

18       A.   No.

19       Q.   Have you ever purchased a vehicle that you

20  knew had previously been bought back under the lemon

21  law?

22       A.   No.

23       Q.   Can you just give me a general background

24  on your education?

25       A.   Well, I graduated from South Pasadena High

1   School.  I attended the Virginia Military Institute

2   for three years, was called in to World War II, got

3   out.  And after going to work in San -- well, when I

4   got out I went back to Stanford and I got a

5   bachelor's degree and a master's degree in civil

6   engineering at Stanford.

7           I also went to several advance Air Force

8   schools such as Air War College.

9      Q.    Did you study civil engineering in

10  undergraduate at Stanford?

11     A.    Yes.

12     Q.    Then you received a master's degree in

13  engineering?

14     A.    A bachelor's first, then a master's.

15     Q.    What year did you receive the bachelor's?

16     A.    1947 and 1948.

17     Q.    Was the master's in 1948?

18     A.    Yes.  Yes.  Correct.

19     Q.    Can you tell me a little more about some of

20  the advanced Air Force schools that you attended?

21  You had mentioned the Air War College.

22     A.    There was the Air War College, which is

23  a -- is a -- it's a year's -- it's an advanced

24  professional Air Force school that grooms Air Force

25  officers for higher assignments.  And I was also --

```
 1   before that -- prior to that I attended the Command

 2   and Staff College of the Air Force.

 3       Q.    What types of things do you study at the

 4   Air War College?

 5       A.    Well, the -- the organization and missions

 6   of the Air Force, primarily.

 7       Q.    Did that relate in any way to engineering?

 8   Did that relate in any way to engineering or design?

 9       A.    No.

10       Q.    Okay.  Let me back up for a moment and ask

11   you briefly.

12             What types of classes did you have to take

13   to receive your bachelor's degree at Stanford in

14   civil engineering?

15       A.    Well, you took a -- you took a wide range

16   of courses.  So I took engineering college courses,

17   but other general courses also.

18       Q.    And --

19       A.    They were primarily engineering courses of

20   one type or another.

21       Q.    Those courses would have become more

22   advanced at the master's level?

23       A.    Correct.

24       Q.    At any time in your undergraduate or

25   graduate courses, did you take any auto engineering
```

1    courses, automotive engineering courses?

2        A.    No.

3        Q.    After Stanford and in addition to the Air

4    Force training that you received, do you have any

5    other type of trade school certificate?

6        A.    Well, I received from the State of

7    California a registered civil engineer license.

8        Q.    When did you receive that?

9        A.    I'm -- I don't know.  I would have to

10   double-check.

11       Q.    What did you have to do to obtain that

12   license?

13       A.    That's an interesting question.  You're

14   normally required to take a written test and -- and

15   I studied and prepared, in fact, to take that

16   written.  But prior to the written test, I was given

17   an oral examination and in conclusion of the oral

18   examination the fellow doing the testing said, "You

19   have convinced me.  You don't need to take the

20   test."

21            I said, but I've studied so hard I want

22   to."  I don't know why I said that, but I did.  I

23   did end up taking the test, but I was told I didn't

24   have to.

25       Q.    Once you received that license, what did

1  that allow you to do?

2     A.   Well, it allows me to call myself a civil

3  engineer, a professional civil engineer and, in

4  fact, receive remuneration as a civil engineer.

5     Q.   Before we talk a little about your

6  employment background, did you ever take any

7  independent automotive repair courses or classes?

8     A.   No.

9     Q.   Have you ever worked on any automobiles as

10 a hobby?

11    A.   I -- I have sometimes worked on my

12 automobile, but it wasn't really a hobby.

13    Q.   When you say sometimes you would work on

14 your automobile, what types of work would you do?

15    A.   Very simple.

16    Q.   What do you mean by "very simple"?

17    A.   Add oil.

18    Q.   Anything else other than adding oil?

19    A.   Well, I recall changing tires.

20    Q.   Anything else?

21    A.   I don't recall specifically, no.

22    Q.   It sounds like you have added oil to the

23 subject BMW vehicle on occasion; is that correct?

24    A.   Correct.

25    Q.   Is there any other types of work that

1   you've personally done in your individual capacity

2   on the subject BMW?

3        A.   No.

4        Q.   Do you consider yourself an expert in

5   automotive repair?

6        A.   No.

7        Q.   Do you consider yourself an expert in

8   automotive oil consumption?

9        A.   Well, I consider myself aware of how often

10  you're supposed to have to add oil to an automobile

11  engine, yes.

12       Q.   When you say you're aware, where does that

13  awareness come from?

14       A.   The general -- general knowledge that I've

15  been subject to.

16       Q.   Have you ever read any publications

17  regarding oil consumption in vehicles?

18       A.   I don't recall at this time.

19       Q.   Have you ever looked at any online

20  resources regarding oil consumption in vehicles?

21       A.   Not that I recall.

22       Q.   Have you ever watched any videos, say, from

23  the library or anywhere else on oil consumption in

24  vehicles?

25       A.   Not that I recall.

1    Q.   Is that awareness based on anything, any

2    type of literature or, say, a treatise regarding oil

3    consumption?

4    A.   I'm not sure, but I assume that it -- that

5    subject is covered in the documents that I received

6    from BMW when I got the car, but I'm not sure.

7    Q.   When you say "documents," what documents

8    are you referring to, sir?

9    A.   Well, the owner's manual.

10   Q.   Did you bring the owner's manual with you

11   here today?

12   A.   No.

13   Q.   Did you drive the subject vehicle here

14   today?

15   A.   Yes.

16   Q.   What is the current mileage on the vehicle,

17   sir?

18   A.   It's in the order of 66,000 miles.

19   Q.   Do you keep the owner's manual and any

20   other documents in the glove compartment?

21   A.   Yes.

22   Q.   But you didn't bring them up with you to

23   the room today?

24   A.   No.

25   Q.   When we take our first break, if you

1   wouldn't mind, or your counsel, going to your car

2   just so we can confirm that you have those

3   documents.  We like to see what documents you have.

4        Is that okay?

5        A.   Sure.

6        Q.   Okay.  Can you briefly give me an overview

7   of your employment background since -- it sounds

8   like you were in the Air Force, but anything you can

9   give me in general would be helpful.

10       A.   Okay.  Well, after I went to VMI, I was in

11  World War II since my first employment was in the

12  Army Air Corps.  And I -- I was assigned to a B17.

13  I was trained as a navigator.  I flew combat

14  missions out of England over Germany.

15       When the war was over, I returned to

16  Stanford, as I indicated previously, got my degrees,

17  both bachelor and a master.  And went to work for

18  Standard Oil Company of California in San Francisco,

19  California in their civil engineering department as

20  a -- as a civil engineer and a structural engineer.

21       I worked for them until the Korean War came

22  along and I was re-called back into the Air Force.

23  And I then again was working as a navigator, this

24  time with air rescue flying and got assigned from

25  Hamilton Air Field in California to Japan to Johnson

1   Air Base in Japan.  We'd fly to Korea.  I was there

2   three years and we'd fly to Korea, spend two or

3   three weeks flying rescue missions in Korea.

4   Altogether I flew 101 combat missions in Korea.

5         And then returned and I continued then

6   after that assignment, stayed in the Air Force, and

7   I was reassigned to Europe.  So I spend time in the

8   Air Force and was in the Air Force in various

9   assignments, first on a flying basis as a navigator.

10  Secondly, I was a -- in engineering responsible for

11  maintenance and engine construction projects.

12  Retired in 1971.

13        Went to work first for the County of San

14  Diego.  I think I worked six or seven years for

15  them.  Ended up -- started out as a draftsman

16  engineer, ended up as the acting director of their

17  department in general services.  And worked for them

18  until I decided to leave the County.

19        And I -- I obtained a job at Scripps Clinic

20  and Research Foundation where I was hired first as

21  their engineer and later became responsible for most

22  all of their nonmedical departments.  I worked for

23  them for 14 years, becoming -- my title was vice

24  president of general services for Scripps Clinic and

25  Research Foundation, 14 years.

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1           When I left then, I looked for a job

2   overseas and went and worked for a company first on

3   the island of Crete and then later at Johnson Air

4   Base in Spain for about seven years involved in

5   running an air base in Spain.

6       **Q.   Can you give me the year around when this**

7   **was just so we have kind of an idea of what timing**

8   **this was?**

9       A.   Yeah.  Starting where?

10      **Q.   Just around when you went to Crete.**

11      A.   Went to where?

12      **Q.   Crete.**

13      A.   Crete.  Okay.  Well, I -- I came -- I

14  retired in 1970.  So -- I'm sort of getting a blank.

15      **Q.   That's okay.  How about we continue on,**

16  **though.**

17      A.   Yeah, yeah.

18      **Q.   So you were -- when you went to Europe, you**

19  **started in Crete and then you went to Johnson Air**

20  **Force Base.**

21          **What was your role at Johnson Air Force**

22  **Base?**

23      A.   Well, I -- I was -- I was first the chief

24  of engineering at Johnson Air Base and after --

25  after a couple years the fellow that -- my boss, the

```
 1   base civil engineer, left, and I was promoted to

 2   that job.  So I ended up as a base civil engineer

 3   for a couple of years.

 4        Q.   Where did you go after that?

 5        A.   Well, after the first assignment I came

 6   back to California and retired.

 7        Q.   And what year was that?

 8        A.   It was in -- it was in the late -- late

 9   '80s, but I'm not sure the year.

10        Q.   Did you go back to work at any time after

11   that?

12        A.   Yes.  They called me up and wanted me to

13   come back.  So I went back and worked another three

14   years for them, basically at Johnson Air Base.  I

15   left that time in 1970 -- 1970, the end of 1970.

16        Q.   Where did you go after that?

17        A.   I was in La Jolla.  Then I stayed here.

18   I've been here ever since.

19        Q.   Have you worked since coming back to

20   La Jolla in 1970?

21        A.   No, none.  Not for -- nobody paid me.

22        Q.   Just so we're clear, I have a clear record,

23   since 1970 you've lived in La Jolla and you've been

24   retired?

25        A.   Yes.  Correct.
```

Robert Smothers                          Smothers vs. BMW of North America, LLC

1     Q.    So that would be 48 years, approximately?

2     A.    Yup.

3     Q.    Okay.

4     A.    It's an interesting fact that I retired

5  from the Air Force when I was 48 years old.  I've

6  now been out of the Air Force for 48 years.

7     Q.    Look at that timing.

8           In any of that time, did you ever work for

9  an automobile manufacturer?

10    A.    No.

11    Q.    Did you ever work for a car dealership?

12    A.    No.

13    Q.    Any type of auto repair shop?

14    A.    No.

15    Q.    You had mentioned in a few roles both when

16  you started with the Army Air Corps and then when

17  you were reassigned to Europe later that you had

18  been in charge of mechanics and -- for airplanes.

19  Did any of that involve any type of maintenance?

20    A.    Well, I was maintaining facilities.

21    Q.    What do you mean when you say that?

22    A.    Well, like the runway, the roads, the

23  utilities on the base, the -- the electrical system,

24  the water systems, the heating systems and the

25  buildings themselves were my responsibility.

1    Q.   If I understand you, then you didn't have

2    any responsibility, say, for the upkeep of the

3    airplanes themselves; correct?

4    A.   No.

5    Q.   What other makes and models of vehicles

6    have you owned in the past, say, 15 years, other

7    than the subject vehicle?

8    A.   Well, just before I had this BMW, I had a

9    Mitsubishi 3000GT SL.  I don't recall the year at

10   all.

11   Q.   Did you -- go ahead.

12   A.   And prior to that I had -- I have had a

13   couple of Mercedes, one was a really early model,

14   1959, that I -- I was in Germany at the time and I

15   brought it back to the States.  The other one I

16   think I bought it in the '60s.  So one was a '59

17   something, I believe, '59, this Mercedes.  And the

18   other was probably a '65.

19   Q.   How about during --

20   A.   And I also had, as I mentioned earlier, a

21   BMW, but I don't recall the model -- model.

22   Q.   How about during the early 2000s, what

23   types of vehicles did you have around then?

24   A.   The early when?

25   Q.   2000s.

1     A.    Well, I just had the -- I just had the BMW.

2     Q.    You had this BMW, but before that you had a

3  Mitsubishi; correct?

4     A.    Correct.

5     Q.    Was the Mitsubishi purchased or was that

6  leased?

7     A.    Well, I -- I purchased it from my wife.

8  She had owned it first.

9     Q.    When she bought it, was it new or used?

10     A.    It was new.

11     Q.    Did you ever have any mechanical problems

12  with that car?

13     A.    I don't recall.

14     Q.    Did you trade in or sell that car before

15  you bought the subject vehicle?

16     A.    No.

17     Q.    What happened to that car?

18     A.    I -- I say I sold it.  I'm not sure I

19  didn't give it to my stepson.

20     Q.    When did you do that?

21     A.    Not sure exactly.  Probably around 2012.

22     Q.    At this time do you own any other vehicles

23  other than the subject BMW?

24     A.    No.

25     Q.    Before you purchased the subject BMW, how

 1   long were you considering buying a car?

 2       A.   Say that again, please.

 3       Q.   Sure.  You bought the subject BMW, I

 4   believe, in 2011; correct?

 5       A.   Yes.

 6       Q.   How long before you actually purchased the

 7   car had you been considering buying the car?

 8       A.   Maybe a year.

 9       Q.   What made you want to buy a new car?  Why

10   were you looking?

11       A.   Well, the Mitsubishi I was driving was

12   several years old and I thought it was time for a

13   new car.

14       Q.   Was there anything wrong with the

15   Mitsubishi that made you feel like it was old and

16   you wanted to get rid of it?

17       A.   No.

18       Q.   What was the mileage on the Mitsubishi when

19   you gave it or sold to your stepson?

20       A.   I have no idea.

21       Q.   Do you have any estimate?

22       A.   No.

23       Q.   Was it more than 50,000 miles?

24       A.   I would think so.

25       Q.   Now, when you went to buy this vehicle, the

1  BMW, was the plan always to purchase or did you ever

2  consider a lease?

3      A.   No.  I always planned to purchase it.

4      Q.   Other than the Mitsubishi was getting old,

5  was there any other reason you were in the market

6  for a car when you bought the BMW?

7      A.   I'm not sure at this point.

8      Q.   Did you have any updated yearly mileage for

9  the subject BMW?

10     A.   Not in that sense, but I probably, if you'd

11  asked me, could have guesstimated how far I would be

12  driving.

13     Q.   What was that back then?

14     A.   Probably on the order of 8- to 10,000 miles

15  a year.

16     Q.   I know that we have to generally report

17  that to our insurance company, so that was going to

18  be my next question.

19          What would you have reported to your

20  insurance company?

21     A.   I don't know, yeah.

22     Q.   What was your intended use for the BMW?

23     A.   Personal.

24     Q.   Did you indicate that to the folks when you

25  went to go buy the subject vehicle?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

```
 1        A.   I doubt it.
 2        Q.   Did you review any publications or internet
 3   sites to get information about cars before you
 4   purchased the BMW?
 5        A.   I don't think so.
 6        Q.   When you say you don't think so, is there a
 7   possibility you might have?
 8        A.   Yes.
 9        Q.   But you just don't remember?
10        A.   That's correct.
11        Q.   Do you frequent any websites that are
12   automotive related at this time?
13        A.   No.
14        Q.   Do you recall at any time frequenting
15   automotive-related websites?
16        A.   No.
17        Q.   Do you receive any type of publication like
18   Car and Driver?
19        A.   No.
20        Q.   How about Consumer Reports?
21        A.   For a while I did.
22        Q.   Did you ever subscribe to Consumer Reports
23   during your ownership of the subject vehicle?
24        A.   I don't know.
25        Q.   Do you ever recall reading any articles in
```

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1   Consumer Reports about BMW vehicles?

2       A.   No.

3       Q.   Where did you purchase the subject vehicle?

4       A.   At the BMW dealer in Encinitas, California.

5       Q.   Before you purchased it at Encinitas, did

6   you look at any other dealerships?

7       A.   I'm not sure.

8       Q.   Had you ever dealt with BMW of Encinitas

9   before you bought the vehicle?

10      A.   Say again.

11      Q.   Have you ever been to or dealt with BMW of

12  Encinitas before you bought the vehicle?

13      A.   I don't understand your question.

14      Q.   Had you ever been to BMW of Encinitas at

15  any time before the date that you actually bought

16  the subject BMW?

17      A.   Well, I presume I -- I didn't buy it the

18  first time I went up there.  I would think I -- I'm

19  not sure, to answer your question.

20      Q.   I will be a little more specific.

21           When you owned the Mitsubishi, did you ever

22  take it to BMW of Encinitas for service?

23      A.   No.

24      Q.   Did you ever take any vehicle since coming

25  back to San Diego to BMW of Encinitas?

1       A.   No.

2       Q.   **Was there a specific type of vehicle that**

3   **you were looking for when you bought the subject**

4   **BMW?**

5       A.   Well, I was thinking of buying a 300 Series

6   BMW, but I -- friend of mine encouraged me to test

7   drive the 550i, so when I -- after I drove the 550i,

8   I did like its performance and I decided to buy it

9   instead of the 300 series.

10      Q.   **When you say you liked its performance, can**

11  **you tell me a little bit more about what you mean?**

12      A.   Well, basically just -- just the way it

13  handled on the road, the way it drove.

14      Q.   **What did you like about the way it handled?**

15      A.   Well, it was -- it handled smoothly and

16  reacted in sync with what I wanted.

17      Q.   **Does it still operate that way today,**

18  **handle smoothly and do you like the way it drives?**

19      A.   Yes.

20      Q.   **When you went to purchase the BMW, were**

21  **there any features that were important for you to**

22  **have?**

23      A.   Nothing special that I recall now.

24      Q.   **Did you actually test drive any of the 300**

25  **Series?**

1      A.    I think so.

2      Q.    Can you recall test driving anything other

3   than maybe the 300 and the 550 that you ended up

4   buying?

5      A.    No.

6      Q.    Other than the handling and the way it

7   drove, was there anything else that set the 550

8   apart from the 300?

9      A.    No.

10      Q.    How many times did you test drive the 550

11   before you bought it?

12      A.    I don't know.

13      Q.    But you did test drive it; correct?

14      A.    Probably just once, but I'm not sure.

15      Q.    How long before purchasing the vehicle did

16   you test drive it?

17      A.    I don't know.

18      Q.    Who went with you when you did take a test

19   drive?

20      A.    I don't think anybody did.

21      Q.    Did anybody go with you from the dealership

22   to accompany you?

23      A.    Yes.

24      Q.    Do you recall who that person was?

25      A.    No.

1    Q.   Do you remember if it was a male or female?

2    A.   It was a male.

3    Q.   How many miles did you test drive the

4  vehicle?

5    A.   I don't know.

6    Q.   Do you think it was more than ten?

7    A.   Not more than ten.

8    Q.   Between maybe five and ten miles?

9    A.   Could be.

10   Q.   How long was the test drive in terms of

11  time?

12   A.   I don't know.

13   Q.   Was it more than five minutes?

14   A.   Yes.

15   Q.   Was it more than ten minutes?

16   A.   Yes.

17   Q.   Was it more than 20 minutes?

18   A.   Yes.

19   Q.   Was it more than half an hour?

20   A.   I don't know.

21   Q.   Would it be fair to estimate between 20 and

22  30 minutes for the test drive?

23   A.   I guess more like 20 to 45 minutes.

24   Q.   Where did you take the vehicle on the test

25  drive?

Robert Smothers                    Smothers vs. BMW of North America, LLC

```
 1        A.    In the Encinitas area, but I couldn't tell
 2   you specifically.
 3        Q.    Did you take it on the highway?
 4        A.    I don't recall.
 5        Q.    Do you recall whether you drove at highway
 6   speeds?
 7        A.    No.
 8        Q.    Did you drive it on surface streets?
 9        A.    Yes.
10        Q.    Do you know which streets you drove it on?
11        A.    No.
12        Q.    Did you drive it uphill or downhill?
13        A.    I don't recall.
14        Q.    Did you inspect the exterior of the vehicle
15   when you went on the test drive?
16        A.    I'm not sure I know what you mean by
17   "inspect."  I certainly looked at it.
18        Q.    Did you see any problems, any marks,
19   anything wrong with the vehicle?
20        A.    I don't recall.
21        Q.    Did you take a look at the inside, whether
22   you inspected it or just took a look around?
23        A.    Oh, I'm sure I looked at it, yes.
24        Q.    Do you recall noticing any problems on the
25   inside?
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

```
 1      A.   No.
 2      Q.   Did you notice any problems with the way
 3  the vehicle drove when you test drove it?
 4      A.   No.
 5      Q.   Did you take any notes on the test drive?
 6      A.   No.
 7      Q.   Did you take any photographs?
 8      A.   No.
 9      Q.   Any videos?
10      A.   No.
11      Q.   Is there anything remarkable about the test
12  drive to you?
13      A.   No.
14           MR. SCHULER:  We've been going 55 minutes.
15  This is a good time to take a break.
16           (Recess.)
17  BY MR. SCHULER:
18      Q.   We're back on the record.
19           When we were off the record, Mr. Smothers
20  went to his vehicle and has produced two manuals,
21  which is a quick reference guide and owner's manual.
22           Thank you, sir.  We can take a look at
23  those in a little bit.
24           Were you the individual who was present at
25  the dealership for the purchase of the subject
```

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1   vehicle?
 2        A.   Yes.
 3        Q.   And were you the individual who signed off
 4   on the purchase documents?
 5        A.   Yes.
 6        Q.   The purchase documents also reference an
 7   individual named Hazel Smothers.  Who is that
 8   person?
 9        A.   That's my wife.
10        Q.   Did she also sign off on any documents?
11        A.   My recollection is, yes, she signed the
12   documents, too.
13        Q.   She is a co-buyer on the vehicle; is that
14   correct?
15        A.   Yes.
16        Q.   Your wife is not a party to this lawsuit;
17   correct?
18        A.   That's correct.  I . . . I don't know.  I'm
19   her power of attorney.  She's unable to --
20        Q.   That's fine, sir.
21             (Defendants' Exhibit 3 marked.)
22        Q.   I will mark as Exhibit 3 what has been
23   produced as the retail installment sale contract for
24   the vehicle.
25             Have you seen this document before today,
```

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1    sir?

2        A.    Yes.

3        Q.    What is your understanding of this

4    document?

5        A.    It's a contract for the sale of the

6    vehicle.

7        Q.    On the front page, on the middle of the

8    right-hand side, there is a signature next to buyer.

9    Do you recognize that signature?

10       A.    Yes.   That's my signature.

11       Q.    Just below that, is that your wife's

12   signature?

13       A.    Correct.

14       Q.    Was anybody else with you when you

15   purchased this vehicle?

16       A.    No.

17       Q.    What date did you actually purchase the

18   subject vehicle, sir?

19       A.    I'm not sure.

20       Q.    If I can have you turn to the third page.

21   Look to the bottom of the document.   Does that

22   refresh your recollection where it states "Date"?

23       A.    That states December 8, 2011.

24       Q.    Was that the date that you purchased the

25   subject vehicle?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1      A.   I think so.

2      Q.   In reviewing this document, sir, it appears

3   you made one cash payment; is that correct?

4      A.   Correct.

5      Q.   To confirm, then, you didn't have a

6   subsequent monthly payment, did you?

7      A.   No.

8      Q.   Did you trade any vehicle when you

9   purchased the 5 Series?

10     A.   No.

11     Q.   And to be clear, there was no separate down

12   payment; correct?

13     A.   No.

14     Q.   Now, today here at your deposition you

15   produced what appears to be an e-mail that I'm going

16   to mark as Exhibit No. 4.

17          (Defendants' Exhibit 4 marked.)

18   BY MR. SCHULER:

19     Q.   It's dated October 18th, 2011.  It's an

20   e-mail with Peter Blacksberg, B-L-A-C-K-S-B-E-R-G,

21   from Auto Nation.

22          Can you tell me what that document that you

23   produced here today is?

24     A.   It states that it's from Peter Blacksberg

25   to me, that it's the order confirming purchase price

1    or the purchase of the BMW.

2        Q.    So you had been in communication with

3    somebody from Auto Nation in the months prior to the

4    purchase; is that correct?

5        A.    Say it again.

6        Q.    So you had been in communication in the

7    months prior about purchasing the vehicle with

8    somebody from Auto Nation; correct?

9        A.    I don't -- I don't understand your question

10   or don't -- don't understand what you're saying.

11       Q.    Okay.   So this e-mail is from the time

12   period before December of 2011; correct?

13       A.    Yes.

14       Q.    And in this e-mail you are communicating

15   with Mr. Blacksberg regarding the purchase of a

16   vehicle; is that correct?

17       A.    No.   He's communicating with me.

18       Q.    What is he saying to you?

19       A.    He's saying this is the order confirmation.

20       Q.    What does that mean to you?

21       A.    Well, it looks like the order of

22   confirmation to purchase the vehicle.

