CHRISTOPHER CELENTINO (SBN 131688)
chris.celentino@dinsmore.com
AUDREY M. WOOD (SBN 318838)
audrey.wood@dinsmore.com
SHELBY K. KROEGER (SBN 317612)
Shelby.kroeger@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fx: (619) 400-0501

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SMOTHERS, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive<br><br>　　　　　　Defendants. | Case No.: 3:18-CV-01391-CAB-AGS<br><br>**NOTICE OF ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT BMW OF NORTH AMERICA, LLC**<br><br>**DATE**: May 23, 2019<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**<br><br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Clinton E. Averitte |

Defendant BMW of North America, LLC ("BMW NA") respectfully submits this errata to its Memorandum of Points and Authorities, which was filed on April 17, 2019, at Docket No. 17-1, in order to correct an inadvertent clerical error. At page 11, an incomplete citation to a case was referenced. The complete and correct citation is as follows: *Schick v. BMW of North America, LLC*, 2018 U.S. Dist. LEXIS 223690 (C.D. Cal. 2018), *appeal docketed*, Case No. 0:18-cv-56438.

Dated: April 26, 2019           DINSMORE & SHOHL LLP

                                By:   s/ Audrey M. Wood
                                      Christopher Celentino
                                      Audrey M. Wood
                                      Shelby K. Kroeger

                                Attorneys for Defendant
                                BMW OF NORTH AMERICA, LLC

**CERTIFICATE OF SERVICE**

I certify that on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Michael Devlin
Brian Cline
CLINE, APC
7855 Ivanhoe Avenue, Suite 408
La Jolla, CA 92037
Tel: 858-373-9337

*Attorneys for Plaintiff, Robert Smothers*

Dated: April 26, 2019         By: s/ Audrey M. Wood
                                  Audrey M. Wood