23       Q.    So you had been in communication with

24   Mr. Blacksberg before that to communicate your

25   desire to purchase the vehicle; correct?

```
 1        A.    Looks like it.
 2        Q.    And this e-mail, just so we can have a
 3   clear record, is the confirmation of whatever your
 4   order was; is that correct?
 5        A.    Yes.
 6        Q.    Okay.  Let me take a look at the document.
 7   Thank you.
 8             MR. MOSET:  I'm just going to grab some
 9   water.  Excuse me.
10             (Defendants' Exhibit 5 marked.)
11   BY MR. SCHULER:
12        Q.    I'm going to mark as Exhibit 5 what looks
13   to be the attachment to this e-mail that you
14   produced here today.
15             Does that just reflect what the -- the
16   features and the mockup of the vehicle was going to
17   be that you were ordering?
18        A.    My -- my understanding is this is the
19   vehicle I ordered and I received.  This is that
20   order.  It isn't a separate order.
21        Q.    Right.
22        A.    Yeah.
23        Q.    Okay.  No, that's what I'm trying to
24   confirm here.
25        A.    Yeah.
```

1    Q.   That document reflects the features that

2  you had selected for your vehicle?

3    A.   I thought by bringing in this other Auto

4  Nation or whatever you were implying I ordered the

5  vehicle twice and I don't recall anything like that.

6    Q.   No, that's not what I'm implying.  I'm just

7  asking if that document that you have --

8    A.   I'm sure it is, yes.

9    Q.   Let me finish.  Let me finish the question.

10  Okay?

11    A.   Okay.

12    Q.   I'm asking whether Exhibit No. 5 reflects

13  the features in the vehicle that you selected?

14    A.   Yes.

15    Q.   Okay.  Thank you.

16        (Defendants' Exhibit 6 marked.)

17  BY MR. SCHULER:

18    Q.   I'm going to mark as Exhibit No. 6 another

19  document from October of 2011 that you produced here

20  today.

21        Again, looks like these are features on the

22  vehicle, but can you tell me what that document is?

23    A.   I don't recall seeing this document before,

24  so I'm -- I'm not aware of it.  It says it's for the

25  335 sedan, so this isn't related to the vehicle that

 1   I purchased.

 2        Q.    Okay.  Thank you very much.

 3              Okay.  Can you walk me through generally

 4   what the process was, then, when you purchased this

 5   vehicle?

 6        A.    Well, my recollection is I went to the BMW

 7   dealer in Encinitas, did a test drive, at least one,

 8   maybe more, but at some point decided to purchase it

 9   from them and -- and, in fact, did so.

10        Q.    Okay.  Who did you work with through that

11   sales process?

12        A.    I would have to check my documents.

13        Q.    Do you have anything that identifies the

14   individual?

15        A.    I think so.

16              MR. SCHULER:  Okay.  Let's go off the

17   record while you look at your documents.

18              (Off the record.)

19              MR. SCHULER:  Back on the record.

20   BY MR. SCHULER:

21        Q.    We've marked as Exhibit No. 4 an e-mail

22   from Peter Blacksberg at Auto Nation.

23              Is Mr. Blacksberg the individual that you

24   worked with through the sales process?

25        A.    I think it was Mr. Blacksberg.  I'm not

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1   positive.
 2       Q.   Who did you understand that Mr. Blacksberg
 3   worked for?
 4       A.   The Encinitas BMW dealer.
 5       Q.   At any time during your purchase of the
 6   subject vehicle, did you have any communications or
 7   interactions with anybody from BMW North America?
 8       A.   I don't recall.
 9       Q.   Did you have anybody -- excuse me -- did
10   you have any interactions with anybody from BMW, the
11   distributor?
12       A.   I don't think so.
13       Q.   Did you have any interactions during the
14   sales process with anybody, other than individuals
15   who worked for BMW of Encinitas?
16       A.   Well, I think I got a price from BMW of San
17   Diego.  My recollection is I got a price from both
18   of them and I got a better price from Encinitas.
19       Q.   You never --
20       A.   In fact, my recollection is that triple --
21   AAA had a price promotion dealing with Encinitas
22   that -- I didn't buy, as I recall, the AAA discount
23   or whatever you want to call it.  It wasn't
24   available through BMW of San Diego.  That's why I
25   went to BMW of Encinitas.
```

**Robert Smothers**                          **Smothers vs. BMW of North America, LLC**

1      Q.    You never asked for a quote on a vehicle

2    from BMW of North America, the manufacturer, did

3    you?

4      A.    Not that I recall.

5      Q.    You didn't ask BMW of North America for any

6    information on any of the features from the subject

7    vehicle, did you?

8      A.    No.

9      Q.    You didn't receive any information from BMW

10   of North America?

11     A.    No.

12     Q.    You didn't receive any information

13   regarding price from BMW of North America; correct?

14     A.    No.

15     Q.    It's fair to say that during the sales

16   process, you didn't have any interactions with

17   anybody from BMW of North America; correct?

18     A.    Correct.

19     Q.    What did you tell Mr. Blacksberg or any

20   other folks at Auto Nation you were looking for in

21   the result vehicle?

22     A.    I don't know.

23     Q.    Were they friendly with you?

24     A.    I don't know.

25     Q.    Were they informational?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

```
 1       A.   I don't know.

 2       Q.   What did they tell you about the subject

 3   vehicle when you were purchasing it?

 4       A.   I don't know.

 5       Q.   Do you recall anything about the sales

 6   process?

 7       A.   That it took place.

 8       Q.   Do you remember any representations that

 9   they made to you?

10       A.   No.

11       Q.   Do you have any information that any

12   representation that was made to you by anybody from

13   the dealership was incorrect?

14       A.   No.

15       Q.   And it's fair to say that BMW of North

16   America did not make any representations to you

17   whatsoever; correct?

18       A.   Yes.

19       Q.   Did you ask any questions during the sales

20   process that the folks at Encinitas couldn't answer

21   for you?

22       A.   I don't know.

23       Q.   Were you satisfied with their customer

24   service?

25       A.   Yes.
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

1      Q.    Did you take home the subject vehicle on

2   December 8th, 2011, when you bought it?

3      A.    Yes.

4      Q.    Did you get any optional equipment on the

5   vehicle?  Any add-ons?

6      A.    I don't know.

7      Q.    Is there anything that would refresh your

8   recollection?

9      A.    Well, the purchase order.

10     Q.    If we take a look at Exhibit No. 5, I

11  believe that you had indicated these were some of

12  the features that were going to be included in your

13  vehicle; correct?

14     A.    Yes.

15     Q.    And, as you sit here today, looking at that

16  document, was there anything that you had paid for

17  that you did not receive?

18     A.    No.

19     Q.    Did you get any optional service contracts

20  for the vehicle?

21     A.    I don't know.

22     Q.    Do you recall purchasing any type of

23  extended maintenance agreement?

24     A.    I don't recall.

25     Q.    When you purchased the vehicle, did you

Robert Smothers                    Smothers vs. BMW of North America, LLC

1    plan to drive it every day?

2        A.    Yes.

3        Q.    What would be some of the purposes that you

4    would drive the vehicle normally?

5        A.    Well, basically, personal.

6        Q.    Were there any places in particular, like

7    golf or church or, you know, some folks like to take

8    it out to the mountains?  Was there any particular

9    places that you liked to go?

10       A.    One of my daughters lived in Arizona and I

11   planned to use the vehicle to visit her, yes.

12       Q.    Now, you have -- graciously on the break

13   you grabbed the owner's manual.  Can I take a look

14   at that for a second, sir?

15       A.    Yeah.

16       Q.    So you did receive an owner's manual with

17   the vehicle; correct?

18       A.    Yes.

19       Q.    Did you ever read it?  Looks like it's been

20   thumbed through and there's some pages marked.

21       A.    I'm sure I've looked at it.  I haven't read

22   it in detail, the whole thing, but parts of it I

23   have read.

24       Q.    And I'll represent for the record that page

25   number 77 has been flagged, which appears to be a

1    number of the dashboard indicators.  Is that

2    correct, sir?

3        A.   Yes.

4        Q.   Why did you flag that page?

5        A.   I don't -- I don't think I did

6    intentionally.  I don't -- I don't -- to my

7    knowledge, I didn't --

8            MR. MOSET:  For the record, the page is

9    bent, it's not flagged.

10           MR. SCHULER:  That's fine.

11   BY MR. SCHULER:

12       Q.   Let me ask you, sir, there are a number of

13   pages bent.  Did you do that purposely to look for

14   anything in particular?

15       A.   I don't recall.

16       Q.   Okay.

17       A.   I would have to look at it.

18           MR. SCHULER:  And what we'll do is I'm

19   going to mark this as Exhibit No. 7.  We will ask

20   our court reporter by the end of today to take a

21   scan of the front page and then we'll give it back

22   to you.

23           (Defendants' Exhibit 7 marked.)

24           THE WITNESS:  I will get the book.  Yeah, I

25   think I need it back, yeah.

1    BY MR. SCHULER:

2        Q.    For any of the problems alleged in this

3    lawsuit, did you ever review the owner's manual?

4        A.    I don't know.

5        Q.    Sir, if I can have you take a look at

6    page 282.  Let me know when you're done reviewing

7    that.

8        A.    (Witness reads document.)

9        Q.    Are you finished?

10       A.    Yes.  What was the question?

11       Q.    Just let me know when you're done reviewing

12   it.

13       A.    I'm done.  I didn't read the whole thing.

14   Yeah, I see it.

15       Q.    Did you ever review these provisions of the

16   owner's manual regarding oil consumption?

17       A.    I don't know.

18       Q.    As you look at them now, do they refresh

19   your recollection that you ever looked at this

20   provision?

21       A.    No.

22       Q.    Does anything there look familiar to you

23   regarding oil consumption?

24       A.    No, no.

25       Q.    Okay.  I'm also going to ask our court

1    reporter, as part of the copies, to just make a copy

2    of page 282 and 283 so there's a clear record on

3    what I was referencing, but we will set this aside.

4        A.   Okay.

5        Q.   Before purchasing the vehicle, did you do

6    any research to gain knowledge about BMW's

7    warranties for the subject vehicle?

8        A.   No.

9        Q.   What is your understanding of the warranty

10   that was provided to you by BMW?

11       A.   I -- I don't understand your question.

12       Q.   Do you know the -- strike that.

13            You were provided a limited express

14   warranty when you purchased the vehicle; correct?

15       A.   I'm not sure.

16       Q.   Do you understand what a warranty is?

17       A.   Yes.

18       Q.   Okay.  Do you understand that BMW provided

19   to you a warranty that would cover the vehicle for

20   certain services or repairs for a certain --

21       A.   Yes, yes.

22       Q.   What is your understanding of what that

23   warranty was in terms of time?  How long would it

24   last?

25       A.   Well, it was limited and my recollection --

1    I'm not sure, but I think it was recollection by

2    both time and mileage.  And I -- I think the time

3    was four years and I'm not sure what the mileage

4    was.

5         Q.    Okay.  Did you receive a warranty booklet

6    with the vehicle?

7         A.    I don't know.

8         Q.    Do you recall ever reviewing any warranty

9    booklet that came with the subject vehicle?

10        A.    I don't recall.

11               (Defendants' Exhibit 8 marked.)

12   BY MR. SCHULER:

13        Q.    I'm going to mark as Exhibit No. 8 a copy

14   of the service and warranty information manual for

15   2012, 1, 3, 5, 6 series and the Z4.

16               I just have a few questions here.

17               Does that refresh your recollection about

18   whether you have seen this?

19        A.    No.  I don't recall ever seeing a booklet

20   like this.

21        Q.    If I could have you turn to pages 12 and

22   13.

23        A.    (Witness complies.)

24        Q.    If I could start on page 12 at the bottom,

25   right-hand side, where it says, "BMW Road Side

1    Assistance."

2        A.    Yes.

3        Q.    During your ownership of the vehicle, did

4    you ever call BMW's roadside assistance program?

5        A.    I'm not sure, but I don't think so.

6        Q.    If we look to page 14, there's an item

7    titled "Towing Service."

8              Did you ever have the vehicle towed for any

9    reason?

10       A.    I -- I may have, but I don't -- I may have.

11       Q.    When you say --

12       A.    I don't recall.

13       Q.    When you say you may have, what do you

14   mean?

15       A.    Well, it's possible that I -- I had it

16   towed some time, but I don't recall at this point.

17   It was quite a few years ago.

18       Q.    Do you have any documents in your file that

19   reflect the vehicle has been towed?

20       A.    Not that I'm seen.

21       Q.    Do you recall ever contacting an

22   organization like AAA and asking them to tow you?

23       A.    That's probably who I would have contacted,

24   but I don't specifically recall having called them,

25   but I may have.

Robert Smothers                    Smothers vs. BMW of North America, LLC

1      Q.    Are you a AAA member, sir?

2      A.    Yes.

3      Q.    Have you been a AAA member through the

4    duration of owning this vehicle?

5      A.    Yes.

6      Q.    So you would have access to your records

7    related to this vehicle; correct?

8      A.    Through AAA.  I -- I probably don't have

9    any AAA records that would indicate that.

10     Q.    Okay.  So what I'll ask you to do and work

11   with your counsel, is to contact AAA to see whether

12   there is any documentation that shows it's ever been

13   towed.  And, if you find something, I'll ask you to

14   produce that to your attorney so he can give that to

15   me.

16           I will reserve the right to keep the

17   deposition open to ask you further questions.  I

18   don't anticipate we're going to find anything --

19     A.    Yeah, yeah.

20     Q.    -- but in the event that we do, I would

21   like to have an opportunity to ask you a few more

22   questions.

23           Is that okay?

24     A.    Okay.

25     Q.    Okay.  If I can have you turn to page 15.

**Robert Smothers**                          Smothers vs. BMW of North America, LLC

1      A.    (Witness complies.)

2      Q.    On the right-hand side we see the customer

3  assistance information.  And at the bottom there's a

4  telephone number, an e-mail and a website.

5           Did you ever contact the 1-800 BMW number

6  for any reason during your ownership of the vehicle?

7      A.    I don't recall.

8      Q.    Do you recall having any conversations with

9  anybody from BMW of North America during your

10  ownership of the vehicle?

11     A.    No.

12     Q.    Did you ever send any e-mails to the

13  customer relations department at BMW?

14     A.    I don't know.

15     Q.    Have you looked for e-mails in your file?

16  And I believe you did produce some here today that

17  we'll talk about a little bit later.  But other than

18  what you've produced, can you think of any other

19  documents?

20     A.    No.

21     Q.    Did you ever send any written

22  correspondence to the address that we see listed on

23  the next page on page 16?

24     A.    No.  As I said before, I never saw this

25  document, to my knowledge.

1    Q.   No.  I'm trying to refresh your

2  recollection regarding --

3    A.   I never got this -- this booklet.

4    Q.   If I can have you turn to page 18.

5    A.   (Witness complies.)

6    Q.   Were you aware that BMW offers a

7  third-party resolution program through the BBB?

8    A.   Say again, please.

9    Q.   Were you aware after looking at this page

10  -- strike that.

11        Before looking at this page, number 18,

12  were you aware that BMW offers a third-party

13  resolution program through the BBB, the better

14  business bureau?

15    A.   No.

16    Q.   Did you ever consider using a third-party

17  resolution program as opposed --

18    A.   No.

19    Q.   Mr. Smothers, you have to let me finish.

20        Did you ever consider using a third-party

21  resolution program instead of filing the lawsuit?

22    A.   No.

23    Q.   Did you ever contact anybody at any

24  third-party resolution program before you filed this

25  lawsuit?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1      A.    No.
 2      Q.    Okay.  We can put that to the side for now.
 3            Were you the primary driver of the vehicle,
 4  sir?
 5      A.    Yes.
 6      Q.    Did anyone else drive the vehicle during
 7  the ownership?
 8      A.    Yes.
 9      Q.    Who else drove it?
10      A.    My stepson drove it.
11      Q.    What's his name?
12      A.    John Johnson.
13      Q.    Where does he live, sir?
14      A.    He lives in Arizona.
15      Q.    What would be the purposes that he would
16  have driven the car?
17      A.    Just -- he -- he drove it only when he was
18  here in San Diego at my home and he would drive it
19  so that I didn't have to drive it when we were going
20  someplace together.
21      Q.    Did he ever experience any of the issues in
22  this lawsuit that you're claiming?
23      A.    The main issue is the oil consumption and
24  he specifically didn't have anything to do with the
25  oil consumption.
```

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1      Q.   If you had to give me a percentage on how

2   often you would drive the vehicle versus other

3   folks, what would that be?

4      A.   I drove it 99.5 percent of the time.

5      Q.   Did anybody other than Mr. Johnson and you

6   ever drive the vehicle?

7      A.   Not that I recall at this moment.

8      Q.   How often would you drive the BMW on a

9   weekly basis?

10     A.   I would normally drive it daily.

11     Q.   Did you like the BMW when you first

12  purchased it?

13     A.   Yes.

14     Q.   What did you like about it?

15     A.   The way it handled.

16     Q.   And that's what we talked about earlier,

17  that -- the smooth driving, the operation; is that

18  correct?

19     A.   Yes.

20     Q.   Did you like how it looked?

21     A.   Yes.

22     Q.   Was there anything else that you liked

23  about it?

24     A.   No.

25     Q.   Other than some of the things that we'll

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    talk about in the repair orders, was there anything

2    that you didn't like about it?

3        A.    Well, you say accepting the oil consumption

4    and the $15,000 I had to spend on repairs.

5        Q.    Anything else?

6        A.    There wasn't anything else.

7        Q.    Okay.  Did you take any regular trips

8    around San Diego in your car, any places that you

9    went to frequently?

10       A.    Well, I went to -- shopping in La Jolla

11   Village and Pacific Beach on a regular basis,

12   primarily.  If I had medical appointments, I used it

13   to get to them.  If I was visiting friends in one

14   place or another, I would use it for that purpose.

15       Q.    Have you ever taken the BMW on any road

16   trips?

17       A.    Yes.

18       Q.    What are the locations?

19       A.    Arizona, my daughter -- daughter lives in

20   Arizona and so I went there.  And also my stepson

21   lives in Arizona.  I visited them on occasion.

22       Q.    Have you taken it on any other road trips

23   other than Arizona?

24       A.    I'm sure I have.  I'm having a hard time

25   remembering exactly where and when.  I know I took

Robert Smothers                          Smothers vs. BMW of North America, LLC

```
 1    it up to the Los Angeles area on more than one

 2    occasion as -- I do recall I took it to one of the

 3    Rose Bowl football games.

 4         Q.    How many times did you drive the vehicle to

 5    Arizona?

 6         A.    I -- I don't -- I don't know, but I -- I

 7    guesstimate between five and ten.

 8         Q.    Where in Arizona does your daughter live?

 9         A.    Well, she -- she's moved around.  She's

10    lived in Phoenix and -- off the record.  What is the

11    name of that other town?

12         Q.    Tucson?

13         A.    No, not Tucson.  Between Phoenix and

14    Flagstaff.

15         Q.    Prescott?

16         A.    Prescott, yeah.  So I drove it primarily to

17    Prescott and on occasion to Phoenix.

18         Q.    Where does your stepson live in Arizona?

19         A.    He lives in -- outside of Phoenix in a

20    little town called Aguila, A-G-U-I-L-A.

21         Q.    On any of the trips to Arizona, was there

22    ever an occasion that the vehicle broke down and

23    wouldn't drive?

24         A.    No.

25         Q.    On any of those trips, did you experience
```

1    any mechanical problems with the vehicle?

2        A.    No.

3        Q.    On any of those trips, did you experience

4    any safety concerns with the vehicle?

5        A.    Not that I recall now.

6        Q.    Other than Arizona and Los Angeles, are

7    there any other road trips that you can think of

8    that you've been on?

9        A.    I don't recall any.

10       Q.    Now, on your trips to Los Angeles, any of

11   them, do you recall ever having an experience where

12   the vehicle stopped working and you had to have it

13   towed?

14       A.    No.

15       Q.    Was there ever any time you were on one of

16   those trips and you couldn't drive the vehicle for

17   any mechanical problem?

18       A.    No.

19       Q.    On any of those trips, did you experience

20   any safety concerns?

21       A.    No.

22       Q.    Is Arizona the longest trip that you have

23   taken in the vehicle?

24       A.    I think so.

25       Q.    How would you describe your driving style?

Robert Smothers                    Smothers vs. BMW of North America, LLC

1    Some people drive fast, some drive slow, some go the

2    speed limit.  How would you describe yours?

3        A.   Moderately fast.

4        Q.   What's the fastest you have ever driven the

5    subject vehicle?

6        A.   I don't know.

7        Q.   Have you gotten it up over, say, 85 miles

8    an hour?

9        A.   Yes.

10       Q.   How often do you drive on a freeway or

11   highway with the subject vehicle?

12       A.   I -- I guesstimate daily.

13       Q.   What freeways or highways do you generally

14   drive on?

15       A.   Normally would be I-5.

16       Q.   Anything else?

17       A.   No.

18       Q.   During your ownership, has the BMW been

19   involved in any accidents?

20       A.   Yes.

21       Q.   How many?

22       A.   I think possibly two.

23       Q.   When was the first one?  What was the date

24   of the first date?

25       A.   I don't -- I don't know the date.

Robert Smothers                          Smothers vs. BMW of North America, LLC

1      Q.   Can you give me a general year estimate?

2      A.   I'm -- I -- I can't give you -- I would say

3   about four -- four years ago.

4      Q.   And that's just for the first accident.

5   When was the second accident?

6      A.   Well, there were two right -- right next to

7   each other and I was hit by another vehicle.

8      Q.   Let's start with the first one.  Where did

9   that occur?

10      A.   It was in the area, I think -- I'm having

11   trouble recalling the names of the streets.  It was

12   in Pacific Beach.

13      Q.   That will work.  Can you tell me what

14   happened in that accident, the first one?

15      A.   I was hit from the rear by another vehicle.

16      Q.   How fast were you going at the time?

17      A.   I have no idea.

18      Q.   Were you stopped?

19      A.   I -- I -- no, I was making -- I just made a

20   turn, so I was probably in the vicinity of 25 or

21   30 miles an hour.

22      Q.   How fast was the other car going that hit

23   you?

24      A.   I don't know.

25      Q.   Can you explain to me the dynamics of the

1  accident?  What actually happened?  It sounds like

2  you were turning.  I want to be clear and make sure

3  I have an understanding.

4      A.   I don't recall.

5      Q.   What type of vehicle was the other driver?

6      A.   I don't know.

7      Q.   Was there any damage to the subject BMW?

8      A.   To the -- what -- to my BMW?

9      Q.   Correct.

10     A.   Yes, there was.

11     Q.   Can you describe the damages for me?

12     A.   I don't really recall them very well.

13     Q.   What did you do about those damages?

14     A.   Well, I took them into -- I took it into

15  the -- be repaired.

16     Q.   Where did you take it to get repaired?

17     A.   I -- I'm not sure.  I think I took it to

18  La Jolla body shop, which is located in Pacific

19  Beach.

20     Q.   Do you still have records related to those

21  repairs?

22     A.   I'm not sure.

23     Q.   Do you know what parts on your vehicle they

24  repaired?

25     A.   I think the -- the fender area and the --

1    the rear and the fender area of the body.

2        Q.    You have not produced those records,

3    though, here today; correct?

4        A.    No.  I don't know that I have them.

5        Q.    Did you pay anything to have those damages

6    repaired?

7        A.    I don't recall at this time whether I -- I

8    paid or the insurance paid.

9        Q.    Who was your insurance carrier at that

10   time?

11       A.    USAA.

12       Q.    Is that still your insurance carrier?

13       A.    Yes.

14       Q.    And, like before, we may ask you to take a

15   look for those repair documents so that we can have

16   an understanding of the state of the car.  Is that

17   okay?

18       A.    Okay.  Sure.

19       Q.    To the extent that you find anything, I

20   will ask you to provide that to your attorney.  He

21   will let me know.  Okay?

22       A.    Okay.

23       Q.    Can you recall anything else about that

24   first accident?

25       A.    No.

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1    Q.   Were you injured in any way?

2    A.   No.

3    Q.   Were the police called?

4    A.   I think so, but I'm not sure.

5    Q.   Do you know if a police report was

6    prepared?

7    A.   I don't know.  I don't think so.

8    Q.   Were you able to drive the vehicle from the

9    site of the accident?

10   A.   Yes.

11   Q.   Did you take it immediately to a body shop

12   or did you wait a few days?

13   A.   I don't remember.

14   Q.   Did you notice any fluids leaking from the

15   vehicle after the accident?

16   A.   No.

17   Q.   Did you notice any smoke coming from the

18   engine?

19   A.   No.

20   Q.   Then there was a second accident, correct,

21   somewhat close in time to the first accident?

22   A.   It may be a figment of my imagination.  I

23   just -- I don't remember the second accident in a

24   way I could describe it because I don't remember any

25   damage.  And I -- I -- I think maybe I was hit again

1    on the -- in the rear about the same time.  And had

2    a second -- I -- I could check -- try to check that

3    out as well --

4         Q.   Yeah.

5         A.   -- and let you know.

6         Q.   And if you could contact both USAA and the

7    La Jolla body shop, you know, that would be helpful

8    to us to know what happened in those accidents.

9         Okay?

10        A.   Okay.

11        Q.   Other than the first accident and the

12   potential second accident, is there any other

13   accidents that the vehicle has been in?

14        A.   No.

15        Q.   What dealerships or repair shops have you

16   brought the vehicle to for service and repairs?

17        A.   Well, the Encinitas BMW, the San Diego BMW

18   and the La Jolla body shop for body work.

19        Q.   Did you also bring it to Boulevard?

20        A.   Yes.  Correct.

21        Q.   Okay.  Was there any particular person that

22   you worked with at BMW of Encinitas on a regular

23   occasion?

24        A.   No.

25        Q.   How about at San Diego BMW?

1     A.    No.

2     Q.    Were you the person that would bring the

3  vehicle into the dealership on each visit?

4     A.    Yes.

5     Q.    I want to ask you generally a series of

6  questions about your experiences with just BMW of

7  Encinitas for a moment.  This is only applied to BMW

8  of Encinitas, not BMW of San Diego.  Okay?

9           You would bring the vehicle in and somebody

10  would greet you; correct?

11     A.    Yes.

12     Q.    And you would tell them what your concerns

13  were and they would write that down on a computer or

14  piece of paper; correct?

15     A.    Well, it's sort of hypothetical.  I don't

16  recall any of it.

17     Q.    Okay.  When you would meet with somebody at

18  the dealership at BMW of Encinitas, would you tell

19  them generally what your problems were on the

20  vehicle?

21     A.    Yes.

22     Q.    They would write that down; correct?

23     A.    I assume so, yeah.

24     Q.    Then they would print out a work order;

25  correct, like the work orders that you provided to

Robert Smothers                    Smothers vs. BMW of North America, LLC

```
 1   your counsel?
 2       A.   Yeah, those are invoices, yeah.
 3       Q.   Okay.  And that invoice would indicate what
 4   you told them were the problems; correct?
 5       A.   Yes.
 6       Q.   Then you would have to sign that invoice to
 7   acknowledge delivery of the vehicle so they could
 8   take it and go do whatever they needed to do;
 9   correct?
10       A.   Yes.
11       Q.   Then at some point they'd give you a call
12   and say your vehicle's ready; is that correct?
13       A.   Yes.
14       Q.   And then when you would come back in you
15   would go over that invoice with somebody from the
16   dealership; correct?
17       A.   Well, I -- I don't recall.
18       Q.   Okay.  At some point --
19       A.   That sounds logical, but I don't recall the
20   occasions.  So . . .
21       Q.   I'm talking generally here.  Not any
22   specific occasion.  But generally speaking --
23       A.   Generally, that's what would happen, that's
24   correct.
25       Q.   You would come back to the dealership and
```

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1    you go over the repair order; correct?
 2        A.    Correct.
 3        Q.    They would explain to you what they had
 4    found or what they had done; correct?
 5        A.    Yes.
 6        Q.    Did you keep all the paperwork that was
 7    provided to you by BMW of Encinitas?
 8        A.    I don't know.
 9        Q.    Did you read the paperwork when it was
10    given to you?
11        A.    I don't know.
12        Q.    Is there ever an occasion that you recall
13    going to the dealership and having work done, but
14    they didn't give you any repair order?
15        A.    I don't recall it specifically, but it's
16    possible because I may have taken it in to get it
17    topped off for oil and they -- those occasions they
18    could have topped it off and not given -- I know at
19    BMW San Diego, I know that occurred there.
20        Q.    How do you know that occurred there?
21        A.    Because I remember that.
22        Q.    Did you ask for any paperwork?
23        A.    No.
24        Q.    Did they mark anything down when you came
25    in and you told them what the issues were on the
```

```
 1   vehicle?
 2       A.   I don't recall.
 3       Q.   Was there any instance at BMW of Encinitas
 4   where you had to escalate an issue to management?
 5       A.   No.
 6       Q.   How many times did you take the vehicle to
 7   BMW of San Diego?
 8       A.   I don't know.
 9       Q.   I want to ask you same questions about BMW
10   of San Diego, just so we have a clear record.
11            So you bring the vehicle in, somebody would
12   greet you; is that correct?
13       A.   Yes.
14       Q.   And then you would tell them what your
15   concerns were or why you were there; correct?
16       A.   Well, I assume so.
17       Q.   And then they would write it down either on
18   a computer or piece of paper?
19       A.   Yes.
20       Q.   And then they would print out that invoice
21   for you to review; correct?
22       A.   I don't always recall seeing it in writing
23   before they did the work.  I saw it at some point.
24       Q.   Generally they provide that to you so you
25   could sign the document and release it to them so
```

```
 1   they could do whatever they needed to do?

 2       A.   Okay.

 3       Q.   Is that correct?

 4       A.   I think so.

 5       Q.   And then you would come back to the

 6   dealership and they would go over that repair order

 7   with you; is that correct?

 8       A.   I don't think they went over it on every

 9   occasion.  I'd just go in and pay for it and take

10   it.  I don't recall them going over the . . .

11       Q.   But they would provide you the repair order

12   so you would have an opportunity to read that?

13       A.   Yes.

14       Q.   If you had any questions you could ask them

15   at that time; correct?

16       A.   Yes.

17       Q.   Were there any instances at BMW of San

18   Diego that you had to escalate an issue to the

19   management?

20       A.   No.

21       Q.   Were the dealer personnel at BMW of San

22   Diego informational?

23       A.   Were they what?

24       Q.   Informational.

25       A.   I don't know what you mean by that.
```

Robert Smothers                     Smothers vs. BMW of North America, LLC

1      Q.    Were they friendly?  Helpful?

2      A.    I think so.

3      Q.    Did you ever ask any questions of them that

4   they couldn't answer?

5      A.    I don't recall.

6      Q.    How about at Encinitas, were they

7   informational?

8      A.    I -- I don't recall.

9      Q.    Was there ever a time at either one of

10  those dealerships that you weren't satisfied with

11  the service that you were provided?

12     A.    I -- I don't recall.

13     Q.    Okay.

14           MR. SCHULER:  Let's go off the record for a

15  quick second.

16           (Recess.)

17           MR. SCHULER:  Back on the record.

18  BY MR. SCHULER:

19     Q.    Sir, just to confirm, the purchase date of

20  the subject vehicle was December 8th, 2011; is that

21  correct?

22     A.    Yes.

23     Q.    When after purchasing the vehicle in

24  December of 2011, did you first suspect there was a

25  problem with the vehicle?

Page 79

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1      A.    I'm not sure, but my best guesstimate is it

2   was on May 24th, 2012.

3      Q.    Okay.

4      A.    Or in that -- in that vicinity.

5      Q.    And it looks like you're referring to some

6   notes, sir; is that correct?

7      A.    Yes.

8      Q.    Do you mind if I take a look at these

9   notes?

10     A.    Yeah.

11     Q.    What are these, sir?

12     A.    I just put those together yesterday.  Those

13  are the four -- the four times while the car was

14  under -- under warranty that I -- with either

15  Encinitas BMW or San Diego, telling them that I had

16  a low oil problem.

17     Q.    Sir, we will give you a copy of this back,

18  but I will mark this as an exhibit.

19     A.    Give me a copy back.  That's why I made it

20  so I would have it.

21         (Defendants' Exhibit 9 marked.)

22  BY MR. SCHULER:

23     Q.    Mark this as Exhibit No. 9.

24         And, absolutely, sir, I just want to ensure

25  that I know what this is.

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1          So this Exhibit No. 9 is -- reads "Recorded

2    Visits re low oil or oil changes during the warranty

3    period."

4          Correct?

5      A.   Yeah, I think so.

6      Q.   Okay.

7      A.   Right.

8      Q.   So, if I understand you correctly, the

9    first time that you experienced or suspected there

10   was a problem with the vehicle covered by the

11   warranty was in May of 2012; is that correct?

12     A.   That's correct.

13          MR. MOSET:  Objection.  Asked and answered.

14   BY MR. SCHULER:

15     Q.   What was the problem that you were

16   experiencing at that time?

17     A.   Well, the BMW showed that it was low on oil

18   and it needed to have oil added.

19     Q.   How did you know -- what was it showing?

20     A.   Well, there's a -- comes up in the window

21   that it's -- it says your oil is at the minimum

22   level.  You need to add a quart or words to that

23   effect.

24     Q.   How long before the visit on May 23rd or

25   25th, 2012, did you experience that light coming on?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1        A.   I don't know.
 2        Q.   Were you the type of person that when you
 3   experienced a problem with the vehicle you would
 4   bring it to the dealership immediately?
 5        A.   No, because in this instance I added the
 6   oil.
 7        Q.   So it's possible --
 8        A.   And then -- and then I -- go ahead.
 9        Q.   So it's possible that the low oil light
10   could have come on sometime between December and May
11   of that time?
12        A.   No, no, no, no.
13        Q.   So that's what I'm trying to figure out.
14             How long before you came in on the 23rd of
15   May 2012 did that light come on?
16        A.   I would say it would be within a week.
17   Wouldn't have been longer than a week.
18             (Defendants' Exhibit 10 marked.)
19   BY MR. SCHULER:
20        Q.   I'm going to mark as Exhibit No. 10 a
21   repair order from BMW Encinitas, number 480402,
22   dated May 23rd, 2012.
23             Hand that to the witness.  Provide a copy
24   to his counsel.
25             Is this the repair order for the visit that
```

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    you're referring to in your notes, sir?

2         A.    (Witness reviews document.)

3              Where do you see the date on here?  I'm

4    trying to find the date.

5         Q.    It's on the top left-hand corner where it

6    says, "R.O. opened" and just below that it says, "23

7    May '12."

8         A.    Yeah, okay.  I got it.

9              Yes.  Can you repeat the question you have

10   regarding this?

11        Q.    Yes.  Is this the repair order that was

12   provided to you for that May 23rd visit, which is

13   also referenced in your notes?

14        A.    Yes.

15        Q.    Have you seen this document before today,

16   sir, which I believe you produced to your counsel?

17        A.    I think I have a copy of it.

18        Q.    And do you see on the top right-hand corner

19   of this -- of the front page, it says, "Service

20   Adviser, Keith Sherman"?

21        A.    Yes.

22        Q.    Do you know who that individual is, sir?

23        A.    Well, I assumed he's a BMW service adviser

24   at Encinitas.

25        Q.    Would that be the person that you spoke

1   with when you brought the car in and dropped it off

2   and told them what was going on?

3       A.   I think so.

4       Q.   Now, when you would go to the dealership at

5   BMW, would you describe the problems exactly as you

6   experienced them or to the best of your ability?

7       A.   Yes.

8       Q.   And as you take a look at this repair order

9   now -- feel free to thumb through it and read to the

10  extent necessary -- is that an accurate description

11  of what you told them?

12      A.   I think so.

13      Q.   When you picked up the vehicle, did you go

14  over the repair order with anybody from the

15  dealership?

16      A.   I don't know.

17      Q.   Was there anything, as you sit here and

18  read this repair order today, that you told them

19  they didn't put on the repair order?

20      A.   Well, what -- they describe what I said in

21  just a couple words.  I'm sure I said more than the

22  couple words that they say here, but the idea's

23  there.

24      Q.   But, for example, you didn't tell them,

25  "Hey, I saw smoke coming out"?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1        A.    Yes.

 2        Q.    Or "I'm having a transmission problem and

 3   that's not on here"; correct?

 4        A.    No.

 5        Q.    While the vehicle was in the shop on

 6   May 23rd or 24th, 2012, did you miss anything like a

 7   doctor's appointment or life event?

 8        A.    I have no idea.

 9        Q.    It looks like the first two sets of lines,

10   A and B, appear to be maintenance and that line C is

11   the issue that you've raised previously in the

12   deposition for the oil consumption.  Is that

13   correct?

14        A.    That's correct.

15        Q.    Okay.  So can you describe for me what it

16   was that you were experiencing that was reflected

17   here?

18        A.    As I read these notes and -- and as I

19   recall being -- having my memory refreshed by these

20   notes, what -- what had occurred was that the low

21   oil light had come on on the BMW prior to this --

22   this happening.  And that I personally topped --

23   topped off the oil, but I was concerned apparently

24   about what kind of oil I had put in it.  Had I put

25   in the correct oil that BMW requires or hadn't I.
```

Page 85

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1    So I took the car in and I said, "I topped

2   off, but I may have used the wrong oil," and asked

3   them to -- and based on what they told me we decided

4   to replace all the oil at this -- this time.  So

5   this isn't topping it off, it's changing the oil

6   that I had put in when I saw the low oil warning

7   sign.

8     Q.   And that brings back up that earlier

9   question.

10        How long do you -- can you estimate for me

11  before May 23rd did you see that low oil light come

12  on?

13    A.   I would say it was within a week probably,

14  probably two or three days.

15    Q.   Did that give rise to any concerns for you,

16  that the low oil had come on around this time?

17    A.   Well, yes.

18    Q.   Why is that?

19    A.   Because with -- with cars such as these,

20  BMWs and the Mercedes I had owned, they never had to

21  have oil changed between oil services.

22    Q.   So in May --

23    A.   And so when -- when -- when there is a

24  requirement to change -- change the oil between

25  services that were due, I was concerned, of course.

Page 86

1      Q.   Did you suspect there was a problem?

2      A.   Well, yes.

3      Q.   Where were you when you first noticed that

4  the oil light came on?

5      A.   I don't know.  I was in the car.

6      Q.   When that low oil light came on, did it

7  stay on or did it flash?

8      A.   My recollection is it stays -- it stays on

9  until you do something with it.  You can turn it off

10 yourself.  And it's not just a light's on.  It's --

11 it's the warning is there that says it's -- you're

12 low on oil, add a quart.

13     Q.   Do you recall what that language says

14 specifically?

15     A.   Do I recall what it says specifically?  Not

16 the exact words.

17     Q.   When this light came on, did you notice any

18 difference in the handling of the vehicle?

19     A.   No.

20     Q.   Did you notice any difference in the

21 operation of the vehicle?

22     A.   No.

23     Q.   Did you notice any abnormal sounds in the

24 vehicle?

25     A.   No.

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
1        Q.    Did the light prevent you from driving the

2   vehicle?

3        A.    No.

4        Q.    Did you notice any abnormal smells in the

5   vehicle?

6        A.    No.

7        Q.    Did you ever record that condition with

8   your phone?

9        A.    Say it again.

10       Q.    Strike that.

11             Did you ever record that condition with a

12   photograph?

13       A.    No.

14       Q.    Now, on this visit, was there anything else

15   or was this just -- it looks just general

16   maintenance; is that correct?

17       A.    I think so.

18       Q.    Okay.  When was the next time -- or strike

19   that.

20             When you drove off the lot around May 23rd,

21   24th, 2012, did you notice any problems in the

22   vehicle when you drove off?

23       A.    No.

24       Q.    Okay.  When was the next time you observed

25   a problem in the vehicle that caused you to bring it
```

**Page 88**

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    to the dealership?

2        A.   I -- I don't recall for sure, but based on

3    my notes, the next occasion that I have documented

4    that I can find -- but there may have been others

5    when I brought it in to be topped off, I'm not

6    sure -- was July 2nd, 2014.

7            MR. SCHULER:   Now, before we get to that, I

8    would like to prevent -- I'll mark a document as

9    Exhibit No. 11.

10           (Defendants' Exhibit 11 marked.)

11   BY MR. SCHULER:

12       Q.   It's a repair order from BMW of Encinitas,

13   number 492917, dated January 24th, 2013.  And that

14   would appear to come before that July date?

15       A.   It for sure comes before that, yeah.

16       Q.   Okay.  Have you seen this document before

17   today, sir?

18       A.   I think it probably came from me.  I think

19   I probably have a copy.  I'm not sure.

20       Q.   As you review this document, can you

21   confirm that this was a review order that was

22   provided to you on January 24th, 2013?

23       A.   Yes.

24       Q.   Was the service adviser, again, Mr. Keith

25   Sherman?

Robert Smothers                          Smothers vs. BMW of North America, LLC

1     A.    Yes.

2     Q.    And the mileage on this date was

3   11,033 miles; correct?

4     A.    That's correct.

5     Q.    As you look at this repair order, do you

6   agree that the statements here accurately reflect

7   what occurred on that visit?

8     A.    Well, I have no way of knowing, but I

9   assume that they are.

10    Q.    Do you recall going over this repair order

11   with anybody from the dealership?

12    A.    No, I don't recall that.

13    Q.    Do you recall missing anything while your

14   vehicle was in the dealership on this visit?

15    A.    Say it again.

16    Q.    Do you recall missing anything because your

17   vehicle was in the dealership on this visit?

18    A.    No.

19    Q.    Okay.  It appears this is a general

20   maintenance visit; is that correct?

21    A.    Yes.

22    Q.    In line B we see that the vehicle was

23   brought in for an engine oil service; is that

24   correct?

25    A.    Yes.

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    Q.   And now looking at that, was there a reason

2  that you didn't include that on your personal notes

3  or was that an oversight?

4    A.   No, it wasn't an oversight.  This is just

5  the normal -- normal service.

6    Q.   Okay.  So this --

7    A.   What I was bringing up were low oil notices

8  that weren't the usual thing.

9    Q.   So this visit --

10    A.   This looks like it was just the standard

11  maintenance that is still under warranty.  There's

12  no charge for changing the oil, so it was obviously

13  based on the warranty or the extended maintenance

14  that you received when you purchased the vehicle for

15  the first four years, I believe.

16    Q.   So this visit is not part of the lawsuit;

17  correct?

18    A.   Not as far as I know.

19    Q.   Okay.  So then let's move on.

20         You said that the second issue again was in

21  July, but again it appears that there was another

22  visit, which I'll mark --

23    A.   I'm sure there were other visits.

24         (Defendants' Exhibit 12 marked.)

25  BY MR. SCHULER:

**Page 91**

**Robert Smothers**                                   **Smothers vs. BMW of North America, LLC**

1      Q.    I will mark as Exhibit No. 12 a repair

2    order from BMW of Encinitas, number 509811, dated

3    December 6, 2013.

4            Did you speak to Mr. Sherman on this visit?

5      A.    I don't know.

6      Q.    Do you see his name?

7      A.    Yes, I see his name.  I assume it was him,

8    but I don't know.

9      Q.    As you review this document, can you

10    confirm that this was the repair order that was

11    provided to you for the December 6, 2013, date?

12      A.    Yes.

13      Q.    Is there anything that you presented to

14    them as being a problem at this time that's not

15    reflected in the repair order?

16      A.    No.

17      Q.    Is this another general maintenance repair?

18      A.    Yes.

19      Q.    Okay.  This is not part of the lawsuit

20    then?

21      A.    No.

22      Q.    Okay.  Now, again, you said the next time

23    you suspected a problem with the vehicle was

24    July 2nd, 2014; is that correct?

25      A.    Uh-huh.

**Page 92**

**Robert Smothers**                         **Smothers vs. BMW of North America, LLC**

```
 1      Q.   Okay.  Is that a "yes"?

 2      A.   Yes.

 3      Q.   Okay.

 4           (Defendants' Exhibit 13 marked.)

 5   BY MR. SCHULER:

 6      Q.   I will mark as Exhibit No. 13 a repair

 7   order from BMW of San Diego, number 536928, which is

 8   dated July 2nd, 2014.

 9      A.   I hate to be stupid, where do I -- oh,

10   okay.

11      Q.   I will trade you here for a second, sir.

12      A.   Oh.

13      Q.   This might be easier to read.

14      A.   Okay.

15      Q.   Have you had a chance to review that

16   document, sir?

17      A.   Yes.

18      Q.   Have you seen that document before today?

19      A.   I think so, yes.

20      Q.   And that was the repair order that was

21   provided to you for the July 2nd, 2014, visit;

22   correct?

23      A.   Yes.

24      Q.   Did you speak to a service adviser on this

25   visit?
```

Page 93

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

```
 1        A.   I'm sure I did.

 2        Q.   Was that Laura Paine, P-A-I-N-E?

 3        A.   I -- I assume so.

 4        Q.   Did you describe the issues or the problems

 5   that you were experiencing exactly how you

 6   experienced them?

 7        A.   I think so.

 8        Q.   And looking at the repair order now, is

 9   this an accurate description?

10        A.   Excuse me.  May I have a minute to find my

11   invoice?

12        Q.   Yes.

13        A.   The same invoice.  I don't have it yet and

14   I have a note on that.  But I wanted to . . .

15             I can't find what I'm looking for.

16             Yeah, okay.  I found what I was looking

17   for.

18        Q.   Okay.  What was that, sir?

19        A.   Sir, a note that I wrote on the -- that

20   invoice at the time, which is stated "Low on oil."

21        Q.   Can I see that document please, sir?

22        A.   Yeah.  There's my note that I wrote at that

23   time.  Not recently.

24             (Defendants' Exhibit 13.1 marked.)

25   BY MR. SCHULER:
```

Page 94

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1      Q.    I will mark this as an addendum to

2    Exhibit 13.   Mark it 13.1.

3              Hand this back to you as 13.1, sir.

4              That handwriting, what does that say?

5      A.    "Low on oil."

6      Q.    Whose handwriting is that?

7      A.    Mine.

8      Q.    When did you apply that to the repair

9    order?

10     A.    As I recall, it was written at the time

11   that the work was done.

12     Q.    Why did you write that note, sir?

13     A.    I'm assuming I wrote it because the --

14   there was a notice that the BMW had come up with

15   that I was low on oil.  That's why I would write the

16   note.  That's the only way I would know that the BMW

17   was low on oil.

18     Q.    Now, is the repair order that we see in 13

19   and 13.1 an accurate description of the other issues

20   that were addressed on this visit?

21     A.    As far as I know.

22     Q.    And they appear to be mostly maintenance;

23   is that correct?

24     A.    Yes.

25     Q.    I do see that there was an issue with a

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

```
 1   tire bubble.  What was that?
 2       A.   I don't know.
 3       Q.   But that was not a warranty concern;
 4   correct?
 5       A.   No.
 6       Q.   And that's not part of this lawsuit, is it?
 7       A.   No.
 8       Q.   Okay.  Let's talk, then, about the low oil
 9   issue.
10            What was it that you were experiencing at
11   this time?
12       A.   I don't -- I don't understand your
13   question.
14       Q.   What was it that caused you to write "low
15   oil" on the repair order?
16       A.   The fact that the BMW said that the car was
17   low on oil and needed a quart.
18       Q.   And this was the second time during your
19   ownership that you had experienced this?
20       A.   At least the second time.
21       Q.   What do you mean when you say "at least the
22   second time"?
23       A.   Because there could have been other
24   occasions that weren't documented and I no longer
25   have a record of it and I don't recall.
```

**Page 96**

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    Q.   So at this time in -- in July of 2014,

2    there were multiple experiences that you had had

3    with the low oil light coming on; is that correct?

4    A.   I don't know how many, but there had been

5    more than one, yes.

6    Q.   And you suspected that that was a problem

7    with the vehicle; correct?

8    A.   Yes.

9    Q.   And you suspected that that was a problem

10   with the vehicle that was covered by the warranty;

11   correct?

12   A.   Yes.  And I recall telling BMW dealers that

13   I was concerned and they uniformly would -- would

14   inform me that BMW's of this type use a lot of oil.

15   And I got the impression that they were telling

16   me -- I don't remember their exact words, but my

17   impression was that they were saying to me, "Don't

18   worry about it, son; it's normal; everybody that has

19   a BMW like this has this sort of problem."  That's

20   what I was thinking anyway.

21   Q.   But you suspected personally that there was

22   a problem with the oil consumption; correct?

23   A.   Because of the -- what BMW was saying there

24   was a problem.

25   Q.   They were saying there was a problem?

Robert Smothers                    Smothers vs. BMW of North America, LLC

1      A.    The BMW notices when the oil became low in

2   the BMW, yes.

3      Q.    But to be clear, that was what you

4   suspected, was consuming too much oil at the time;

5   correct?

6      A.    I'm sorry.  I don't understand.

7      Q.    I'll rephrase.

8            You had brought the vehicle in for the low

9   oil concern in May of 2012; correct?

10     A.    Yes.

11     Q.    And between May of 2012 and July of 2014,

12  if I understand you correctly, there were other

13  times that the low oil light came on that you had to

14  address it yourself; correct?

15     A.    There may have been.  I don't recall now,

16  but I think there were.

17     Q.    Did you suspect that it was a concern that

18  the dealership couldn't repair because you had to

19  keep bringing it back?

20     A.    No, because they were telling me, "It's

21  normal; don't worry about it."  That's the

22  impression that I got from the dealers.

23     Q.    But you individually suspected it was a

24  problem; correct?

25     A.    Yes, I thought it was a problem.

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    Q.   And if this was the second or third or

2    multiple time that you had to address it, did you

3    think that it could be repaired?

4        A.   Well, I don't think -- I don't know.  I

5    don't know.  I don't understand your -- your

6    question, really.

7        Q.   Around this time when that low oil light

8    came back on, did you notice any difference in the

9    way the vehicle drove?

10       A.   No.

11       Q.   Did you notice any difference in the way

12   the vehicle handled?

13       A.   No.

14       Q.   Did it ever make you feel unsafe?

15       A.   No.

16       Q.   Did you have any experience with abnormal

17   sound in the vehicle?

18       A.   No.

19       Q.   Any smells or smoke or anything like that?

20       A.   No.

21       Q.   Did it ever prevent you from driving the

22   vehicle?

23       A.   No.

24       Q.   Now, when the vehicle was in the dealership

25   around this time of July 2014, did you miss

**Robert Smothers**                          **Smothers vs. BMW of North America, LLC**

```
 1   anything, any type of life event or social activity?
 2       A.   Not that I recall.
 3       Q.   Okay.  Do you have receipts, do you keep
 4   receipts for the times when you purchased oil to put
 5   in the vehicle?
 6       A.   No, I don't have them all.
 7       Q.   I guess what I'm trying to do is pin down,
 8   was there any time in 2013 when a low oil light came
 9   on and you thought there was a problem and you put
10   oil in yourself?
11       A.   I don't have that documented.
12       Q.   Do you think there was a time where that
13   happened, though?
14       A.   I think so.
15       Q.   So would it be fair to say that by -- let's
16   just say, May because we started in May of 2012,
17   that by May of 2014 you had suspected that there was
18   a problem with the oil consumption in the vehicle?
19       A.   Are you saying May of -- I have July of
20   '14.
21       Q.   No, I understand that.  I'm using May as a
22   marker.
23       A.   So what was the question?
24       Q.   Two years after you first experienced the
25   low oil light coming on -- I'll back up.
```

Page 100

**Robert Smothers**                     **Smothers vs. BMW of North America, LLC**

```
 1              The first time it comes on is in May of
 2     2012; correct?
 3          A.    Yes.
 4          Q.    And you brought it to the dealership?
 5          A.    Yes.
 6          Q.    You thought there was a problem with the
 7     low oil consumption; correct?
 8          A.    Correct.
 9          Q.    Two years later, in May of 2014, did you
10     still suspect there was a problem with low oil
11     consumption issues?
12          A.    My recollection is, yes, I did.
13          Q.    Okay.  When was the next time that you
14     experienced a problem in the vehicle that caused you
15     to bring it in to the dealership?
16          A.    Let's see.  The next one I had documented
17     and made a record of is December 24th, '14.
18                (Defendants' Exhibit 14 marked.)
19     BY MR. SCHULER:
20          Q.    Going to mark as Exhibit No. 14 a repair
21     order from BMW of San Diego, number 554376, dated
22     December 24th, 2014.
23                Have you seen this document before today,
24     sir?
25          A.    Yes.
```

Page 101

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1    Q.   And is this the repair order from December

2    of 2014 that was provided to you?

3    A.   I -- I don't know.  I can't see the date

4    here yet.

5         (Witness reviews document.)

6         Yes, I think so.

7    Q.   Did you speak to a service adviser on this

8    date?

9    A.   I assume so.

10   Q.   Was that Gary James?

11   A.   I don't know.

12   Q.   Did you describe the problems exactly as

13   you were experiencing them?

14   A.   The one I'm concerned with now is the fact

15   that the oil lamp on the BMW had come on again

16   warning me to top off as needed or to -- needed a

17   quart of oil.

18   Q.   Okay.  So, for example, the repair order

19   indicates that there was a battery discharge

20   warning.  Is that part of this lawsuit?

21   A.   No.

22   Q.   Okay.

23   A.   But you see it says, "Customer reports low

24   oil lamp warning on top off as needed"?

25   Q.   Yes, I do.  Give me a moment, though.

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1       Did you miss anything while your vehicle

2   was in the dealership on this date?

3       A.   I don't recall.

4       Q.   Did you read the repair order when it was

5   provided to you?

6       A.   I don't know.

7       Q.   As you sit here today, is there any concern

8   that you brought to their attention that is not

9   reflected in this repair order?

10      A.   No.

11      Q.   So you would degree that this is an

12  accurate repair order?

13      A.   As far as I know.

14      Q.   Okay.  So if we turn to page 2, it does

15  indicate that the low oil lamp warning light had

16  come on.

17          Was this the same lamp that you had

18  experienced on the prior two issues in May of 2012

19  and July of 2014?

20      A.   Yes.

21      Q.   And this is the same lamp that you

22  previously testified likely came on at some time in

23  2013 as well; correct?

24      A.   Right.

25      Q.   Is there any difference about this issue

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1   than what we've talked about in the other low oil

2   lamps?

3        A.    No.

4        Q.    Now, when you experienced a low oil lamp

5   come on in December of 2014, did that prevent you

6   from driving the vehicle?

7        A.    No.

8        Q.    Did that present any safety concern to you?

9        A.    Well, a safety concern, yes, because I

10  don't want to drive the car with -- with no -- if

11  it's low on oil.

12       Q.    But you knew if you topped it off that that

13  would resolve the issue?

14       A.    Yes.

15       Q.    So it wasn't a safety concern to the point

16  where it would prevent you from driving around with

17  it on; correct?

18       A.    Yes.

19       Q.    Okay.  And I think I might have stated that

20  as a double negative.

21            You continued to drive the vehicle;

22  correct?

23       A.    Yes.

24       Q.    You did not believe that the vehicle was so

25  unsafe that you couldn't drive it, did you?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1     A.   I -- I don't -- I think I thought that I

2   shouldn't drive it until it was topped off.

3     Q.   Okay.  But you did continue to drive the

4   vehicle; correct?

5     A.   Yes.

6     Q.   There was no change in the operation of the

7   vehicle, was there?

8     A.   I don't understand what you're --

9     Q.   The vehicle didn't handle any differently,

10  did it?

11    A.   No.

12    Q.   There wasn't ever an instance where it

13  stopped working, did it?

14    A.   No.

15    Q.   Okay.  When was the next time that you

16  experienced a concern with the vehicle that caused

17  you to bring it to the dealership?

18    A.   Well, the one I had -- the other one I have

19  documented is September 23rd, 2015.

20    Q.   Okay.

21         (Defendants' Exhibit 15 marked.)

22  BY MR. SCHULER:

23    Q.   I'll mark as Exhibit No. -- need some

24  stickers -- 15, a repair order from BMW of San Diego

25  number 581354, dated September 25th, 2015.

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1          Go ahead and take a look at that document

2    for me, sir.

3        A.    (Witness reviews document.)

4        Q.    Have you seen that document before today?

5        A.    Yes.

6        Q.    Is that the repair order that was provided

7    to you for September 16th, 2015, visit?

8        A.    Yes.

9        Q.    Did you speak to a service adviser on that

10   date?

11       A.    I have September 23rd, but it may have

12   been.

13       Q.    It appears that's the invoice date.

14       A.    Yeah.   Okay.

15       Q.    Is that correct?

16       A.    Sir?

17       Q.    This is a September 2015 visit, though;

18   correct?

19       A.    Yes.

20       Q.    And did you speak with Gary James on this

21   visit?

22       A.    I don't know.

23       Q.    Do you have any reason to dispute that you

24   spoke with Gary James?

25       A.    I think it was Gary James, yes.

Robert Smothers                                    Smothers vs. BMW of North America, LLC

1       Q.    Now, as you review this repair order, is

2   this an accurate reflection of what you told the

3   dealership were the issues?

4       A.    Yes.

5       Q.    Did you describe them exactly how you were

6   experiencing them?

7       A.    I don't know if I described them exactly,

8   but . . .

9       Q.    Is there anything that you told them that's

10  not reflected in this repair order?

11      A.    Not to my knowledge.

12      Q.    Did you go over repair order with a service

13  adviser when you came to pick up the vehicle?

14      A.    I don't know.

15      Q.    Okay.  Did you miss anything while the

16  vehicle was in the dealership on this date?

17      A.    I don't know.

18      Q.    What were the concerns that you presented

19  to the dealership on this date?

20      A.    Well, there were several, but the one

21  that's relevant today is where I -- they indicated

22  on the second page, "Customer reports adding quart

23  of oil every 1500 miles."

24      Q.    Is that the same low oil light that we've

25  discussed in the other visits?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1      A.   Well, this isn't talking about an oil

2    light.  It's saying that -- the customer, me,

3    reported to them that I'm having to change oil every

4    1500 miles.  And probably what I would have changed

5    it then would have been based on the low oil light

6    or the thing that comes up that states you're low on

7    oil and you have to add a quart.

8      **Q.   How did you know that you needed to change**

9    **the oil?**

10     A.   Because the light -- either -- I -- I think

11   both -- both the light and then this notice that

12   comes up that's saying you're a quart low and you

13   need to add oil.

14     Q.   When that would come on, that low oil

15   light, did you experience any change in the

16   operation of the vehicle?

17     A.   No.

18     Q.   Did you experience any difference in the

19   way the vehicle handled?

20     A.   No.

21     Q.   Did you notice any abnormal sites?

22     A.   No.

23     Q.   Sounds?

24     A.   No.

25     Q.   Any abnormal smells?

Robert Smothers                          Smothers vs. BMW of North America, LLC

```
 1      A.   No.

 2      Q.   Did it ever prevent you from driving the

 3   vehicle?

 4      A.   No.

 5      Q.   Now, around this time there's some other

 6   statements on this repair order.

 7           Did you ask the dealership to perform the

 8   customer care package for the N63 engine that's

 9   reflected on this repair order?

10      A.   I don't know.  Are you referring to

11   something it says here?

12      Q.   If we look at line number 7, I believe

13   that's the second page.

14      A.   Yeah.  Second page?  Oh, the -- yeah.

15      Q.   Did you request them to perform that or is

16   that something that they did on their own?

17      A.   I -- I don't know.

18      Q.   Do you recall at any point going to the

19   dealership and asking them to perform any type of

20   service bulletin?

21      A.   Well, I would have asked them to perform

22   whatever they said would -- so I'm not sure.

23      Q.   Let me ask you this:  When you look at line

24   number 7 for that customer care package, do you have

25   any information as to what that is?
```

**Robert Smothers**                     Smothers vs. BMW of North America, LLC

```
 1        A.    No.

 2        Q.    Did you ask the dealership to perform that?

 3        A.    I don't know.

 4        Q.    But, as you sit here today, that doesn't

 5   refresh your recollection about --

 6        A.    No.

 7        Q.    -- what that is, does it?

 8        A.    I assume I -- I certainly -- if I didn't

 9   ask, I approved all of this, but basically I was

10   doing what BMW advised I do.

11        Q.    Now, around this time, in September of

12   2015, were you having any problems with the

13   operation of the vehicle?

14        A.    No.

15        Q.    Was there any reason you couldn't drive the

16   vehicle at this time?

17        A.    Not that I recall.

18        Q.    Okay.  When is the next visit then, that

19   caused you to bring the vehicle into the dealership?

20        A.    Well, the warranty expired on December 8th,

21   2015.  So I didn't make it -- I haven't documented

22   beyond the warranty date.

23        Q.    Okay.

24        A.    I say I haven't documented.  I haven't

25   documented totally.  I have documented to some
```

 1  extent.

 2      Q.   Can I see your notes for a second, sir?

 3  I'm referring to Exhibit No. 9.

 4           So it appears that the next visit that you

 5  had --

 6      A.   That's the only visits that I recorded

 7  there.

 8      Q.   Right.

 9      A.   There were other visits, sure.

10      Q.   Okay.  Let me take a look at this for a

11  moment, sir.

12           MR. SCHULER:  Let's go off the record for a

13  second.

14           (Off the record.)

15           MR. SCHULER:  Back on the record.

16  BY MR. SCHULER:

17      Q.   I will hand you back your notes.

18      A.   Got it.

19           (Defendants' Exhibit 16 marked.)

20  BY MR. SCHULER:

21      Q.   Mark as -- sir, I have to ask you to let me

22  know if there's anything you want to say, but to

23  please not talk to yourself, just so we have a clear

24  record.  Okay?

25           Mark as Exhibit No. 16 a repair order from

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    BMW of San Diego.

2         A.    Yeah, there's one other thing.

3         Q.    Hold on one second, sir.

4               I will mark as Exhibit No. 16 a repair

5    order from BMW of San Diego, number BMCS592244,

6    dated December 29th, 2015.

7               Hand that to you, sir.  Have you seen this

8    repair order before today?

9         A.    I'm sure I have.

10        Q.    Why don't you take a quick review of the

11   document and let me know when you're ready to talk

12   about it.

13        A.    (Witness reviews document.)

14        Q.    Have you reviewed the document, sir?

15        A.    Yes.

16        Q.    Okay.  And that was the repair order that

17   was provided to you for the December 29th, 2015,

18   visit?

19        A.    Yes.

20        Q.    And did you speak with a service adviser

21   named Kenji, K-E-N-J-I, Timmerman?

22        A.    I don't know.

23        Q.    Okay.  Now, did you describe the issues

24   exactly how you were experiencing them on this

25   visit?

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

 1      A.   I don't know.

 2      Q.   Well, as you look at this repair order now,

 3   is this an accurate description of what occurred on

 4   this presentation?

 5      A.   Yes.

 6      Q.   Is there anything that you told them that

 7   was a problem that was missing?

 8      A.   No.

 9      Q.   On this visit, it looks like it's, for the

10   most part, a maintenance visit, but there was also

11   some tire work or --

12      A.   Yes.  Replacing the --

13      Q.   Tire replacement?

14      A.   Yes.

15      Q.   This is not part of the lawsuit?

16      A.   No.

17      Q.   Okay.  We can move on from this?

18      A.   Yes.

19      Q.   Okay.  So when was the next time after this

20   that you brought the vehicle in for anything related

21   to the lawsuit or when you thought there was a

22   problem?

23      A.   I'm -- I'm not sure.  I know on May 15th,

24   2017, but that's -- this is way past the warranty

25   period.  I reported oil leaks to Boulevard

Robert Smothers                    Smothers vs. BMW of North America, LLC

1    Automotive.

2        Q.    What are you referring to, sir?  Is that

3    another set of notes?  Can I take a look at it?

4        A.    May 15th item there.

5        Q.    Okay.

6            (Defendants' Exhibit 17 marked.)

7    BY MR. SCHULER:

8        Q.    I will mark this other set of notes, which

9    I will give back to you, as Exhibit 17 to the

10   deposition.

11           When were these notes prepared, sir?

12       A.    When?

13       Q.    Yes.

14       A.    August 18th, 2018.

15       Q.    Why did you prepare those notes?

16       A.    Because of this issue regarding my car with

17   BMW.

18       Q.    At this point when you made those, the

19   lawsuit had been filed; correct?

20       A.    I -- I don't -- I don't recall.

21       Q.    Do you know when your lawsuit was filed in

22   this case, sir?

23       A.    I don't know the date.

24       Q.    Does May of 2018 sound about right?

25       A.    Sounds reasonable to me, yeah.

**Robert Smothers**                           Smothers vs. BMW of North America, LLC

1    Q.   So although it's after the warranty period,

2    let's mark --

3    A.   This --

4    Q.   Go ahead.  You were going to say something,

5    sir?

6    A.   I -- I just put together a list of all the

7    maintenance and repair visits I had documented.  I

8    also made a note which said I recall bringing it in

9    on other occasions to get the oil topped off when

10   the warning light came on.

11   Q.   Right.  I believe we talked about that.

12   That was occurring, as far as you recall, throughout

13   service history, but particularly in 2012, 2013, and

14   2014; correct?

15   A.   Yes, yeah.

16   Q.   Correct?

17   A.   I -- I don't really understand your

18   question.

19   Q.   Sure.  I just want to make sure we've

20   talked about everything.

21        So earlier I understood your testimony to

22   be that you were having problems with the low oil

23   consumption which started in 2012.

24   A.   Yeah.

25   Q.   And then it continued in 2013; correct?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1     A.   Yeah.

2     Q.   And then it continued in 2014; correct?

3     A.   Yes, yes.

4     Q.   You're doing a great job, but you got to

5   try and let me finish.   Okay?

6         Let me read our record here for a moment.

7         Okay.

8         I will mark as Exhibit No. 17 [verbatim] a

9   repair order from BMW of San Diego, number 600799 --

10        (Defendants' Exhibit 18 marked.)

11   BY MR. SCHULER:

12    Q.   -- dated, appears to be, March 24th of

13   2016.

14        Do you have that visit in your notes, sir?

15    A.   Mine is 24 of '16.

16    Q.   I'm sorry.   Let's back up.   I apologize.

17   Thank you.

18        We're going to mark this as Exhibit No. 18

19   I will go ahead and clear up the record.

20        I'm marking as Exhibit No. 18 a BMW of San

21   Diego repair order number 600799, dated March 24th,

22   2016.

23        And, sir, you indicated that you have seen

24   this repair order before?

25    A.   Yes.

1    Q.   And this is a repair order from March of

2    2016; is that correct?

3    A.   Yes.

4    Q.   And this is a repair order that was

5    prepared after the expiration of the express

6    warranty; is that correct?

7    A.   Yes.

8    Q.   When did the express warranty expire, sir?

9    A.   I think it was December 8th, 2015.

10   Q.   So on this visit the express warranty had

11   expired about four months prior; is that correct?

12   A.   I assume so.  If that's -- I don't know.

13   Q.   Have you reviewed this repair order now?

14   A.   Yes.

15   Q.   And is this an accurate description of what

16   you told them the problems or the concerns were?

17   A.   Yes.

18   Q.   Did you describe to them exactly how you

19   were experiencing them?

20   A.   I think so.

21   Q.   Did you go over the repair order with the

22   service adviser when you picked up the vehicle?

23   A.   I don't know.

24   Q.   Did you speak with anybody at the

25   dealership about this visit?

```
 1        A.    I'm sure I did.
 2        Q.    Was there any issue an this visit related
 3    to the oil light coming on?
 4        A.    No.
 5        Q.    Did you have any question about the service
 6    or the repairs that were presented?
 7        A.    No.
 8        Q.    Is this visit a part of this lawsuit?
 9        A.    No.
10        Q.    Can you tell me what happened in line C
11    with the drive train malfunction light coming on?
12    Was that just a light that came on in your vehicle?
13        A.    I don't see that -- oh, you have the --
14    which page?
15        Q.    Very first page, line C.
16        A.    I don't recall.
17        Q.    Okay.  So -- but at this time you're still
18    able to drive the vehicle?
19        A.    I don't recall.
20        Q.    Is there anything that you can tell me
21    about this visit on this date?
22        A.    No.  I don't recall.
23        Q.    But it's not part of this lawsuit?
24        A.    No.
25        Q.    Okay.  You can put that aside, sir.
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

```
 1              (Defendants' Exhibit 19 marked.)
 2   BY MR. SCHULER:
 3       Q.    I will mark as Exhibit No. 19 a repair
 4   order from BMW of San Diego number 645079.
 5              Do you have this reflected in any of your
 6   notes, sir?
 7       A.    It's probably related to this 5271 that I
 8   called 52710.  Replace intake solitary place tires,
 9   yeah.
10       Q.    Sir, if I can ask you to read it to
11   yourself.
12       A.    Okay.
13       Q.    Have you read it?
14       A.    Yes.
15       Q.    And have you seen this document before
16   today?
17       A.    Yes.
18       Q.    And was this the repair order that was
19   provided to you for May 2nd, 2017, visit?
20       A.    Yes.
21       Q.    Did you describe the problems exactly as
22   you were experiencing them?
23       A.    Yes.
24       Q.    And as you review the repair order, does
25   this accurately reflect what you told the dealer?
```

1    A.   I think so.

2    Q.   It appears this is really just a

3  maintenance visit; is that correct?  But there's

4  also a service engine light on.

5    A.   Yes, I think so.

6    Q.   Okay.  Did you notice any difference in the

7  operation of the vehicle at this time?

8    A.   No.

9    Q.   Was this just simply a light that came on?

10   A.   I don't know.

11   Q.   Around this time were you able to drive the

12 vehicle?

13   A.   I think so.

14   Q.   This is after the warranty expired;

15 correct?

16   A.   It was after the warranty expired, yeah.

17   Q.   Is this part of this lawsuit?

18   A.   Well, what -- what -- what's the date of

19 this?  I'm mixed up here.

20   Q.   May 2nd, 2017.

21   A.   May 2nd, '17.  No, I would say this isn't

22 part of the lawsuit.

23   Q.   Was that just a service engine lamp on

24 then, on the second page?

25   A.   Well, my second page doesn't show any light

1   on.

2       Q.   If I can direct you to the top line here of

3   5.

4       A.   Oh, yeah.  Yes.  You're correct.  Yeah.

5       Q.   Was there anything else going on in the

6   vehicle at the time other than a lamp just being on?

7       A.   I don't know.

8       Q.   Did you ever have problems driving the

9   vehicle at this time?

10      A.   No.

11      Q.   Did you ever have any problems using the

12  vehicle around this time?

13      A.   Not to my knowledge.

14      Q.   Okay.  Was there anything else about this

15  visit that you recall?

16      A.   No.

17      Q.   There was no oil light issue on this visit?

18      A.   No, not on this one.

19      Q.   Okay.

20          (Defendants' Exhibit 20 marked.)

21  BY MR. SCHULER:

22      Q.   I'm going to mark as Exhibit No. 20 a

23  repair order that you have produced to us from

24  Boulevard Automotive.

25          How did you come to learn about Boulevard

1    Automotive?

2       A.    From other people in San Diego, they used

3    them.

4       Q.    Had you been there before this visit?

5       A.    I don't think so.

6       Q.    So as Exhibit 20 we have an invoice number

7    87928, dated May 15th, 2017.

8             Have you seen this document before today?

9       A.    Yes.

10      Q.    And this is the repair order that was

11   provided to you by Boulevard Automotive for that

12   May 2017 visit; is that correct?

13      A.    Yes.

14      Q.    Do you recall who you worked with or who

15   you spoke with there?

16      A.    No.

17      Q.    Do you recall any individuals at Boulevard

18   Automotive?

19      A.    I can recall them, but I don't remember

20   their names.

21      Q.    Now, did you describe the issues exactly as

22   you experienced them?

23      A.    Well, I -- it says I requested the

24   inspection for oil leaks.  So obviously I either had

25   a -- had seen the light or I had seen an indication

1    that there were oil leaks and coolant leaks.

2        Q.    What were you observing at that time that

3    caused you to bring the vehicle in?

4        A.    I don't recall what I observed.

5        Q.    Did you have any discussions with anybody

6    at the dealership -- excuse me -- about Boulevard

7    Automotive about what they did for the vehicle?

8        A.    I'm sure I did, yes.

9        Q.    What did they tell you?

10       A.    I don't recall.

11       Q.    Do you recall anything regarding the

12   coolant leak?

13       A.    No.

14       Q.    Do you recall anything about any oil leak?

15       A.    I don't recall separately from this

16   documentation, no.

17       Q.    But around this time in May 2017 did you

18   have any issues driving the vehicle?

19       A.    No.

20       Q.    Did you have any issues operating the

21   vehicle?

22       A.    No.

23       Q.    Did you notice any abnormal sights?

24       A.    No.

25       Q.    Any abnormal sounds?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1        A.   No.

 2        Q.   Any abnormal smells?

 3        A.   No.

 4        Q.   Any lights on the dashboard other than the

 5   oil light?

 6        A.   No.

 7        Q.   Since this is after the warranty, are you

 8   claiming this is part of the lawsuit?

 9        A.   I'd leave that to my attorney to respond

10   to.  I don't know.  It indicates the car has

11   continued with the problems that the lawsuit's

12   about.

13        Q.   What are those problems, sir?

14        A.   Loss of oil.

15        Q.   Where is that referenced in the document

16   that we're looking at right now?

17        A.   Well, on the first line on the first page

18   it says, "Customer requests inspection of vehicle

19   for oil leaks."

20        Q.   Was there any other issue going on at the

21   time?

22        A.   Well, there were other issues described on

23   the documents, yes.

24        Q.   What were those?

25        A.   Well, one was coolant leaks.
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

1      Q.    And this time, though, there was nothing,

2  no condition that prevented you from driving the

3  vehicle, though; correct?

4      A.    I don't recall.

5      Q.    I believe you testified before you were

6  able to still drive the vehicle without an issue

7  around this time; is that correct?

8      A.    As far as I know.

9            MR. SCHULER:   Next visit to Boulevard,

10  which I will mark as Exhibit No. 21.

11           (Defendants' Exhibit 21 marked.)

12  BY MR. SCHULER:

13      Q.    Represents a repair order, invoice number

14  91961, dated March 13th, 2018.

15           Have you seen this document before?

16      A.    Yes, I've seen it.

17      Q.    Okay.  Was this the repair order that was

18  provided to you for that visit in March of 2018 to

19  Boulevard?

20      A.    Yes.

21      Q.    Did you present the issues to them as

22  accurately as possible?

23      A.    Yes.

24      Q.    And reviewing this repair order now, is

25  this an accurate description of what you told them?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

```
 1        A.    Yes.

 2        Q.    Is there anything missing from this repair

 3   order?

 4        A.    Say it again.

 5        Q.    Is there anything missing from this repair

 6   order?

 7        A.    Not to my knowledge.

 8        Q.    Did you read the repair order provided to

 9   you?

10        A.    Yes.

11        Q.    Did you speak to anybody --

12        A.    I'm sure I spoke to --

13        Q.    Let me finish, sir.

14              Did you miss anything while the vehicle was

15   in the shop on this date?

16        A.    No.

17        Q.    Did you ask any questions about the service

18   or repairs that were performed?

19        A.    I don't recall.

20        Q.    Okay.  Let's start with the first line

21   where it says there's an issue with acceleration.

22              Did you describe what was going on then?

23        A.    Well, there was -- it says, "Customer

24   states when accelerates there is hesitation and

25   sputter," meaning when I tried to make the car go
```

**Robert Smothers**                          Smothers vs. BMW of North America, LLC

```
 1   faster instead of going faster it would -- it would
 2   miss and sputter.
 3        Q.   How long before March 13, 2018, did you
 4   notice that issue?
 5        A.   I don't recall.
 6        Q.   Where were you driving when you first
 7   noticed that issue?
 8        A.   In San Diego, but I don't know where.
 9        Q.   Was it intermittent or was that a constant
10   experience?
11        A.   I'm sure it happened more than once.
12        Q.   Okay.  Did you notice any lights come on
13   the dashboard when this happened?
14        A.   I don't recall.
15        Q.   Did you --
16        A.   It says here that check engine light came
17   on once.
18        Q.   Does that refresh your recollection about
19   seeing a light?
20        A.   I don't know.
21        Q.   Okay.  Did you experience any other issues
22   with the vehicle, like any abnormal sights or
23   sounds?
24        A.   Well, I indicated to them and they noted it
25   here that I was having to add a quart of oil every
```

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1   400 miles now so it's -- the loss of oil continued

2   to get worse.  It started out around every 1500 or

3   2,000 miles.  Now it's down to every 400 miles.

4       Q.   Were you the individual who was putting oil

5   in the vehicle?

6       A.   Yes.

7       Q.   Do you have receipts for the oil that you

8   put in the vehicle?

9       A.   No.

10      Q.   Do you have any evidence that you put oil

11  in the vehicle during that time?

12      A.   Yeah, I kept a log for a short time in

13  2018, but it's not -- that doesn't cover the whole

14  period.

15      Q.   Do you have that?

16      A.   But I do have a log of -- for about, I

17  would say, ten dates in 2018 when I had to add oil.

18      Q.   Where is that?

19      A.   I think you have a copy.  I have to look

20  for it.  I don't have it.

21      Q.   Is that what is marked as Exhibit 2 right

22  here, sir?

23      A.   Yeah, that's when I added 1 quart of oil.

24      Q.   Okay.  Was there anything else on this

25  visit to Boulevard in March 2018 that we haven't

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1   discussed?

2        A.    I don't think so.

3        Q.    Okay.  Now, it looks like we have one last

4   visit to Boulevard in --

5        A.    Mar 16th.

6        Q.    -- March, same month.

7        A.    Yes.

8        Q.    Was this --

9        A.    Couple days, yeah.

10       Q.    Did you go back?

11       A.    Must have.

12             MR. SCHULER:  Let me mark this as Exhibit

13   No. 22.  It's an invoice from Boulevard.

14             (Defendants' Exhibit 22 marked.)

15   BY MR. SCHULER:

16       Q.    92126, dated March 16, 2018.

17       A.    That's yours, too.

18       Q.    What was the issue here?

19       A.    Well, "Customer states overheating message

20   comes on."

21       Q.    And you have seen this document before

22   today?

23       A.    Yes, I've seen it before.

24       Q.    This is repair order that was provided to

25   you by Boulevard for the March 16, 2018, visit?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

 1      A.    Yes.

 2      Q.    Try not to interrupt me, sir.

 3      A.    Say it again.

 4      Q.    Please try not to interrupt me.

 5            Does this accurately describe the issue

 6   that you were experiencing?

 7      A.    Yes.

 8      Q.    Okay.  Is there anything missing from this

 9   repair order that you told them?

10      A.    I don't think so.

11      Q.    What was the issue with the overheating

12   message coming on?

13      A.    Beyond that, I don't know.

14      Q.    Did you experience any smoke coming from

15   the vehicle?

16      A.    No.

17      Q.    Was there ever a time when the vehicle shut

18   down or went into limp mode?

19      A.    No.

20      Q.    Was there any time that you couldn't drive

21   the vehicle?

22      A.    No.

23      Q.    So this was just a light that came on; is

24   that correct?

25      A.    That's what -- I think so.

Robert Smothers                    Smothers vs. BMW of North America, LLC

1     Q.   Okay.  Now, after this visit in March of

2  2018, have you ever brought the vehicle to any other

3  dealership or independent auto shop again?

4     A.   I'm pretty sure I've taken it back to

5  Boulevard Automotive.

6     Q.   Can I have the two exhibits, please.  Make

7  sure they stay in the pile.  If you need to refer to

8  these, let me know.

9         Do you have any more repair orders or

10  invoices from Boulevard Automotive?

11     A.   I may have, but I -- I would have to look.

12         Did you keep the last one -- the summary?

13     Q.   This?

14     A.   Is that yours.

15     Q.   No, these are yours.

16     A.   That's what I thought.

17     Q.   We will put them in the file because you've

18  brought them here today.  So we will keep those and

19  they will be become a part of our exhibits.

20     A.   Can you make copies of them?

21     Q.   Yeah, yeah, we can maybe copies of them.

22     A.   I need them for my copies.

23         (Defendants' Exhibit 23 marked.)

24  BY MR. SCHULER:

25     Q.   I will mark as Exhibit No. 23 another set

1    of notes titled, "BMW Repairs."  We will put these

2    to the side then.  I need those, though.

3         A.   I want to refer to it right now.

4         Q.   That's fine.  Go for it.  What are the BMW

5    repair notes that you've --

6         A.   Well, I don't know.  I'll have to -- I'll

7    have to look at if there were any since then.

8    That's not the right -- it's May 15th.  So this is

9    May 15, '17, so it's on here.

10             MR. SCHULER:  Let's go off the record while

11   you review that.

12             (Off the record.)

13             MR. SCHULER:  Back on the record.

14   BY MR. SCHULER:

15        Q.   Sir, while we were off the record I asked

16   you to look through your files to determine whether

17   there were any additional repairs or evidence of

18   visits to any shop and you've indicated to me there

19   is not; is that correct?

20        A.   Yes.

21        Q.   Now we've marked Exhibit 23, a handwritten

22   note titled "BMW Repairs."  What is this?

23        A.   I -- I wrote down the maintenance and

24   repairs I had accomplished by BMW just to see what

25   the total cost was.

1    Q.   Do any of those costs include items that

2  are nonwarranty items?

3    A.   Say it again.

4    Q.   Do any of those items contain anything that

5  is a nonwarranty item?

6    A.   They -- they certainly could.  I'm not

7  sure.

8    Q.   It's possible that that total number that

9  you've calculated includes items that would not be

10 covered by warranty, for example, tires?

11   A.   Certainly, yes.

12   Q.   And would that be something that you're

13 claiming in this lawsuit?

14   A.   No, I'm not claiming that.

15   Q.   Okay.  Have you modified the BMW in any

16 way?

17   A.   Huh-uh, no.

18   Q.   Have you ever installed any parts on your

19 own?

20   A.   No.

21   Q.   Have you paid all the registration fees for

22 the vehicle?

23   A.   Yes.

24   Q.   Do you know how much you paid in total?  Do

25 you know how much you've paid in total?

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

 1      A.   For registration fees?

 2      Q.   **Correct.**

 3      A.   No, I have no idea.

 4      Q.   **What's your monthly premium with USAA?**

 5      A.   I have -- I don't know.

 6      Q.   **Have you ever had to rent a vehicle because**

 7   **the BMW was out of service?**

 8      A.   I have used a rental service.  I don't -- I

 9   don't remember now whether it was warranty or

10   whether I paid for it.

11      Q.   **But that was something that was provided by**

12   **the dealership?**

13      A.   Yes.

14      Q.   **Okay.**

15      A.   But I may have paid for it.

16      Q.   **During your ownership of the BMW, have you**

17   **ever contacted BMW of North America?**

18      A.   Not that I recall.  I -- I -- let me

19   correct that.  At one point I asked BMW if they

20   would like to purchase my BMW and I'm not sure that

21   was North America BMW or who it was.  So I did

22   relatively recently ask BMW whether they would like

23   to -- whether they would purchase the vehicle

24   because of all the problems I had had.

25      Q.   **I want to make sure we set these aside.**

**Robert Smothers**                      **Smothers vs. BMW of North America, LLC**

```
 1              (Defendants' Exhibit 23A marked.)
 2    BY MR. SCHULER:
 3        Q.    I'm going to mark as Exhibit 23A an e-mail.
 4              What is this document, sir?
 5        A.    It's a -- it's an e-mail I sent to BMW
 6    after talking to somebody in BMW, telling them
 7    briefly about the problems I had experienced with
 8    the vehicle and requesting they purchase the vehicle
 9    back and reimburse me for the repairs.
10        Q.    And that was dated March 26, 2018; correct?
11        A.    Yes.
12        Q.    Who did you send the e-mail to?
13        A.    I can't read it.
14        Q.    At this point you had owned the vehicle
15    for --
16        A.    It's --
17        Q.    Sir, please, please try to let me finish.
18              At this point you had owned the vehicle for
19    almost seven years; correct?
20        A.    Yes.
21        Q.    How long before writing this e-mail had the
22    warranty expired?
23        A.    Well, I think the warranty was for four
24    years.  So it would have been three, three years
25    prior.
```

1    Q.    And the mileage on this date was

2  59,300 miles; is that correct?

3    A.    That's what it says.

4    Q.    Were there any attachments to this e-mail

5  that you sent?

6    A.    No, doesn't look like it.

7    Q.    Okay.  Did you receive a response to this

8  e-mail?

9    A.    Yes, I did.

10    Q.    When was that?

11    A.    I don't know.  I don't -- I don't think I

12  have a copy of the response.  I'll look for it, but

13  I can't find it.

14    Q.    Okay.  It appears that there's a series of

15  e-mails around March 26 and 27th, which I'll mark

16  together as Exhibit 24.

17        (Defendants' Exhibit 24 marked.)

18  BY MR. SCHULER:

19    Q.    It appears this is just your back and forth

20  with BMW of North America; correct?

21        Go ahead and take a look at that.

22    A.    (Witness reviews document.)

23        Right.  And -- and they -- I made a note

24  here that BMW did send a reply on April 2018 and

25  needed -- and you don't have a copy of that, nor do

Robert Smothers                    Smothers vs. BMW of North America, LLC

1    I, but I -- I remember them saying they weren't

2    responsible.  Basically, no, they weren't going to

3    repurchase it.

4        Q.   Did you follow up with them after that

5    date?

6        A.   I don't think so.

7        Q.   And it appears that there was some

8    confusion.  They thought you might have been

9    represented by an attorney; is that correct?

10       A.   Yeah, at the very beginning, yes.  They

11   originally wouldn't respond to -- to me saying . . .

12       Q.   Because they were under the impression --

13       A.   I was represented by an attorney and I had

14   to send them a statement saying I was represented by

15   an attorney and then they responded.

16           (Defendants' Exhibit 25 marked.)

17   BY MR. SCHULER:

18       Q.   Mark as Exhibit 25 -- is this the letter

19   that you sent to them indicating you were not

20   represented by an attorney?

21       A.   (Witness reads document.)

22           Yup.  Yes.

23       Q.   Okay.  Now, in your interactions with BMW

24   of North America, who did you communicate with?

25       A.   I don't know.

```
 1        Q.    Do you have any type of reference number,
 2   like an ID number for that person?
 3        A.    No.
 4        Q.    Did you ever have any telephone calls with
 5   anybody from BMW of North America?
 6        A.    I don't remember.
 7        Q.    Do you recall whether anybody from BMW ever
 8   called you regarding --
 9        A.    I don't recall.
10        Q.    But you have no reason to dispute there
11   might have been a phone call; correct?
12        A.    No, I don't.
13        Q.    Other than the request in writing in March
14   of 2018, did you make any other request to BMW to
15   repurchase your vehicle?
16        A.    I don't -- no, I don't think so.
17        Q.    Have you done any Internet research
18   regarding your vehicle and oil consumption?
19        A.    No.
20        Q.    Without discussing any of the actual
21   conversations, when did you hire an attorney in this
22   case?
23        A.    Well, it was in mid-2018 sometime.  I don't
24   recall offhand at all.
25        Q.    Was that around the time of March when you
```

**Robert Smothers**                    Smothers vs. BMW of North America, LLC

1   requested that BMW repurchase your vehicle?

2       A.   Well, it was subsequent to that.  I -- I'm

3   sure it was subsequent, after they -- they declined.

4       Q.   And after they declined, you didn't have

5   any follow-up conversations with anybody from BMW;

6   correct?

7       A.   Not to my recollection.

8       Q.   Did they provide you a statement as to why

9   they denied your request at BMW?

10      A.   Why they didn't?

11      Q.   Why they denied your request.

12      A.   Only what was in that note where I -- I

13  think I said -- they said they -- they weren't

14  responsible for that or words to that effect.

15      Q.   Okay.  Do you still own the vehicle, sir?

16      A.   Yes.

17      Q.   And you still drive it; correct?

18      A.   Yes.

19      Q.   How often do you still drive the vehicle?

20      A.   Daily.  Normally, not always, but usually

21  daily.

22      Q.   Since any of the visits to Boulevard,

23  because that would have been the last time the

24  vehicle was in any type of shop, has the vehicle

25  ever lost power or died for any reason?

**Robert Smothers**                         **Smothers vs. BMW of North America, LLC**

1        A.   Not that I recall.

2        Q.   Do you have any problems driving your

3    vehicle around San Diego and using it for

4    transportation?

5        A.   Only in this -- in the sense that I'm

6    concerned by its loss of oil and therefore I'm

7    concerned about driving it out of the San Diego

8    area.

9        Q.   But that concern hasn't stopped you from

10   using the vehicle daily; is that correct?

11       A.   That's correct.

12       Q.   Okay.  Remind me again, what's the current

13   mileage there?

14       A.   On the order of 66,000.

15       Q.   Where do you currently store or park the

16   vehicle when you're not driving it?

17       A.   In my garage.

18       Q.   Is that covered?

19       A.   Yes.

20       Q.   Covered on all sides?

21       A.   Yes.

22       Q.   Do you have any scheduled maintenance or

23   repairs coming up that we haven't talked about?

24       A.   No.

25       Q.   Has anybody instructed you not to drive the

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

1    vehicle?

2         A.    No.

3         Q.    Anybody informed you the vehicle is unsafe

4    to drive?

5         A.    No.

6         Q.    Are there any unrepaired concerns that you

7    have had diagnosed by somebody in the vehicle?

8         A.    No.

9         Q.    Have you ever had the vehicle appraised?

10        A.    No.

11        Q.    Have you ever pulled a Carfax for the

12   vehicle?

13        A.    Have I ever done what?

14        Q.    Pulled a Carfax for the vehicle?

15        A.    I don't know what that means.

16        Q.    Have you ever pulled a Kelley Blue Book

17   quote?

18        A.    No.

19        Q.    Have you ever pulled an Edmunds quote?

20        A.    No.

21        Q.    Do you have any opinion one way or the

22   other about the value of the car?

23        A.    No.

24             MR. SCHULER:  I don't have any further

25   questions.

**Page 141**

Robert Smothers                                    Smothers vs. BMW of North America, LLC

```
 1              THE WITNESS:  Okay.

 2              MR. SCHULER:  Off the record for a second.

 3              (Off the record.)

 4              (Recess.)

 5              MR. SCHULER:  Back on the record.

 6         We'll have the court reporter prepare a

 7    transcript; will be sent to plaintiff's counsel, who

 8    will provide it to his client to make any changes.

 9    Let's have changes done within 14 days of receipt of

10    the transcript.  You'll let me know within 48 hours

11    of any changes.

12              Plaintiff's counsel has agreed to maintain

13    the original of the transcript through trial and

14    post trial.  If for any reason the transcript is

15    lost, destroyed, stolen or otherwise unavailable, I

16    propose to stipulate to use a certified copy in its

17    place for all purposes.

18              MR. MOSET:  Agreed.

19              (Deposition concluded at 1:26 p.m.)

20

21

22

23

24

25
```

Robert Smothers                    Smothers vs. BMW of North America, LLC

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand,

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is a true record of the

10   testimony given.

11         Further, that if the foregoing pertains to the

12   original transcript of a deposition in a federal case,

13   before completion of the proceedings, review of the

14   transcript [X] was [ ] was not requested.

15

16         I further certify I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney or party to this action.

19         IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated: February 25th, 2019

23                    _Debby Gladish_

24   _____
                      Debby M. Gladish
                      RPR, CLR, CCRR, CSR No. 9803
25                    NCRA Realtime Systems Administrator

**Robert Smothers**                              **Smothers vs. BMW of North America, LLC**

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2   Case Name: Smothers vs. BMW of North America, LLC

 3   Date of Deposition: 02/12/2019

 4   Job No.: 10051905

 5

 6              I, ROBERT SMOTHERS, hereby certify

 7   under penalty of perjury under the laws of the State of

 8   _____ that the foregoing is true and correct.

 9              Executed this _____ day of

10   _____, 2019, at _____.

11

12

13                    _____

14                         ROBERT SMOTHERS

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,    proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25
```

**Robert Smothers**                                **Smothers vs. BMW of North America, LLC**

```
1    DEPOSITION ERRATA SHEET

2    Case Name: Smothers vs. BMW of North America, LLC
     Name of Witness: Robert Smothers
3    Date of Deposition: 02/12/2019
     Job No.: 10051905
4    Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
5                   3. To correct transcription errors.

6    Page _____ Line _____ Reason _____

7    From _____ to _____

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24   Page _____ Line _____ Reason _____

25   From _____ to _____
```

**Page 145**

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

```
 1   DEPOSITION ERRATA SHEET

 2   Page _____ Line _____ Reason _____

 3   From _____ to _____

 4   Page _____ Line _____ Reason _____

 5   From _____ to _____

 6   Page _____ Line _____ Reason _____

 7   From _____ to _____

 8   Page _____ Line _____ Reason _____

 9   From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24   Page _____ Line _____ Reason _____

25   From _____ to _____
```

**Page 146**

**Robert Smothers**                              **Smothers vs. BMW of North America, LLC**

1    DEPOSITION ERRATA SHEET

2    Page _____ Line _____ Reason _____

3    From _____ to _____

4    Page _____ Line _____ Reason _____

5    From _____ to _____

6    Page _____ Line _____ Reason _____

7    From _____ to _____

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   _____ Subject to the above changes, I certify that the
             transcript is true and correct

23   _____ No changes have been made. I certify that the
             transcript  is true and correct.

24

25          _____
                         ROBERT SMOTHERS

**Robert Smothers**

**Smothers vs. BMW of North America, LLC**

**$**

**$15,000** 65:4

**1**

**1** 11:18,20 58:15
128:23

**1-800** 61:5

**10** 82:18,20

**10,000** 35:14

**101** 28:4

**10:00** 7:2

**11** 89:9,10

**11,033** 90:3

**12** 7:1 58:21,24 83:7
91:24 92:1

**13** 58:22 93:4,6 95:2,
18 127:3

**13.1** 94:24 95:2,3,19

**13th** 125:14

**14** 28:23,25 59:6
100:20 101:17,18,20
142:9

**15** 32:6 60:25 105:21,
24 132:9

**1500** 107:23 108:4
128:2

**15th** 113:23 114:4
122:7 132:8

**16** 61:23 111:19,25
112:4 116:15
129:16,25

**16th** 106:7 129:5

**17** 114:6,9 116:8
120:21 132:9

**18** 62:4,11 116:10,18,
20

**1809** 7:22

**18th** 45:19 114:14

**19** 119:1,3

**1922** 7:20

**1947** 21:16

**1948** 21:16,17

**1959** 32:14

**1960s** 11:16

**1970** 15:21 29:14
30:15,20,23

**1971** 28:12

**1:26** 7:2 142:19

**2**

**2** 17:18,21 103:14
128:21

**2,000** 128:3

**20** 40:17,21,23
121:20,22 122:6

**2000s** 32:22,25

**2011** 34:4 44:23
45:19 46:12 48:19
53:2 79:20,24

**2012** 11:5 33:21
58:15 80:2 81:11,25
82:15,22 85:6 88:21
98:9,11 100:16
101:2 103:18
115:13,23

**2013** 89:13,22 92:3,
11 100:8 103:23
115:13,25

**2014** 89:6 92:24 93:8,
21 97:1 98:11 99:25

**100**:17 101:9,22
102:2 103:19 104:5
115:14 116:2

**2015** 105:19,25
106:7,17 110:12,21
112:6,17 117:9

**2016** 116:13,22 117:2

**2017** 113:24 119:19
120:20 122:7,12
123:17

**2018** 18:1 114:14,24
125:14,18 127:3
128:13,17,25
129:16,25 131:2
135:10 136:24
138:14

**2019** 7:1

**21** 125:10,11

**22** 129:13,14

**23** 83:6 131:23,25
132:21

**23A** 135:1,3

**23rd** 81:24 82:14,22
83:12 85:6 86:11
88:20 105:19 106:11

**24** 116:15 136:16,17

**24th** 80:2 81:25 85:6
88:21 89:13,22
101:17,22 116:12,21

**25** 69:20 137:16,18

**25th** 105:25

**26** 135:10 136:15

**27th** 136:15

**282** 56:6 57:2

**283** 57:2

**29th** 112:6,17

**2nd** 7:20 89:6 92:24

**93**:8,21 119:19
120:20,21

**3**

**3** 43:21,22 58:15

**30** 40:22 69:21

**300** 38:5,9,24 39:3,8

**3000GT** 32:9

**335** 48:25

**4**

**4** 45:16,17 49:21

**400** 17:10 128:1,3

**45** 40:23

**48** 31:1,5,6 142:10

**480402** 82:21

**492917** 89:13

**5**

**5** 45:9 47:10,12 48:12
53:10 58:15 121:3

**50,000** 34:23

**509811** 92:2

**5271** 119:7

**52710** 119:8

**536928** 93:7

**55** 42:14

**550** 39:3,7,10

**550i** 11:5 38:7

**554376** 101:21

**581354** 105:25

**59** 32:16,17

Robert Smothers                                          Smothers vs. BMW of North America, LLC

**59,300** 136:2

---

**6**

**6** 48:16,18 58:15
92:3,11

**600799** 116:9,21

**60s** 32:16

**645079** 119:4

**65** 32:18

**66,000** 26:18 140:14

---

**7**

**7** 55:19,23 109:12,24

**77** 54:25

---

**8**

**8** 44:23 58:11,13

**8-** 35:14

**80s** 30:9

**85** 68:7

**87928** 122:7

**8th** 53:2 79:20 110:20
117:9

---

**9**

**9** 80:21,23 81:1 111:3

**91961** 125:14

**92037** 8:1

**92126** 129:16

**99.5** 64:4

---

**A**

**A-G-U-I-L-A** 66:20

**A-M-E-R-G-O-N** 8:1

**a.m.** 7:2

**AAA** 50:21,22 59:22
60:1,3,8,9,11

**ability** 84:6

**able** 72:8 118:18
120:11 125:6

**abnormal** 87:23 88:4
99:16 108:21,25
123:23,25 124:2
127:22

**absolutely** 80:24

**accelerates** 126:24

**acceleration** 126:21

**accepting** 65:3

**access** 60:6

**accident** 69:4,5,14
70:1 71:24 72:9,15,
20,21,23 73:11,12

**accidents** 68:19 73:8,
13

**accompany** 39:22

**accomplished**
132:24

**accurate** 84:10 94:9
95:19 103:12 107:2
113:3 117:15 125:25

**accurately** 90:6
119:25 125:22 130:5

**acknowledge** 75:7

**acting** 28:16

**activity** 100:1

**actual** 138:20

**add** 12:12 17:24 18:7,
10 24:17 25:10
81:22 87:12 108:7,
13 127:25 128:17

**add-ons** 53:5

**added** 24:22 81:18
82:5 128:23

**addendum** 95:1

**adding** 18:1,8 24:18
107:22

**addition** 23:3

**additional** 132:17

**address** 7:21 61:22
98:14 99:2

**addressed** 95:20

**advance** 21:7

**advanced** 21:20,23
22:22

**advised** 110:10

**adviser** 83:20,23
89:24 93:24 102:7
106:9 107:13 112:20
117:22

**affect** 10:16

**ago** 8:4 11:15 18:22
59:17 69:3

**agree** 18:16 90:6

**agreed** 142:12,18

**agreement** 53:23

**Aguila** 66:20

**ahead** 8:5 32:11 82:8
106:1 115:4 116:19
136:21

**air** 15:16,21 21:7,8,
20,21,22,24 22:2,4,6
23:3 27:8,12,22,24,

25 28:1,6,8 29:3,5,
19,21,24 30:14 31:5,
6,16

**airplanes** 31:18 32:3

**alcohol** 10:20

**alleged** 56:2

**allow** 8:22,24 24:1

**allows** 24:2

**Altogether** 28:4

**Amergon** 7:22,25

**America** 50:7 51:2,5,
10,13,17 52:16 61:9
134:17,21 136:20
137:24 138:5

**Angeles** 66:1 67:6,10

**answer** 8:24 9:8,15,
23 37:19 52:20 79:4

**answered** 81:13

**answers** 10:5

**anticipate** 9:20 60:18

**anybody** 15:9,25
16:11 39:20,21
44:14 50:7,9,10,14
51:17 52:12 61:9
62:23 64:5 84:14
90:11 117:24 123:5
126:11 138:5,7
139:5 140:25 141:3

**anyway** 97:20

**apart** 39:8

**apologize** 116:16

**apparently** 85:23

**appear** 85:10 89:14
95:22

**appears** 45:2,15
54:25 90:19 91:21
106:13 111:4 116:12

**Robert Smothers**                                                    **Smothers vs. BMW of North America, LLC**

120:2 136:14,19
137:7

applied 74:7

apply 95:8

appointment 85:7

appointments 65:12

appraised 141:9

approved 110:9

approximately 31:1

April 136:24

area 41:1 66:1 69:10
70:25 71:1 140:8

Arizona 54:10 63:14
65:19,20,21,23 66:5,
8,18,21 67:6,22

Army 27:12 31:16

articles 36:25

aside 57:3 118:25
134:25

asked 11:20 20:14
35:11 51:1 81:13
86:2 109:21 132:15
134:19

asking 48:7,12 59:22
109:19

assigned 27:12,24

assignment 28:6
30:5

assignments 21:25
28:9

assistance 59:1,4
61:3

assume 9:16 26:4
74:23 77:16 90:9
92:7 94:3 102:9
110:8 117:12

assumed 83:23

assuming 95:13

attachment 47:13

attachments 136:4

attended 21:1,20
22:1

attention 103:8

attorney 9:22 12:14,
25 13:4 43:19 60:14
71:20 124:9 137:9,
13,15,20 138:21

attorneys 11:21

audio 14:14

August 114:14

auto 22:25 31:13
45:21 46:3,8 48:3
49:22 51:20 131:3

automobile 18:21
20:11,14,16 24:12,
14 25:10 31:9

automobiles 20:9
24:9

automotive 23:1 24:7
25:5,8 36:12 114:1
121:24 122:1,11,18
123:7 131:5,10

automotive-related
36:15

available 50:24

aware 25:9,12 48:24
62:6,9,12

awareness 25:13
26:1

―――――――――――

**B**

B-L-A-C-K-S-B-E-R-G
45:20

B17 27:12

bachelor 27:17

bachelor's 21:5,14,
15 22:13

back 13:9 15:19
20:20 21:4 22:10
27:22 30:6,10,13,19
32:15 35:13 37:25
42:18 49:19 55:21,
25 75:14,25 78:5
79:17 80:17,19 86:8
95:3 98:19 99:8
100:25 111:15,17
114:9 116:16 129:10
131:4 132:13 135:9
136:19 142:5

background 20:23
24:6 27:7

bankruptcy 19:13

base 28:1 29:4,5,20,
22,24 30:1,2,14
31:23

based 26:1 86:3 89:2
91:13 108:5

basically 15:15,17
17:4 19:2 30:14
38:12 54:5 110:9
137:2

basis 17:1 28:9 64:9
65:11

battery 102:19

BBB 62:7,13

Beach 18:20 65:11
69:12 70:19

becoming 28:23

beginning 17:12,14
137:10

believe 13:22 17:2
32:17 34:4 53:11

61:16 83:16 91:15
104:24 109:12
115:11 125:5

bent 55:9,13

best 8:23 10:22,25
80:1 84:6

better 12:10 50:18
62:13

beyond 110:22
130:13

birth 7:19

bit 38:11 42:23 61:17

Blacksberg 45:20,24
46:15,24 49:22,23,
25 50:2 51:19

blank 29:14

Blue 141:16

BMCS592244 112:5

BMW 11:2,4,5 14:24,
25 17:21,24 24:23
25:2 26:6 32:8,21
33:1,2,23,25 34:3
35:1,6,9,22 36:4
37:1,4,8,11,14,16,
22,25 38:4,6,20 46:1
49:6 50:4,7,10,15,
16,24,25 51:2,5,9,
13,17 52:15 57:10,
18 58:25 61:5,9,13
62:6,12 64:8,11
65:15 68:18 70:7,8
73:17,22,25 74:6,7,
8,18 76:7,19 77:3,7,
9 78:17,21 80:15
81:17 82:21 83:23
84:5 85:21,25 89:12
92:2 93:7 95:14,16
96:16 97:12,19,23
98:1,2 101:21
102:15 105:24
110:10 112:1,5

Index: applied–BMW

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

114:17 116:9,20 119:4 132:1,4,22,24 133:15 134:7,16,17, 19,20,21,22 135:5,6 136:20,24 137:23 138:5,7,14 139:1,5,9

**BMW's** 57:6 59:4 97:14

**BMWS** 11:7,9 86:20

**body** 70:18 71:1 72:11 73:7,18

**book** 55:24 141:16

**booklet** 58:5,9,19 62:3

**born** 15:11,14

**boss** 29:25

**bottle** 18:15

**bottom** 44:21 58:24 61:3

**bought** 20:20 32:16 33:9,15 34:3 35:6 37:9,12,15 38:3 39:11 53:2

**Boulevard** 73:19 113:25 121:24,25 122:11,17 123:6 125:9,19 128:25 129:4,13,25 131:5, 10 139:22

**Bowl** 66:3

**break** 9:21 26:25 42:15 54:12

**briefly** 22:11 27:6 135:7

**bring** 12:10 26:10,22 73:19 74:2,9 77:11 82:4 88:25 101:15 105:17 110:19 123:3

**bringing** 48:3 91:7 98:19 115:8

**brings** 86:8

**broke** 66:22

**brought** 32:15 73:16 84:1 89:5 90:23 98:8 101:4 103:8 113:20 131:2,18

**bubble** 96:1

**buildings** 31:25

**bulletin** 109:20

**bureau** 62:14

**business** 20:1 62:14

**buy** 18:18,20 34:9,25 35:25 37:17 38:8 50:22

**buyer** 44:8

**buying** 34:1,7 38:5 39:4

---

**C**

**C-A-M-I-N-I-T-O** 7:25

**calculated** 133:9

**California** 7:1 15:12, 13,14,19,23 23:7 27:18,19,25 30:6 37:4

**Californian** 15:17

**call** 24:2 50:23 59:4 75:11 138:11

**called** 21:2 30:12 59:24 66:20 72:3 119:8 138:8

**calls** 138:4

**Caminito** 7:22,25

**capacity** 25:1

**car** 13:16 17:3,10 18:12 20:15 26:6 27:1 31:11 33:12,14, 17 34:1,7,9,13 35:6 36:18 63:16 65:8 69:22 71:16 80:13 84:1 86:1 87:5 96:16 104:10 114:16 124:10 126:25 141:22

**care** 109:8,24

**career** 15:15

**Carfax** 141:11,14

**carrier** 71:9,12

**carries** 8:14

**cars** 36:3 86:19

**case** 8:5 13:23 114:22 138:22

**cash** 45:3

**caused** 88:25 96:14 101:14 105:16 110:19 123:3

**certain** 11:2 57:20

**certainly** 41:17 110:8 133:6,11

**certificate** 23:5

**certified** 142:16

**chance** 93:15

**change** 10:10,14 86:24 105:6 108:3,8, 15

**changed** 86:21 108:4

**changes** 81:2 142:8, 9,11

**changing** 24:19 86:5 91:12

**charge** 31:18 91:12

**check** 49:12 73:2 127:16

**chief** 29:23

**children** 19:4

**church** 54:7

**civil** 21:5,9 22:14 23:7 24:2,3,4 27:19, 20 30:1,2

**claim** 20:14

**claimed** 16:25

**claiming** 14:9,12,15 16:23 63:22 124:8 133:13,14

**claims** 19:18

**classes** 22:12 24:7

**clean** 20:7

**clear** 9:7,9 14:19 16:6 30:22 45:11 47:3 57:2 70:2 77:10 98:3 111:23 116:19

**client** 142:8

**Clinic** 28:19,24

**close** 72:21

**co-buyer** 43:13

**college** 21:8,21,22 22:2,4,16

**combat** 27:13 28:4

**come** 15:15 18:12 25:13 30:13 75:14, 25 78:5 82:10,15 85:21 86:11,16 89:14 95:14 102:15 103:16 104:5 108:14 121:25 127:12

**comes** 81:20 89:15 101:1 108:6,12 129:20

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

**coming** 30:19 37:24 72:17 81:25 84:25 97:3 100:25 118:3, 11 130:12,14 140:23

**Command** 22:1

**comment** 10:15

**communicate** 46:24 137:24

**communicating** 46:14,17

**communication** 46:2, 6,23

**communications** 50:6

**company** 27:18 29:2 35:17,20

**compartment** 26:20

**completed** 10:2

**complies** 58:23 61:1 62:5

**computer** 74:13 77:18

**concern** 96:3 98:9,17 103:7 104:8,9,15 105:16 140:9

**concerned** 85:23 86:25 97:13 102:14 140:6,7

**concerns** 67:4,20 74:12 77:15 86:15 107:18 117:16 141:6

**concluded** 142:19

**conclusion** 23:17

**condition** 88:7,11 125:2

**confirm** 27:2 45:5 47:24 79:19 89:21 92:10

**confirmation** 46:19, 22 47:3

**confirming** 45:25

**confusion** 137:8

**consider** 25:4,7,9 35:2 62:16,20

**considering** 34:1,7

**constant** 127:9

**construction** 28:11

**Consumer** 36:20,22 37:1

**consuming** 98:4

**consumption** 17:6,8, 21 19:9 25:8,17,20, 23 26:3 56:16,23 63:23,25 65:3 85:12 97:22 100:18 101:7, 11 115:23 138:18

**contact** 60:11 61:5 62:23 73:6

**contacted** 59:23 134:17

**contacting** 59:21

**contain** 133:4

**continue** 29:15 105:3

**continued** 28:5 104:21 115:25 116:2 124:11 128:1

**contract** 43:23 44:5

**contracts** 53:19

**conversations** 61:8 138:21 139:5

**convicted** 19:15

**convinced** 23:19

**coolant** 123:1,12 124:25

**copies** 57:1 131:20, 21,22

**copy** 11:22 57:1 58:13 80:17,19 82:23 83:17 89:19 128:19 136:12,25 142:16

**corner** 83:5,18

**Corps** 27:12 31:16

**correct** 16:17,18 17:2,3 21:18 22:23 24:23,24 30:25 32:3 33:3,4 34:4 36:10 39:13 43:14,17,18 44:13 45:3,4,12 46:4,8,12,16,25 47:4 51:13,17,18 52:17 53:13 54:17 55:2 57:14 60:7 64:18 70:9 71:3 72:20 73:20 74:10,14,22, 25 75:4,9,12,16,24 76:1,2,4 77:12,15,21 78:3,7,15 79:21 80:6 81:4,11,12 85:3,13, 14,25 88:16 90:3,4, 20,24 91:17 92:24 93:22 95:23 96:4 97:3,7,11,22 98:5,9, 14,24 101:2,7,8 103:23 104:17,22 105:4 106:15,18 114:19 115:14,16,25 116:2 117:2,6,11 120:3,15 121:4 122:12 125:3,7 130:24 132:19 134:2,19 135:10,19 136:2,20 137:9 138:11 139:6,17 140:10,11

**correctly** 18:24 81:8 98:12

**correspondence** 61:22

**cost** 132:25

**costs** 133:1

**counsel** 11:22 13:13 14:1 15:8 27:1 60:11 75:1 82:24 83:16 142:7,12

**County** 28:13,18

**couple** 19:20 29:25 30:3 32:13 84:21,22 129:9

**course** 14:6 86:25

**courses** 22:16,17,19, 21,25 23:1 24:7

**court** 8:16,19 9:4 10:2 14:19 55:20 56:25 142:6

**cover** 57:19 128:13

**covered** 26:5 81:10 97:10 133:10 140:18,20

**credibility** 10:17

**Crete** 29:3,10,12,13, 19

**current** 7:21 26:16 140:12

**currently** 15:25 16:17 17:9 140:15

**customer** 52:23 61:2, 13 102:23 107:22 108:2 109:8,24 124:18 126:23 129:19

---

**D**

**daily** 64:10 68:12 139:20,21 140:10

---

**Robert Smothers**                          **Smothers vs. BMW of North America, LLC**

damage 70:7 72:25

damages 19:18
70:11,13 71:5

dashboard 55:1
124:4 127:13

date 7:19 18:25 37:15
44:17,22,24 68:23,
24,25 79:19 83:3,4
89:14 90:2 92:11
102:3,8 103:2
106:10,13 107:16,19
110:22 114:23
118:21 120:18
126:15 136:1 137:5

dated 45:19 82:22
89:13 92:2 93:8
101:21 105:25 112:6
116:12,21 122:7
125:14 129:16
135:10

dates 17:23 128:17

daughter 65:19 66:8

daughters 54:10

day 54:1

days 72:12 86:14
129:9 142:9

dealer 18:21 37:4
49:7 50:4 78:21
119:25

dealers 97:12 98:22

dealership 31:11
39:21 42:25 52:13
74:3,18 75:16,25
76:13 78:6 82:4
84:4,15 89:1 90:11,
14,17 98:18 99:24
101:4,15 103:2
105:17 107:3,16,19
109:7,19 110:2,19
117:25 123:6 131:3

134:12

dealerships 37:6
73:15 79:10

dealing 50:21

dealt 37:8,11

December 7:20 44:23
46:12 53:2 79:20,24
82:10 92:3,11
101:17,22 102:1
104:5 110:20 112:6,
17 117:9

decided 28:18 38:8
49:8 86:3

declined 139:3,4

defects 16:25

defendants' 11:18
17:18 43:21 45:17
47:10 48:16 55:23
58:11 80:21 82:18
89:10 91:24 93:4
94:24 101:18 105:21
111:19 114:6 116:10
119:1 121:20 125:11
129:14 131:23 135:1
136:17 137:16

degree 21:5,12 22:13
103:11

degrees 27:16

delivery 75:7

denied 139:9,11

department 27:19
28:17 61:13

departments 28:22

deposition 8:3 10:2
11:3,20 14:22 15:9
19:12 45:14 60:17
85:12 114:10 142:19

describe 67:25 68:2
70:11 72:24 84:5,20

85:15 94:4 102:12
107:5 112:23 117:18
119:21 122:21
126:22 130:5

described 107:7
124:22

description 84:10
94:9 95:19 113:3
117:15 125:25

design 22:8

desire 46:25

destroyed 142:15

detail 54:22

determine 132:16

diagnosed 141:7

died 139:25

Diego 15:22,24 28:14
37:25 50:17,24
63:18 65:8 73:17,25
74:8 76:19 77:7,10
78:18,22 80:15 93:7
101:21 105:24
112:1,5 116:9,21
119:4 122:2 127:8
140:3,7

difference 87:18,20
99:8,11 103:25
108:18 120:6

differently 105:9

direct 121:2

director 28:16

discharge 102:19

discount 50:22

discussed 107:25
129:1

discussing 138:20

discussions 123:5

dispute 106:23
138:10

distance 17:25

distributor 50:11

divorces 19:21

doctor's 85:7

document 12:1,6
13:15 17:16,22 18:2,
4 43:25 44:4,21
45:2,22 47:6 48:1,7,
19,22,23 53:16 56:8
61:25 77:25 83:2,15
89:8,16,20 92:9
93:16,18 94:21
101:23 102:5 106:1,
3,4 112:11,13,14
119:15 122:8 124:15
125:15 129:21 135:4
136:22 137:21

documentation 60:12
123:16

documented 89:3
96:24 100:11 101:16
105:19 110:21,24,25
115:7

documents 12:9,11,
16 13:12,20 14:21
15:2,5 26:5,7,20
27:3 43:4,6,10,12
49:12,17 59:18
61:19 71:15 124:23

doing 23:18 110:10
116:4

double 104:20

double-check 23:10

doubt 36:1

downhill 41:12

draftsman 28:15

drive 16:17,19 26:13

Index: damage–drive

**Robert Smothers**

**Smothers vs. BMW of North America, LLC**

38:7,24 39:10,13,16,
19 40:3,10,22,25
41:8,12,15 42:5,12
49:7 54:1,4 63:6,18,
19 64:2,6,8,10 66:4,
23 67:16 68:1,10,14
72:8 104:10,21,25
105:2,3 110:15
118:11,18 120:11
125:6 130:20
139:17,19 140:25
141:4

**driven** 16:9,11 19:6
63:16 68:4

**driver** 36:18 63:3
70:5

**drives** 38:18

**driving** 34:11 35:12
39:2 64:17 67:25
88:1 99:21 104:6,16
109:2 121:8 123:18
125:2 127:6 140:2,7,
16

**dropped** 84:1

**drove** 16:13 17:25
38:7,13 39:7 41:5,10
42:3 63:9,10,17 64:4
66:16 88:20,22 99:9

**drugs** 10:20

**due** 86:25

**duration** 60:4

**dynamics** 69:25

---

**E**

---

**e-mail** 45:15,20
46:11,14 47:2,13
49:21 61:4 135:3,5,
12,21 136:4,8

**e-mails** 61:12,15

136:15

**earlier** 32:20 64:16
86:8 115:21

**early** 32:13,22,24

**easier** 93:13

**Edmunds** 141:19

**education** 20:24

**effect** 81:23 139:14

**either** 13:16 77:17
79:9 80:14 108:10
122:24

**electrical** 31:23

**employment** 24:6
27:7,11

**Encinitas** 37:4,5,8,
12,14,22,25 41:1
49:7 50:4,15,18,21,
25 52:20 73:17,22
74:7,8,18 76:7 77:3
79:6 80:15 82:21
83:24 89:12 92:2

**encouraged** 38:6

**ended** 28:15,16 30:2
39:3

**engine** 18:18 25:11
28:11 72:18 90:23
109:8 120:4,23
127:16

**engineer** 23:7 24:3,4
27:20 28:16,21 30:1,
2

**engineering** 21:6,9,
13 22:7,8,14,16,19,
25 23:1 27:19 28:10
29:24

**England** 27:14

**ensure** 8:6 80:24

**equipment** 53:4

**escalate** 77:4 78:18

**estimate** 34:21 40:21
69:1 86:10

**Europe** 11:15 28:7
29:18 31:17

**event** 60:20 85:7
100:1

**everybody** 97:18

**evidence** 128:10
132:17

**exact** 87:16 97:16

**exactly** 18:5 33:21
65:25 84:5 94:5
102:12 107:5,7
112:24 117:18
119:21 122:21

**examination** 7:7
23:17,18

**example** 84:24
102:18 133:10

**excuse** 47:9 50:9
94:10 123:6

**exhibit** 11:18,19
17:18,20 43:21,22
45:16,17 47:10,12
48:12,16,18 49:21
53:10 55:19,23
58:11,13 80:18,21,
23 81:1 82:18,20
89:9,10 91:24 92:1
93:4,6 94:24 95:2
101:18,20 105:21,23
111:3,19,25 112:4
114:6,9 116:8,10,18,
20 119:1,3 121:20,
22 122:6 125:10,11
128:21 129:12,14
131:23,25 132:21
135:1,3 136:16,17
137:16,18

**exhibits** 131:6,19

**experience** 63:21
66:25 67:3,11,19
81:25 99:16 108:15,
18 127:10,21 130:14

**experienced** 16:22
19:8 81:9 82:3 84:6
94:6 96:19 100:24
101:14 103:18 104:4
105:16 122:22 135:7

**experiences** 74:6
97:2

**experiencing** 81:16
85:16 94:5 96:10
102:13 107:6 112:24
117:19 119:22 130:6

**expert** 25:4,7

**expiration** 117:5

**expire** 117:8

**expired** 110:20
117:11 120:14,16
135:22

**explain** 16:3 69:25
76:3

**express** 57:13 117:5,
8,10

**extended** 53:23 91:13

**extent** 71:19 84:10
111:1

**exterior** 41:14

**extra** 17:14 18:13

---

**F**

---

**facilities** 31:20

**fact** 23:15 24:4 31:4
49:9 50:20 96:16
102:14

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

fair  9:17 40:21 51:15
  52:15 100:15

familiar  15:7 56:22

far  19:25 35:11 91:18
  95:21 103:13 115:12
  125:8

fast  68:1,3 69:16,22

faster  127:1

fastest  68:4

features  38:21 47:16
  48:1,13,21 51:6
  53:12

February  7:1

feel  34:15 84:9 99:14

fees  133:21 134:1

fellow  23:18 29:25

felony  19:15

female  40:1

fender  70:25 71:1

Field  27:25

figment  72:22

figure  82:13

file  59:18 61:15
  131:17

filed  19:13,18 20:14
  62:24 114:19,21

files  132:16

filing  62:21

find  60:13,18 71:19
  83:4 89:4 94:10,15
  136:13

fine  16:4 43:20 55:10
  132:4

finish  8:23,24 48:9
  62:19 116:5 126:13
  135:17

finished  56:9

first  21:14 26:25
  27:11 28:9,13,20
  29:2,23 30:5 33:8
  37:18 64:11 68:23,
  24 69:4,8,14 71:24
  72:21 73:11 79:24
  81:9 85:9 87:3 91:15
  100:24 101:1 118:15
  124:17 126:20 127:6

five  40:8,13 66:7

flag  55:4

flagged  54:25 55:9

Flagstaff  66:14

flash  87:7

flew  27:13 28:4

fluids  72:14

fly  28:1,2

flying  27:24 28:3,9

folks  16:9 35:24
  51:20 52:20 54:7
  64:3

follow  137:4

follow-up  139:5

follows  7:5

football  66:3

Force  15:16,21 21:7,
  20,24 22:2,6 23:4
  27:8,22 28:6,8
  29:20,21 31:5,6

forth  136:19

found  76:4 94:16

Foundation  28:20,25

four  58:3 69:3 80:13
  91:15 117:11 135:23

Francisco  27:18

free  84:9

freeway  68:10

freeways  68:13

frequent  36:11

frequenting  36:14

frequently  65:9

friend  16:1,19 38:6

friendly  51:23 79:1

friends  65:13

front  44:7 55:21
  83:19

Fullerton  15:12

further  60:17 141:24

---

**G**

gain  57:6

games  66:3

garage  140:17

Gary  102:10 106:20,
  24,25

general  20:23 22:17
  25:14 27:9 28:17,24
  69:1 88:15 90:19
  92:17

generally  12:24 16:8
  35:16 49:3 68:13
  74:5,19 75:21,22,23
  77:24

Germany  27:14 32:14

getting  29:14 35:4

give  9:3 10:25 13:2
  20:23 27:6,9 29:6
  33:19 55:21 60:14
  64:1 69:1,2 75:11
  76:14 80:17,19
  86:15 102:25 114:9

given  8:2 13:1 23:16
  76:10,18

giving  10:21

glove  26:20

go  8:5 13:3,9 16:6
  30:4,10,16 32:11
  35:25 39:21 49:16
  54:9 68:1 75:8,15
  76:1 78:6,9 79:14
  82:8 84:4,13 106:1
  107:12 111:12 115:4
  116:19 117:21
  126:25 129:10
  132:4,10 136:21

going  8:5 9:15,20
  10:3,4 11:19 16:6
  17:20 20:6 21:3 27:1
  35:17 42:14 45:15
  47:8,12,16 48:18
  53:12 55:19 56:25
  58:13 60:18 63:19
  69:16,22 76:13
  78:10 82:20 84:2
  90:10 101:20 109:18
  115:4 116:18 121:5,
  22 124:20 126:22
  127:1 135:3 137:2

golf  54:7

good  7:9,10 8:9 42:15

gotten  68:7

grab  47:8

grabbed  54:13

graciously  54:12

graduate  22:25

graduated  20:25

great  116:4

greet  74:10 77:12

grooms  21:24

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

ground 8:6

guess 40:23 100:7

guesstimate 66:7
68:12 80:1

guesstimated 35:11

guide 42:21

---

**H**

half 40:19

Hamilton 27:25

hand 82:23 95:3
111:17 112:7

handed 13:4

handle 38:18 105:9

handled 38:13,14,15
64:15 99:12 108:19

handling 39:6 87:18

handwriting 95:4,6

handwritten 132:21

happen 75:23

happened 33:17
69:14 70:1 73:8
100:13 118:10
127:11,13

happening 85:22

hard 23:21 65:24

hate 93:9

Hazel 43:7

head 9:5

heating 31:24

helpful 27:9 73:7 79:1

hesitation 126:24

Hey 84:25

High 20:25

higher 21:25

highway 41:3,5 68:11

highways 68:13

hire 138:21

hired 28:20

history 115:13

hit 69:7,15,22 72:25

hobby 24:10,12

Hold 112:3

holding 18:14

home 16:15 53:1
63:18

hour 40:19 68:8
69:21

hours 142:10

house 13:16

huh-uh 9:6 133:17

hypothetical 74:15

---

**I**

I-5 68:15

ID 138:2

idea 29:7 34:20 69:17
85:8 134:3

idea's 84:22

identified 13:21

identifies 49:13

II 21:2 27:11

imagination 72:22

immediately 72:11
82:4

implying 48:4,6

important 8:18 9:3

38:21

impression 97:15,17
98:22 137:12

include 91:2 133:1

included 53:12

includes 133:9

incorrect 52:13

independent 24:7
131:3

indicate 35:24 60:9
75:3 103:15

indicated 27:16 53:11
107:21 116:23
127:24 132:18

indicates 102:19
124:10

indicating 137:19

indication 122:25

indicators 55:1

individual 25:1 42:24
43:3,7 49:14,23
83:22 128:4

individually 98:23

individuals 50:14
122:17

inform 97:14

information 11:24
36:3 51:6,9,12 52:11
58:14 61:3 109:25

informational 51:25
78:22,24 79:7

informed 141:3

injured 72:1

inside 41:21,25

inspect 41:14,17

inspected 41:22

inspection 122:24
124:18

installed 133:18

installment 43:23

instance 77:3 82:5
105:12

instances 78:17

Institute 21:1

instructed 140:25

insurance 35:17,20
71:8,9,12

intake 119:8

intended 35:22

intentionally 55:6

interactions 50:7,10,
13 51:16 137:23

interesting 23:13
31:4

intermittent 127:9

internet 36:2 138:17

interrupt 130:2,4

invoice 75:3,6,15
77:20 94:11,13,20
106:13 122:6 125:13
129:13

invoices 14:23,25
75:2 131:10

involve 31:19

involved 7:16 19:20,
22 20:2,3 29:4 68:19

island 29:3

issue 19:9 63:23 77:4
78:18 85:11 91:20
95:25 96:9 103:25
104:13 114:16 118:2
121:17 124:20 125:6
126:21 127:4,7

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

129:18 130:5,11

**issues** 14:9,11,14
16:22 63:21 76:25
94:4 95:19 101:11
103:18 107:3 112:23
122:21 123:18,20
124:22 125:21
127:21

**item** 59:6 114:4 133:5

**items** 133:1,2,4,9

---

**J**

**James** 102:10
106:20,24,25

**January** 89:13,22

**Japan** 27:25 28:1

**job** 28:19 29:1 30:2
116:4

**John** 63:12

**Johnson** 27:25 29:3,
19,21,24 30:14
63:12 64:5

**Jolla** 7:1 8:1 30:17,
20,23 65:10 70:18
73:7,18

**judge** 8:16

**July** 89:6,14 91:21
92:24 93:8,21 97:1
98:11 99:25 100:19
103:19

**jury** 8:16

---

**K**

**K-E-N-J-I** 112:21

**keep** 26:19 60:16
76:6 98:19 100:3
131:12,18

**Keith** 83:20 89:24

**Kelley** 141:16

**Kenji** 112:21

**kept** 128:12

**kind** 29:7 85:24

**knew** 20:20 104:12

**know** 9:22 16:8 18:5
19:22,24 23:9,22
35:16,21 36:24
39:12,17 40:5,12,20
41:10,16 43:18
51:22,24 52:1,4,22
53:6,21 54:7 56:4,6,
11,17 57:12 58:7
61:14 65:25 66:6
68:6,25 69:24 70:6,
23 71:4,21 72:5,7
73:5,7,8 76:8,11,18,
19,20 77:8 78:25
80:25 81:19 82:1
83:22 84:16 87:5
91:18 92:5,8 95:16,
21 96:2 97:4 99:4,5
102:3,11 103:6,13
106:22 107:7,14,17
108:8 109:10,17
110:3 111:22
112:11,22 113:1,23
114:21,23 117:12,23
120:10 121:7 124:10
125:8 127:8,20
130:13 131:8 132:6
133:24,25 134:5
136:11 137:25
141:15 142:10

**knowing** 90:8

**knowledge** 25:14
55:7 57:6 61:25
107:11 121:13 126:7

**Korea** 28:1,2,3,4

**Korean** 27:21

---

**L**

**La** 7:1 8:1 30:17,20,
23 65:10 70:18 73:7,
18

**lady** 16:1,19

**lamp** 102:15,24
103:15,17,21 104:4
120:23 121:6

**lamps** 104:2

**language** 87:13

**late** 30:8

**Laura** 94:2

**law** 8:16 20:21

**lawsuit** 7:16 14:9,12,
15 16:23 17:1 19:17,
18 20:13 43:16 56:3
62:21,25 63:22
91:16 92:19 96:6
102:20 113:15,21
114:19,21 118:8,23
120:17,22 124:8
133:13

**lawsuit's** 124:11

**lawsuits** 19:21 20:2,8

**leak** 123:12,14

**leaking** 72:14

**leaks** 113:25 122:24
123:1 124:19,25

**learn** 121:25

**lease** 35:2

**leased** 33:6

**leave** 28:18 124:9

**left** 29:1 30:1,15

**left-hand** 83:5

**lemon** 20:20

---

**let's** 49:16 69:8 79:14
91:19 96:8 100:15
101:16 111:12 115:2
116:16 126:20
132:10 142:9

**letter** 137:18

**level** 22:22 81:22

**library** 25:23

**license** 23:7,12,25

**life** 85:7 100:1

**light** 81:25 82:9,15
85:21 86:11 87:4,6,
17 88:1 97:3 98:13
99:7 100:8,25
103:15 107:24
108:2,5,10,11,15
115:10 118:3,11,12
120:4,9,25 121:17
122:25 124:5
127:16,19 130:23

**light's** 87:10

**lights** 124:4 127:12

**liked** 38:10 54:9
64:22

**limit** 68:2

**limited** 57:13,25

**limp** 130:18

**line** 85:10 90:22
109:12,23 118:10,15
121:2 124:17 126:20

**lines** 85:9

**list** 115:6

**listed** 61:22

**literature** 26:2

**little** 21:19 24:5 37:20
38:11 42:23 61:17
66:20

---

**Robert Smothers**                                          Smothers vs. BMW of North America, LLC

**live** 15:23,25 63:13 66:8,18

**lived** 15:13,15,16,18, 22 30:23 54:10 66:10

**lives** 63:14 65:19,21 66:19

**living** 11:15

**located** 70:18

**locations** 65:18

**log** 128:12,16

**logical** 75:19

**long** 9:20 15:13 34:1, 6 39:15 40:10 57:23 81:24 82:14 86:10 127:3 135:21

**longer** 82:17 96:24

**longest** 67:22

**look** 12:3 13:4 18:12, 15 31:7 37:6 41:21, 22 42:22 44:21 47:6 49:17 53:10 54:13 55:13,17 56:5,18,22 59:6 71:15 80:8 84:8 90:5 106:1 109:12, 23 111:10 113:2 114:3 128:19 131:11 132:7,16 136:6,12, 21

**looked** 25:19 29:1 41:17,23 54:21 56:19 61:15 64:20

**looking** 34:10 38:3 51:20 53:15 62:9,11 91:1 94:8,15,16 124:16

**looks** 46:21 47:1,12 48:21 54:19 80:5 85:9 88:15 91:10 113:9 129:3

**Los** 66:1 67:6,10

**loss** 124:14 128:1 140:6

**lost** 139:25 142:15

**lot** 88:20 97:14

**low** 80:16 81:2,17 82:9 85:20 86:6,11, 16 87:6,12 91:7 94:20 95:5,15,17 96:8,14,17 97:3 98:1,8,13 99:7 100:8,25 101:7,10 102:23 103:15 104:1,4,11 107:24 108:5,6,12,14 115:22

**M**

**main** 63:23

**maintain** 142:12

**maintaining** 31:20

**maintenance** 28:11 31:19 53:23 85:10 88:16 90:20 91:11, 13 92:17 95:22 113:10 115:7 120:3 132:23 140:22

**making** 69:19

**male** 40:1,2

**malfunction** 118:11

**management** 77:4 78:19

**manual** 26:9,10,19 42:21 54:13,16 56:3, 16 58:14

**manuals** 42:20

**manufacturer** 20:14 31:9 51:2

**Mar** 129:5

**marathon** 9:19

**March** 116:12,21 117:1 125:14,18 127:3 128:25 129:6, 16,25 131:1 135:10 136:15 138:13,25

**mark** 11:19 17:20 43:22 45:16 47:12 48:18 55:19 58:13 76:24 80:18,23 82:20 89:8 91:22 92:1 93:6 95:1,2 101:20 105:23 111:21,25 112:4 114:8 115:2 116:8, 18 119:3 121:22 125:10 129:12 131:25 135:3 136:15 137:18

**marked** 11:18 17:18 43:21 45:17 47:10 48:16 49:21 54:20 55:23 58:11 80:21 82:18 89:10 91:24 93:4 94:24 101:18 105:21 111:19 114:6 116:10 119:1 121:20 125:11 128:21 129:14 131:23 132:21 135:1 136:17 137:16

**marker** 100:22

**market** 35:5

**marking** 116:20

**marks** 41:18

**married** 16:2

**master** 27:17

**master's** 21:5,12,14, 17 22:22

**material** 10:15

**mean** 11:5 17:7 24:16 31:21 38:11 41:16 46:20 59:14 78:25 96:21

**meaning** 126:25

**means** 141:15

**mechanical** 33:11 67:1,17

**mechanics** 31:18

**medical** 65:12

**medication** 10:21

**meet** 74:17

**member** 60:1,3

**memory** 15:6 85:19

**mentioned** 18:22 21:21 31:15 32:20

**Mercedes** 32:13,17 86:20

**message** 129:19 130:12

**mid-2018** 138:23

**middle** 9:23 44:7

**mileage** 17:23 26:16 34:18 35:8 58:2,3 90:2 136:1 140:13

**miles** 17:10,25 26:18 34:23 35:14 40:3,8 68:7 69:21 90:3 107:23 108:4 128:1, 3 136:2

**Military** 21:1

**mind** 18:14 27:1 80:8

**mine** 38:6 95:7 116:15

**minimum** 81:21

**Robert Smothers**                                    Smothers vs. BMW of North America, LLC

minute 94:10

minutes 40:13,15,17, 22,23 42:14

missing 90:13,16 113:7 126:2,5 130:8

missions 22:5 27:14 28:3,4

Mitsubishi 32:9 33:3, 5 34:11,15,18 35:4 37:21

mixed 120:19

mockup 47:16

mode 130:18

model 11:13,17 18:13 32:13,21

models 32:5

Moderately 68:3

modified 133:15

moment 13:2 18:22 19:3 22:10 64:7 74:7 102:25 111:11 116:6

month 129:6

monthly 45:6 134:4

months 46:3,7 117:11

morning 7:9,10

MOSET 12:17 47:8 55:8 81:13 142:18

mountains 54:8

move 15:19 91:19 113:17

moved 66:9

multiple 97:2 99:2

——————

**N**

N63 109:8

name 7:11,12 63:11 66:11 92:6,7

named 43:7 112:21

names 7:17 69:11 122:20

Nation 45:21 46:3,8 48:4 49:22 51:20

navigator 27:13,23 28:9

necessary 84:10

need 9:21 16:3 19:24 23:19 55:25 81:22 105:23 108:13 131:7,22 132:2

needed 75:8 78:1 81:18 96:17 102:16, 24 108:8 136:25

negative 104:20

never 16:21 50:19 51:1 61:24 62:3 86:20

new 33:9,10 34:9,13

nods 9:5

nonmedical 28:22

nonwarranty 133:2,5

normal 91:5 97:18 98:21

normally 23:14 54:4 64:10 68:15 139:20

North 50:7 51:2,5,10, 13,17 52:15 61:9 134:17,21 136:20 137:24 138:5

note 10:14 94:14,19, 22 95:12,16 115:8 132:22 136:23 139:12

noted 127:24

notes 42:5 80:6,9 83:1,13 85:18,20 89:3 91:2 111:2,17 114:3,8,11,15 116:14 119:6 132:1, 5

notice 11:20 42:2 72:14,17 87:17,20, 23 88:4,21 95:14 99:8,11 108:11,21 120:6 123:23 127:4, 12

noticed 87:3 127:7

notices 91:7 98:1

noticing 41:24

number 16:25 54:25 55:1,12 61:4,5 62:11 82:21 89:13 92:2 93:7 101:21 105:25 109:12,24 112:5 116:9,21 119:4 122:6 125:13 133:8 138:1,2

nursing 16:15

——————

**O**

O'Reilly's 18:20

oath 8:10,14

Objection 81:13

observed 88:24 123:4

observing 123:2

obtain 23:11

obtained 28:19

obviously 16:16 91:12 122:24

occasion 24:23 65:21 66:2,17,22 73:23

75:22 76:12 78:9 89:3

occasions 75:20 76:17 96:24 115:9

occur 69:9

occurred 76:19,20 85:20 90:7 113:3

occurring 115:12

October 45:19 48:19

offers 62:6,12

offhand 138:24

officers 21:25

oh 8:13 41:23 93:9,12 109:14 118:13 121:4

oil 14:24 17:6,7,10, 12,15,21,24 18:7,10, 13,18 19:8 24:17,18, 22 25:8,10,17,20,23 26:2 27:18 56:16,23 63:23,25 65:3 76:17 80:16 81:2,17,18,21 82:6,9 85:12,21,23, 24,25 86:2,4,5,6,11, 16,21,24 87:4,6,12 90:23 91:7,12 94:20 95:5,15,17 96:8,15, 17 97:3,14,22 98:1, 4,9,13 99:7 100:4,8, 10,18,25 101:7,10 102:15,17,24 103:15 104:1,4,11 107:23, 24 108:1,3,5,7,9,13, 14 113:25 115:9,22 118:3 121:17 122:24 123:1,14 124:5,14, 19 127:25 128:1,4,7, 10,17,23 138:18 140:6

okay 8:8 9:1,10,14,25 13:6,7 14:19 16:5, 16,19 17:5 19:3

**Robert Smothers**                                    Smothers vs. BMW of North America, LLC

22:10 27:4,6,10
29:13,15 31:3 46:11
47:6,23 48:10,11,15
49:2,3,10,16 55:16
56:25 57:4,18 58:5
60:10,23,24,25 63:2
65:7 71:17,18,21,22
73:9,10,21 74:8,17
75:3,18 78:2 79:13
80:3 81:6 83:8 85:15
88:18,24 89:16
90:19 91:6,19 92:19,
22 93:1,3,10,14
94:16,18 96:8 100:3
101:13 102:18,22
103:14 104:19
105:3,15,20 106:14
107:15 110:18,23
111:10,24 112:16,23
113:17,19 114:5
116:5,7 118:17,25
119:12 120:6
121:14,19 125:17
126:20 127:12,21
128:24 129:3 130:8
131:1 133:15 134:14
136:7,14 137:23
139:15 140:12 142:1

**old** 31:5 34:12,15
35:4

**once** 10:9 23:25
39:14 127:11,17

**ongoing** 18:23,25

**online** 25:19

**open** 60:17

**opened** 83:6

**operate** 38:17

**operating** 123:20

**operation** 64:17
87:21 105:6 108:16
110:13 120:7

**opinion** 141:21

**opportunity** 10:5,10
60:21 78:12

**opposed** 62:17

**optional** 53:4,19

**oral** 23:17

**order** 26:18 35:14
45:25 46:19,21 47:4,
20 53:9 74:24 76:1,
14 78:6,11 82:21,25
83:11 84:8,14,18,19
89:12,21 90:5,10
92:2,10,15 93:7,20
94:8 95:9,18 96:15
101:21 102:1,18
103:4,9,12 105:24
106:6 107:1,10,12
109:6,9 111:25
112:5,8,16 113:2
116:9,21,24 117:1,4,
13,21 119:4,18,24
121:23 122:10
125:13,17,24 126:3,
6,8 129:24 130:9
140:14

**ordered** 47:19 48:4

**ordering** 47:17

**orders** 65:1 74:25
131:9

**organization** 22:5
59:22

**original** 142:13

**originally** 137:11

**outside** 66:19

**overheating** 129:19
130:11

**overseas** 29:2

**oversight** 91:3,4

**overview** 27:6

**owned** 7:15 11:9 14:6
32:6 33:8 37:21
86:20 135:14,18

**owner's** 26:9,10,19
42:21 54:13,16 56:3,
16

**ownership** 36:23
59:3 61:6,10 63:7
68:18 96:19 134:16

**owning** 60:4

---

**P**

**P-A-I-N-E** 94:2

**p.m.** 7:2 142:19

**Pacific** 18:20 65:11
69:12 70:18

**package** 109:8,24

**page** 8:7 44:7,20
54:24 55:4,8,21 56:6
57:2 58:24 59:6
60:25 61:23 62:4,9,
11 83:19 103:14
107:22 109:13,14
118:14,15 120:24,25
124:17

**pages** 54:20 55:13
58:21

**paid** 30:21 53:16 71:8
133:21,24,25
134:10,15

**Paine** 94:2

**paper** 74:14 77:18

**paperwork** 76:6,9,22

**park** 140:15

**part** 19:12 57:1 91:16
92:19 96:6 102:20
113:10,15 118:8,23

120:17,22 124:8
131:19

**particular** 54:6,8
55:14 73:21

**particularly** 115:13

**parts** 15:23 18:21
54:22 70:23 133:18

**party** 43:16

**Pasadena** 20:25

**passed** 16:14

**pay** 71:5 78:9

**payment** 45:3,6,12

**people** 68:1 122:2

**percent** 64:4

**percentage** 64:1

**Perfect** 12:20

**perform** 109:7,15,19,
21 110:2

**performance** 38:8,10

**performed** 126:18

**period** 46:12 81:3
113:25 115:1 128:14

**permanently** 15:20

**person** 39:24 43:8
73:21 74:2 82:2
83:25 138:2

**personal** 19:11 35:23
54:5 91:2

**personally** 18:8 20:3
25:1 85:22 97:21

**personnel** 78:21

**pertains** 19:22

**Peter** 45:20,24 49:22

**Phoenix** 66:10,13,17,
19

**Robert Smothers**                                    Smothers vs. BMW of North America, LLC

**phone** 88:8 138:11

**photograph** 88:12

**photographs** 13:25 14:2,5,7,8 42:7

**pick** 107:13

**picked** 84:13 117:22

**piece** 74:14 77:18

**pile** 131:7

**pin** 100:7

**place** 52:7 65:14 119:8 142:17

**places** 54:6,9 65:8

**plaintiff's** 142:7,12

**plan** 35:1 54:1

**planned** 35:3 54:11

**play** 10:4

**please** 7:11,24 9:12, 21 10:14 34:2 62:8 94:21 111:23 130:4 131:6 135:17

**point** 9:21 35:7 49:8 59:16 75:11,18 77:23 104:15 109:18 114:18 134:19 135:14,18

**police** 72:3,5

**positive** 50:1

**possession** 13:12

**possibility** 36:7

**possible** 59:15 76:16 82:7,9 125:22 133:8

**possibly** 68:22

**post** 142:14

**potential** 73:12

**power** 43:19 139:25

**practically** 15:18

**premium** 134:4

**preparation** 14:21

**prepare** 10:3 18:4 114:15 142:6

**prepared** 18:2 23:15 72:6 114:11 117:5

**Prescott** 66:15,16,17

**present** 42:24 104:8 125:21

**presentation** 113:4

**presented** 92:13 107:18 118:6

**president** 28:24

**presume** 37:17

**pretty** 131:4

**prevent** 10:21 88:1 89:8 99:21 104:5,16 109:2

**prevented** 125:2

**previously** 12:14 17:10 20:20 27:16 85:11 103:22

**price** 45:25 50:16,17, 18,21 51:13

**primarily** 22:6,19 65:12 66:16

**primary** 63:3

**print** 74:24 77:20

**prior** 17:12 22:1 23:16 32:12 46:3,7 85:21 103:18 117:11 135:25

**probably** 11:16 20:6 32:18 33:21 35:10, 14 39:14 59:23 60:8 69:20 86:13,14

89:18,19 108:4 119:7

**problem** 17:4,5 67:17 79:25 80:16 81:10, 15 82:3 85:2 87:1 88:25 92:14,23 97:6, 9,19,22,24,25 98:24, 25 100:9,18 101:6, 10,14 113:7,22

**problems** 14:25 17:2 33:11 41:18,24 42:2 56:2 67:1 74:19 75:4 84:5 88:21 94:4 102:12 110:12 115:22 117:16 119:21 121:8,11 124:11,13 134:24 135:7 140:2

**process** 49:4,11,24 50:14 51:16 52:6,20

**produce** 60:14 61:16

**produced** 13:1 17:16 42:20 43:23 45:15, 23 47:14 48:19 61:18 71:2 83:16 121:23

**professional** 21:24 24:3

**program** 59:4 62:7, 13,17,21,24

**projects** 28:11

**promoted** 30:1

**promotion** 50:21

**prompt** 9:7

**propose** 142:16

**provide** 14:5 71:20 77:24 78:11 82:23 139:8 142:8

**provided** 13:11,17,18 14:1 57:10,13,18

74:25 76:7 79:11 83:12 89:22 92:11 93:21 102:2 103:5 106:6 112:17 119:19 122:11 125:18 126:8 129:24 134:11

**provision** 56:20

**provisions** 56:15

**publication** 36:17

**publications** 25:16 36:2

**pulled** 141:11,14,16, 19

**purchase** 35:1,3 37:3 38:20 42:25 43:4,6 44:17 45:25 46:1,4, 15,22,25 49:8 50:5 53:9 79:19 134:20, 23 135:8

**purchased** 18:25 20:19 33:5,7,25 34:6 36:4 37:5 44:15,24 45:9 49:1,4 53:25 57:14 64:12 91:14 100:4

**purchasing** 39:15 46:7 52:3 53:22 57:5 79:23

**purpose** 15:4 65:14

**purposely** 55:13

**purposes** 54:3 63:15 142:17

**put** 18:19 63:2 80:12 84:19 85:24 86:6 100:4,9 115:6 118:25 128:8,10 131:17 132:1

**putting** 128:4

Index: phone–putting

**Q**

**quart** 18:1,7,8 81:22 87:12 96:17 102:17 107:22 108:7,12 127:25 128:23

**quarter** 17:9

**question** 8:23 9:12, 15,16,23 12:10,23 16:7,24 19:23 23:13 35:18 37:13,19 46:9 48:9 56:10 57:11 83:9 86:9 96:13 99:6 100:23 115:18 118:5

**questions** 10:4 19:11 52:19 58:16 60:17, 22 74:6 77:9 78:14 79:3 126:17 141:25

**quick** 42:21 79:15 112:10

**quickly** 20:5

**quite** 59:17

**quote** 51:1 141:17,19

**R**

**R.O.** 83:6

**raised** 85:11

**range** 22:15

**re-called** 27:22

**reacted** 38:16

**read** 10:4 25:16 54:19,21,23 56:13 76:9 78:12 84:9,18 85:18 93:13 103:4 116:6 119:10,13 126:8 135:13

**reading** 36:25

**reads** 56:8 81:1 137:21

**ready** 75:12 112:11

**really** 16:2 24:12 32:13 70:12 99:6 115:17 120:2

**rear** 69:15 71:1 73:1

**reason** 10:24 35:5 59:9 61:6 91:1 106:23 110:15 138:10 139:25 142:14

**reasonable** 114:25

**reassigned** 28:7 31:17

**recall** 11:17 12:7,8 24:19,21 25:18,21, 25 32:9,21 33:13 36:14,25 38:23 39:2, 24 41:4,5,13,20,24 48:5,23 50:8,22 51:4 52:5 53:22,24 55:15 58:8,10,19 59:12,16, 21,24 61:7,8 64:7 66:2 67:5,9,11 70:4, 12 71:7,23 74:16 75:17,19 76:12,15 77:2,22 78:10 79:5, 8,12 85:19 87:13,15 89:2 90:10,12,13,16 95:10 96:25 97:12 98:15 100:2 103:3 109:18 110:17 114:20 115:8,12 118:16,19,22 121:15 122:14,17,19 123:4, 10,11,14,15 125:4 126:19 127:5,14 134:18 138:7,9,24 140:1

**recalling** 69:11

**receipt** 142:9

**receipts** 100:3,4 128:7

**receive** 21:15 22:13 23:8 24:4 36:17 51:9,12 53:17 54:16 58:5 136:7

**received** 21:12 23:4, 6,25 26:5 47:19 91:14

**receiving** 12:7

**Recess** 13:8 42:16 79:16 142:4

**recognize** 44:9

**recollection** 12:4 43:11 44:22 49:6 50:17,20 53:8 56:19 57:25 58:1,17 62:2 87:8 101:12 110:5 127:18 139:7

**record** 7:12 9:9 13:3, 9 14:19 30:22 42:18, 19 47:3 49:17,18,19 54:24 55:8 57:2 66:10 77:10 79:14, 17 88:7,11 96:25 101:17 111:12,14, 15,24 116:6,19 132:10,12,13,15 142:2,3,5

**recorded** 81:1 111:6

**records** 14:14 60:6,9 70:20 71:2

**refer** 11:3 131:7 132:3

**reference** 42:21 43:6 138:1

**referenced** 83:13 124:15

**referencing** 57:3

**referring** 26:8 80:5 83:1 109:10 111:3 114:2

**reflect** 17:22 47:15 59:19 90:6 119:25

**reflected** 85:16 92:15 103:9 107:10 109:9 119:5

**reflection** 107:2

**reflects** 17:23 48:1,12

**refresh** 12:4 44:22 53:7 56:18 58:17 62:1 110:5 127:18

**refreshed** 15:6 85:19

**regarding** 14:23 25:17,20 26:2 46:15 51:13 56:16,23 62:2 83:10 114:16 123:11 138:8,18

**registered** 23:7

**registration** 133:21 134:1

**regular** 65:7,11 73:22

**reimburse** 135:9

**relate** 22:7,8

**related** 12:11,18 13:12,21 14:25 36:12 48:25 60:7 70:20 113:20 118:2 119:7

**relations** 61:13

**relatively** 134:22

**release** 77:25

**relevant** 13:19,23 16:2 20:6 107:21

**remarkable** 42:11

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

remember 36:9 40:1
52:8 72:13,23,24
76:21 97:16 122:19
134:9 137:1 138:6

remembering 65:25

remind 14:17 140:12

remuneration 24:4

rent 134:6

rental 134:8

repair 24:7 25:5
31:13 65:1 71:15
73:15 76:1,14 78:6,
11 82:21,25 83:11
84:8,14,18,19 89:12
90:5,10 92:1,10,15,
17 93:6,20 94:8
95:8,18 96:15 98:18
101:20 102:1,18
103:4,9,12 105:24
106:6 107:1,10,12
109:6,9 111:25
112:4,8,16 113:2
115:7 116:9,21,24
117:1,4,13,21 119:3,
18,24 121:23 122:10
125:13,17,24 126:2,
5,8 129:24 130:9
131:9 132:5

repaired 70:15,16,24
71:6 99:3

repairs 14:24 57:20
65:4 70:21 73:16
118:6 126:18 132:1,
17,22,24 135:9
140:23

repeat 83:9

rephrase 98:7

replace 17:9 86:4
119:8

replacement 113:13

Replacing 113:12

reply 136:24

report 35:16 72:5

reported 35:19 108:3
113:25

reporter 8:19 9:4 10:3
14:19 55:20 57:1
142:6

reports 36:20,22 37:1
102:23 107:22

represent 54:24

representation 12:25
52:12

representations
52:8,16

represented 137:9,
13,14,20

Represents 125:13

repurchase 20:15
137:3 138:15 139:1

request 9:22 12:9
109:15 138:13,14
139:9,11

requested 122:23
139:1

requesting 135:8

requests 124:18

required 17:12,13,14
23:14

requirement 86:24

requires 85:25

rescue 27:24 28:3

research 28:20,25
57:6 138:17

reserve 60:16

resolution 62:7,13,

17,21,24

resolve 104:13

resources 25:20

respectfully 8:22

respond 124:9
137:11

responded 137:15

response 136:7,12

responses 9:4

responsibility 31:25
32:2

responsible 28:10,21
137:2 139:14

result 51:21

retail 43:23

retired 15:21 28:12
29:14 30:6,24 31:4

returned 27:15 28:5

review 10:5 14:21
15:2 36:2 56:3,15
77:21 89:20,21 92:9
93:15 107:1 112:10
119:24 132:11

reviewed 10:9 14:23,
24 15:1 112:14
117:13

reviewing 15:4 45:2
56:6,11 58:8 125:24

reviews 12:1,6 83:2
102:5 106:3 112:13
136:22

rid 34:16

ridden 19:8

right 12:17 17:11
47:21 60:16 69:6
81:7 103:24 111:8
114:24 115:11

124:16 128:21
132:3,8 136:23

right-hand 44:8 58:25
61:2 83:18

rise 86:15

road 38:13 58:25
65:15,22 67:7

roads 31:22

roadside 59:4

Robert 7:4,13

role 29:21

roles 31:15

room 26:23

Rose 66:3

rude 9:8

rules 8:6

running 29:5

runway 31:22

RW 17:21

**S**

S-M-O-T-H-E-R-S
7:14

safety 67:4,20 104:8,
9,15

sale 43:23 44:5

sales 49:11,24 50:14
51:15 52:5,19

San 15:22,24 21:3
27:18 28:13 37:25
50:16,24 63:18 65:8
73:17,25 74:8 76:19
77:7,10 78:17,21
80:15 93:7 101:21
105:24 112:1,5
116:9,20 119:4

Index: remember–San

**Robert Smothers**                    **Smothers vs. BMW of North America, LLC**

122:2 127:8 140:3,7

**satisfied** 52:23 79:10

**saw** 61:24 77:23
84:25 86:6

**saying** 46:10,18,19
97:17,23,25 100:19
108:2,12 137:1,11,
14

**says** 48:24 58:25
81:21 83:6,19 87:11,
13,15 102:23 109:11
122:23 124:18
126:21,23 127:16
136:3

**scan** 55:21

**scheduled** 140:22

**school** 21:1,24 23:5

**schools** 21:8,20

**SCHULER** 7:8 11:19,
23 12:19 13:3,9,10
17:19 42:14,17
45:18 47:11 48:17
49:16,19,20 55:10,
11,18 56:1 58:12
79:14,17,18 80:22
81:14 82:19 89:7,11
91:25 93:5 94:25
101:19 105:22
111:12,15,16,20
114:7 116:11 119:2
121:21 125:9,12
129:12,15 131:24
132:10,13,14 135:2
136:18 137:17
141:24 142:2,5

**Scripps** 28:19,24

**se** 20:4

**second** 54:14 69:5
72:20,23 73:2,12
79:15 91:20 93:11

96:18,20,22 99:1
107:22 109:13,14
111:2,13 112:3
120:24,25 142:2

**Secondly** 28:10

**sedan** 48:25

**see** 27:3 41:18 56:14
60:11 61:2,22 83:3,
18 86:11 90:22 92:6,
7 94:21 95:18,25
101:16 102:3,23
111:2 118:13 132:24

**seeing** 48:23 58:19
77:22 127:19

**seen** 11:24 12:5
43:25 58:18 59:20
83:15 89:16 93:18
101:23 106:4 112:7
116:23 119:15
122:8,25 125:15,16
129:21,23

**selected** 48:2,13

**sell** 33:14

**send** 61:12,21 135:12
136:24 137:14

**sense** 35:10 140:5

**sent** 135:5 136:5
137:19 142:7

**separate** 45:11 47:20

**separately** 123:15

**September** 105:19,25
106:7,11,17 110:11

**series** 38:5,9,25 45:9
58:15 74:5 136:14

**served** 11:21

**service** 17:13 37:22
52:24 53:19 58:14
59:7 73:16 79:11
83:19,23 89:24

90:23 91:5 93:24
102:7 106:9 107:12
109:20 112:20
115:13 117:22 118:5
120:4,23 126:17
134:7,8

**services** 28:17,24
57:20 86:21,25

**set** 39:7 57:3 114:3,8
131:25 134:25

**sets** 85:9

**seven** 28:14 29:4
135:19

**shakes** 9:5

**Sherman** 83:20 89:25
92:4

**shop** 31:13 70:18
72:11 73:7,18 85:5
126:15 131:3 132:18
139:24

**shopping** 65:10

**shops** 73:15

**short** 128:12

**shortcut** 12:24

**show** 120:25

**showed** 81:17

**showing** 81:19

**shows** 17:25 60:12

**shut** 130:17

**side** 44:8 58:25 61:2
63:2 132:2

**sides** 140:20

**sights** 123:23 127:22

**sign** 43:10 75:6 77:25
86:7

**signature** 44:8,9,10,
12

**signed** 43:3,11

**simple** 24:15,16

**simply** 120:9

**sir** 7:21 11:25 15:11
17:22 19:4,13 26:8,
17 42:22 43:20 44:1,
18 45:2 54:14 55:2,
12 56:5 60:1 63:4,13
79:19 80:6,11,17,24
83:1,16,22 89:17
93:11,16 94:18,19,
21 95:3,12 101:24
106:2,16 111:2,11,
21 112:3,7,14 114:2,
11,22 115:5 116:14,
23 117:8 118:25
119:6,10 124:13
126:13 128:22 130:2
132:15 135:4,17
139:15

**sit** 53:15 84:17 103:7
110:4

**site** 72:9

**sites** 36:3 108:21

**six** 28:14

**SL** 32:9

**slow** 68:1

**smells** 88:4 99:19
108:25 124:2

**smoke** 72:17 84:25
99:19 130:14

**smooth** 64:17

**smoothly** 38:15,18

**Smothers** 7:4,13 8:2
13:11 14:17 17:21
42:19 43:7 62:19

**social** 100:1

**sold** 33:18 34:19

Index: satisfied–sold

**Robert Smothers**                                                    **Smothers vs. BMW of North America, LLC**

solitary 119:8

somebody 46:3,8
74:9,17 75:15 77:11
135:6 141:7

someplace 63:20

somewhat 72:21

son 97:18

sorry 98:6 116:16

sort 29:14 74:15
97:19

sound 99:17 114:24

sounds 24:22 27:7
70:1 75:19 87:23
108:23 114:25
123:25 127:23

South 20:25

Spain 29:4,5

speak 8:18,24 14:18
15:8 92:4 93:24
102:7 106:9,20
112:20 117:24
126:11

speaking 75:22

spec 18:11

special 38:23

specific 37:20 38:2
75:22

specifically 13:24
24:21 41:2 59:24
63:24 76:15 87:14,
15

speed 68:2

speeds 41:6

spell 7:11,23

spelled 7:14

spend 28:2,7 65:4

spoke 83:25 106:24
122:15 126:12

sputter 126:25 127:2

stack 13:4

Staff 22:2

standard 27:18 91:10

Stanford 21:4,6,10
22:13 23:3 27:16

start 58:24 69:8
126:20

started 28:15 29:19
31:16 100:16 115:23
128:2

Starting 29:9

state 7:11 23:6 71:16

stated 94:20 104:19

statement 137:14
139:8

statements 90:6
109:6

states 32:15 44:22,23
45:24 108:6 126:24
129:19

stay 87:7 131:7

stayed 28:6 30:17

stays 87:8

step 9:24

stepson 33:19 34:19
63:10 65:20 66:18

stickers 105:24

stipulate 142:16

stolen 142:15

stopped 67:12 69:18
105:13 140:9

store 140:15

streets 41:8,10 69:11

strike 57:12 62:10
88:10,18

structural 27:20

studied 23:15,21

study 21:9 22:3

stupid 93:9

style 67:25

subject 7:15 11:4
13:13,19,21 24:23
25:2,15 26:5,13 32:7
33:15,23,25 34:3
35:9,25 36:23 37:3,
16 38:3 42:25 44:18,
25 50:6 51:6 52:2
53:1 57:7 58:9 68:5,
11 70:7 79:20

submitted 12:14,15

subscribe 36:22

subsequent 45:6
139:2,3

summary 131:12

supposed 25:10

sure 8:13 9:9 11:14
12:2 14:2,18 16:10
26:4,6 27:5 30:9
33:18,21 34:3 35:7
37:7,19 39:14 41:16,
23 44:19 48:8 54:21
57:15 58:1,3 59:5
65:24 70:2,17,22
71:18 72:4 80:1
84:21 89:2,6,15,19
91:23 94:1 109:22
111:9 112:9 113:23
115:19 118:1 123:8
126:12 127:11
131:4,7 133:7
134:20,25 139:3

surface 41:8

suspect 79:24 87:1
98:17 101:10

suspected 81:9 92:23
97:6,9,21 98:4,23
100:17

sworn 7:5

sync 38:16

system 31:23

systems 31:24

---

**T**

take 8:20 9:4 12:3
14:8 18:15 22:12,25
23:14,15,19 24:6
26:25 37:22,24
39:18 40:24 41:3,21
42:5,7,15,22 47:6
53:1,10 54:7,13
55:20 56:5 65:7
70:16 71:14 72:11
75:8 77:6 78:9 80:8
84:8 106:1 111:10
112:10 114:3 136:21

taken 8:10 10:20
14:6,7 65:15,22
67:23 76:16 131:4

talk 11:2 19:3 24:5
61:17 65:1 96:8
111:23 112:11

talked 64:16 104:1
115:11,20 140:23

talking 75:21 108:1
135:6

telephone 61:4 138:4

tell 8:10 9:13 21:19
38:11 41:1 45:22
48:22 51:19 52:2
69:13 74:12,18

**Index: solitary–tell**

**Robert Smothers**                                    **Smothers vs. BMW of North America, LLC**

77:14 84:24 118:10,
20 123:9

**telling** 80:15 97:12,15
98:20 135:6

**ten** 40:6,7,8,15 66:7
128:17

**terms** 40:10 57:23

**test** 23:14,16,20,23
38:6,24 39:2,10,13,
16,18 40:3,10,22,24
41:15 42:3,5,11 49:7

**testified** 7:5 103:22
125:5

**testifying** 8:15

**testimony** 10:22,25
115:21

**testing** 23:18

**Thank** 12:22 42:22
47:7 48:15 49:2
116:17

**they'd** 75:11

**thing** 54:22 56:13
91:8 108:6 112:2

**things** 9:5 22:3 64:25

**think** 13:15,18 20:5
28:14 32:16 34:24
36:5,6 37:18 39:1,20
40:6 45:1 49:15,25
50:12,16 55:5,25
58:1,2 59:5 61:18
67:7,24 68:22 69:10
70:17,25 72:4,7,25
78:4,8 79:2 81:5
83:17 84:3,12 88:17
89:18 93:19 94:7
98:16 99:3,4 100:12,
14 102:6 104:19
105:1 106:25 108:10
117:9,20 120:1,5,13
122:5 128:19 129:2

130:10,25 135:23
136:11 137:6 138:16
139:13

**thinking** 38:5 97:20

**third** 44:20 99:1

**third-party** 62:7,12,
16,20,24

**thought** 34:12 48:3
98:25 100:9 101:6
105:1 113:21 131:16
137:8

**three** 21:2 28:2,3
30:13 86:14 135:24

**thumb** 84:9

**thumbed** 54:20

**time** 8:19,21 9:7
10:16 11:7 14:6,18
15:22 17:12 22:24
25:18 27:24 28:7
30:10,15 31:8 32:14
33:22 34:12 36:12,
14 37:15,18 40:11
42:15 46:11 50:5
57:23 58:2 59:16
64:4 65:24 67:15
69:16 71:7,10 72:21
73:1 78:15 79:9
81:9,16 82:11 86:4,
16 88:18,24 92:14,
22 94:20,23 95:10
96:11,18,20,22 97:1
98:4 99:2,7,25
100:8,12 101:1,13
103:22 105:15 109:5
110:11,16 113:19
118:17 120:7,11
121:6,9,12 123:2,17
124:21 125:1,7
128:11,12 130:17,20
138:25 139:23

**times** 39:10 66:4 77:6
80:13 98:13 100:4

**timing** 29:7 31:7

**Timmerman** 112:21

**tire** 96:1 113:11,13

**tires** 24:19 119:8
133:10

**title** 28:23

**titled** 17:21 59:7
132:1,22

**today** 8:19 9:4,9,19
10:22,25 11:21,25
12:11,21 15:9 17:17
26:11,14,23 38:17
43:25 45:14,23
47:14 48:20 53:15
55:20 61:16 71:3
83:15 84:18 89:17
93:18 101:23 103:7
106:4 107:21 110:4
112:8 119:16 122:8
129:22 131:18

**today's** 14:22

**told** 23:23 75:4 76:25
84:2,11,18 86:3
107:2,9 113:6
117:16 119:25
125:25 130:9

**top** 83:5,18 102:16,24
121:2

**top-offs** 17:12

**topped** 76:17,18
85:22,23 86:1 89:5
104:12 105:2 115:9

**topping** 86:5

**total** 132:25 133:8,24,
25

**totally** 110:25

**tow** 59:22

**towed** 59:8,16,19
60:13 67:13

**timing** 29:7 31:7

**Towing** 59:7

**town** 66:11,20

**trade** 23:5 33:14 45:8
93:11

**train** 118:11

**trained** 27:13

**training** 23:4

**transcript** 10:3,6,11
142:7,10,13,14

**transmission** 85:2

**transportation** 140:4

**treatise** 26:2

**trial** 10:16 142:13,14

**tried** 126:25

**trip** 67:22

**triple** 50:20

**trips** 65:7,16,22
66:21,25 67:3,7,10,
16,19

**trouble** 69:11

**truth** 8:10,11

**try** 14:17 73:2 116:5
130:2,4 135:17

**trying** 9:8 47:23 62:1
82:13 83:4 100:7

**Tucson** 66:12,13

**Tuesday** 7:1

**turn** 44:20 58:21
60:25 62:4 69:20
87:9 103:14

**turning** 70:2

**twice** 48:5

**two** 28:2 42:20 68:22
69:6 85:9 86:14
100:24 101:9 103:18

**Index: telling–two**

**Robert Smothers**                                      **Smothers vs. BMW of North America, LLC**

131:6

**type** 18:10 22:20 23:5
26:2 31:13,19 36:17
38:2 53:22 70:5 82:2
97:14 100:1 109:19
138:1 139:24

**types** 22:3,12 24:14,
25 32:23

---

## U

**uh-huh** 9:6 92:25

**unable** 43:19

**unavailable** 142:15

**undergraduate** 21:10
22:24

**understand** 8:12,14
9:12 10:7,12,18 11:5
12:15 16:14,24
18:24 32:1 37:13
46:9,10 50:2 57:11,
16,18 81:8 96:12
98:6,12 99:5 100:21
105:8 115:17

**understanding** 44:3
47:18 57:9,22 70:3
71:16

**understood** 9:16
115:21

**uniformly** 97:13

**unrepaired** 141:6

**unsafe** 99:14 104:25
141:3

**updated** 35:8

**uphill** 41:12

**upkeep** 32:2

**USAA** 71:11 73:6
134:4

**use** 35:22 54:11
65:14 97:14 142:16

**usual** 91:8

**usually** 139:20

**utilities** 31:23

---

## V

**value** 141:22

**various** 28:8

**vehicle** 7:15 11:3,4
12:11 13:13,21,25
14:3,7 16:9,11,17,20
17:1 18:19 19:1,6
20:19 24:23 26:13,
16 32:7 33:15 34:25
35:25 36:23 37:3,9,
12,24 38:2 39:15
40:4,24 41:14,19
42:3,20 43:1,13,24
44:6,15,18,25 45:8
46:7,16,22,25 47:16,
19 48:2,5,13,22,25
49:5 50:6 51:1,7,21
52:3 53:1,5,13,20,25
54:4,11,17 57:5,7,
14,19 58:6,9 59:3,8,
19 60:4,7 61:6,10
63:3,6 64:2,6 66:4,
22 67:1,4,12,16,23
68:5,11 69:7,15
70:5,23 72:8,15
73:13,16 74:3,9,20
75:7 77:1,6,11
79:20,23,25 81:10
82:3 84:13 85:5
87:18,21,24 88:2,5,
22,25 90:14,17,22
91:14 92:23 97:7,10
98:8 99:9,12,17,22,
24 100:5,18 101:14
103:1 104:6,21,24
105:4,7,9,16 107:13,

16 108:16,19 109:3
110:13,16,19 113:20
117:22 118:12,18
120:7,12 121:6,9,12
123:3,7,18,21
124:18 125:3,6
126:14 127:22
128:5,8,11 130:15,
17,21 131:2 133:22
134:6,23 135:8,14,
18 138:15,18 139:1,
15,19,24 140:3,10,
16 141:1,3,7,9,12,14

**vehicle's** 75:12

**vehicles** 25:17,20,24
32:5,23 33:22 37:1

**verbal** 9:3

**verbatim** 116:8

**versus** 64:2

**vice** 28:23

**vicinity** 69:20 80:4

**videos** 14:11 25:22
42:9

**Village** 65:11

**Virginia** 21:1

**visit** 54:11 74:3 81:24
82:25 83:12 88:14
90:7,14,17,20 91:9,
16,22 92:4 93:21,25
95:20 106:7,17,21
110:18 111:4
112:18,25 113:9,10
116:14 117:10,25
118:2,8,21 119:19
120:3 121:15,17
122:4,12 125:9,18
128:25 129:4,25
131:1

**visited** 65:21

**visiting** 65:13

**visits** 81:2 91:23
107:25 111:6,9
115:7 132:18 139:22

**VMI** 27:10

**voice** 8:21

---

## W

**wait** 72:12

**walk** 49:3

**want** 7:22 9:8 14:18
18:12 23:21 34:9
50:23 70:2 74:5 77:9
80:24 104:10 111:22
115:19 132:3 134:25

**wanted** 30:12 34:16
38:16 94:14

**war** 21:2,8,21,22 22:4
27:11,15,21

**warning** 86:6 87:11
102:16,20,24 103:15
115:10

**warranties** 20:11
57:7

**warranty** 17:11 57:9,
14,16,19,23 58:5,8,
14 80:14 81:2,11
91:11,13 96:3 97:10
110:20,22 113:24
115:1 117:6,8,10
120:14,16 124:7
133:10 134:9
135:22,23

**wasn't** 20:3 24:12
50:23 65:6 91:4
104:15 105:12

**watched** 25:22

**water** 31:24 47:9

**way** 22:7,8 38:12,13,

**Robert Smothers**                                      **Smothers vs. BMW of North America, LLC**

14,17,18 39:6 42:2
64:15 72:1,24 90:8
95:16 99:9,11
108:19 113:24
133:16 141:21

**we'll**  13:3 19:3 55:18,
21 61:17 64:25
142:6

**we're**  30:22 42:18
60:18 116:18 124:16

**we've**  42:14 49:21
104:1 107:24 115:19
132:21

**website**  61:4

**websites**  36:11,15

**week**  82:16,17 86:13

**weekly**  64:9

**weeks**  28:3

**weight**  8:15

**went**  21:4,7 27:10,17
28:13 29:2,10,11,18,
19 30:13 34:25
35:25 37:18 38:20
39:14 41:15 42:20
49:6 50:25 65:9,10,
20 78:8 130:18

**weren't**  79:10 91:8
96:24 137:1,2
139:13

**whatsoever**  52:17

**wide**  22:15

**wife**  16:1,2,13,14,16
33:7 43:9,16

**wife's**  44:11

**William**  7:4,13

**window**  81:20

**withheld**  13:22

**witness**  12:1,6,18
13:7 55:24 56:8
58:23 61:1 62:5
82:23 83:2 102:5
106:3 112:13 136:22
137:21 142:1

**words**  81:22 84:21,22
87:16 97:16 139:14

**work**  21:3 24:13,14,
25 27:17 28:13
30:10 31:8,11 49:10
60:10 69:13 73:18
74:24,25 76:13
77:23 95:11 113:11

**worked**  24:9,11 27:21
28:14,17,22 29:2
30:13,19 49:24 50:3,
15 73:22 122:14

**working**  20:2 27:23
67:12 105:13

**world**  15:16,18 21:2
27:11

**worry**  97:18 98:21

**worse**  128:2

**wouldn't**  18:14 27:1
66:23 82:17 137:11

**write**  74:13,22 77:17
95:12,15 96:14

**writing**  77:22 135:21
138:13

**written**  23:14,16
61:21 95:10

**wrong**  34:14 41:19
86:2

**wrote**  94:19,22 95:13
132:23

---

**Y**

**yeah**  19:25 29:9,17

35:21 47:22,25
54:15 55:24,25
56:14 60:19 66:16
73:4 74:23 75:2
80:10 81:5 83:8
89:15 94:16,22
106:14 109:14 112:2
114:25 115:15,24
116:1 119:9 120:16
121:4 128:12,23
129:9 131:21 137:10

**year**  11:13 18:6 21:15
29:6 30:7,9 32:9
34:8 35:15 69:1

**year's**  21:23

**yearly**  35:8

**years**  8:4 11:15 15:17
21:2 28:2,14,23,25
29:4,25 30:3,14
31:1,5,6 32:6 34:12
58:3 59:17 69:3
91:15 100:24 101:9
135:19,24

**yesterday**  15:3 80:12

**Yup**  31:2 137:22

---

**Z**

**Z4**  58:15

---